**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Great Pacific Seafoods, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-0998822** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **650 S. Orcas Street**<br>**Seattle, WA 98108** | **P.O. Box 81165**<br>**Seattle, WA 98108** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** | **Location of principal assets, if different from principal place of business** |
| County | **Kenai, AK, Anchorage, AK, Whittier, AK, Kasilof, AK** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.Greatpacificseafoods.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 16-12903-MLB    Doc 1    Filed 05/29/16    Ent. 05/29/16 10:52:18    Pg. 1 of 228

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4249**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | _____ | | | | _____ | |
| | District | | When | | Case number, if known | |
| | _____ | | _____ | | _____ | |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **Kenai, AK, Anchorage, AK, Whittier, AK, Kasilof, AK**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency    **Wells Fargo Insurance Services, Inc.**

         Contact name    **Marla Branch**

         Phone           **206-731-1200**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

███████   **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2016**
               MM / DD / YYYY

**X /s/ Daniel J. DeMatteis**                                  **Daniel J. DeMatteis**
Signature of authorized representative of debtor              Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Aimee S. Willig WSBA**                    Date   **May 29, 2016**
Signature of attorney for debtor                         MM / DD / YYYY

**Aimee S. Willig WSBA**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **206-292-2110**          Email address _____

**#22859**
Bar number and State

Fill in this information to identify the case:

Debtor name   **Great Pacific Seafoods, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 29, 2016**     *X* **/s/ Daniel J. DeMatteis**
                                            Signature of individual signing on behalf of debtor

                                            **Daniel J. DeMatteis**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Great Pacific Seafoods, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................... $ **9,490,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................ $ **2,909,687.92**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................. $ **12,399,687.92**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **8,657,581.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **3,006.96**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ **3,661,878.98**

4. **Total liabilities** ................................................................................
Lines 2 + 3a + 3b

$ **12,322,466.94**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Great Pacific Seafoods, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **U.S. Bank** | **Checking** | 0871 | $8,934.00 |
| 3.2. | **Wells Fargo** | **Checking** | 0637 | $63.00 |
| 3.3. | **Wells Fargo** | **Checking** | 1188 | $10,677.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $19,674.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Dean Hilde - Anchorage egg house** | $2,148.00 |
| --- | --- | --- |

7.2.   **Orcas Business Park - Seattle Office**                                  $731.00

7.3.   **Wells Fargo Insurance - refund.**                                  $4,568.92

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                    $7,447.92
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    **238,428.00**  -           **0.00** = ....            $238,428.00
                                    face amount          doubtful or uncollectible accounts

       11b. Over 90 days old:        **44,101.00**  -           **0.00** =....              $44,101.00
                                    face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                  $282,529.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------|---------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** **Packing** | **4/30/2016** | **$506,141.00** | **NOLV** | **$75,921.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

| | | | | |
|--|--|--|--|--|
| **Frozen Fish** | | $209,323.00 | **Recent cost** | $209,323.00 |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

$285,244.00

24.  **Is any of the property listed in Part 5 perishable?**
   - ☐ No
   - ■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ■ No
   - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   - ☐ No.  Go to Part 7.
   - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 28.  **Crops-either planted or harvested** | | | |
| 29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.  **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6**<br>Skiff and bouys | $13,601.00 | NBV | $13,601.00 |

33.  **Total of Part 6.**

    Add lines 28 through 32.  Copy the total to line 85.

$13,601.00

34.  **Is the debtor a member of an agricultural cooperative?**
   - ■ No
   - ☐ Yes.  Is any of the debtor's property stored at the cooperative?
      - ☐ No
      - ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   - ■ No
   - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ☐ No
   - ■ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Included below. | **$0.00** | | **$0.00** |
| 40. | **Office fixtures** Included below. | **$0.00** | | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment and software. | **$24,657.00** | NBV | **$24,657.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$24,657.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Please see attached.** | **$151,141.00** | NBV | **$151,141.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

49.    **Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|---|
| | Equipment. | $2,061,394.00 | NBV | $2,061,394.00 |

| 51. | **Total of Part 8.** | $2,212,535.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Processing Plant 2101 Bowpicker Ln. Kenai, AK *Broker Opinion is as to all properties: Comm. Condos 1-4 [Liens: Zions, SBA, US Bank]; 8-10 [Liens Alaska Credit, Continental, US Bank]**<br>**Best Case allows single US Bank Lien Link [Anchorage].** | Fee Simple | $2,645,936.00 | Broker Opinion | $3,200,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **Dock**<br>**27367 Tideland St.**<br>**Kasilof, AK**<br>**\*Debtor unable to**<br>**mark "YES" box on**<br>**Schedule D. US Bank**<br>**holds a 2nd position**<br>**DOT lien against this**<br>**property.   Best Case**<br>**software allows only**<br>**single lien**<br>**"Link"[Anchorage].** | Fee Simple | $522,327.00 | Broker Opinion | $800,000.00 |
| 55.3. | **Processing Plant**<br>**710 Whittier St.**<br>**Whittier, AK**<br>**\*Debtor unable to**<br>**mark "YES" box on**<br>**Schedule D. US Bank**<br>**holds a 2nd position**<br>**DOT lien against this**<br>**property.   Best Case**<br>**software allows only**<br>**single lien "Link"**<br>**[Anchorage].** | Subject to<br>Land Use<br>Permit | $455,906.00 | Broker Opinion | $2,700,000.00 |
| 55.4. | **Processing Plant**<br>**4201 Old**<br>**International Airport**<br>**Rd.**<br>**Anchorage, AK** | Subject to<br>Land Lease | $269,095.00 | Broker Opinion | $2,700,000.00 |
| 55.5. | **Condominiums 402,**<br>**406, 413**<br>**Begich Tower**<br>**100 Kenai St.**<br>**Whittier, AK 99693** | Fee Simple | $7,959.00 | Estimate | $90,000.00 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$9,490,000.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Great Pacific Seafoods Trademark** | $0.00 | | $0.00 |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties**<br>**Fish Processing Licenses (expired)** | $0.00 | | $0.00 |
| 63.   **Customer lists, mailing lists, or other compilations**<br>**Customer List** | $0.00 | | $0.00 |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                                 $0.00

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | | | |
| **Island Runner Fisheries, Inc.** | 64,000.00  -<br>Total face amount | 0.00  =<br>doubtful or uncollectible amount | $64,000.00 |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | | |
| 73.   **Interests in insurance policies or annuities** | | | |
| 74.   **Causes of action against third parties (whether or not a lawsuit<br>has been filed)** | | | |

75.     **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**
**Balance of insurance claim:  claim for loss in value of
product previously paid, balance of claim for storage
and shipping has not been paid.**

                                                                                              **Unknown**

| Nature of claim | **Insurance claim** |
| --- | --- |
| Amount requested | **$0.00** |

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.     **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

                                                                  **$64,000.00**

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,674.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,447.92 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $282,529.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $285,244.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $13,601.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $24,657.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,212,535.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $9,490,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $64,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,909,687.92 | + 91b. $9,490,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,399,687.92 |

# GREAT PACIFIC SEAFOODS, INC.

Attachment to Schedule A/B
Question 47

# GREAT PACIFIC SEAFOODS, INC.

## STATEMENT OF ASSETS

### Vehicles

| Garaging City | Make | Model | Year | VIN |
|---|---|---|---|---|
| Anchorage | Chevrolet | Blazer | 2002 | 1GNCS18W32K193846 |
| Anchorage | Wabash | 54' Triaxle | 1997 | 1JJE543E3VL411948 |
| Anchorage | Wabash | 54' Triaxle | 1996 | 1JUE543E3TL364980 |
| Anchorage | Wabash | 54' Triaxle | 1998 | 1JJV543WJWL485486 |
| Anchorage | GMC | G3500 | 1995 | 1GDHG31Y0SF556731 |
| Anchorage | GMC | Sierra | 1995 | 2GTFK29K7S1592251 |
| Anchorage | Chevrolet | Suburban | 1993 | 1GNFK16KXPJ353327 |
| Anchorage | Dodge | Caravan | 1993 | 1B4GK44R4PX687619 |
| Anchorage | Chevrolet | Suburban | 1992 | 2GAFG35X6N4165474 |
| Anchorage | Chevrolet | Suburban | 1988 | 1GNGV26K9JF155351 |
| Anchorage | Ford | F150 | 2002 | 2FTRF18W52CA38078 |
| Anchorage | Int'l | Truck | 1979 | AA18ZJHB16996 |
| Kenai | Dodge | Ram 3500 | 2001 | 3B5WB35Z71K539141 |
| Kenai | Freightliner | Tractor | 2000 | 1FUPFXYB5YL03699 |
| Kenai | Freightliner | Flatbed | 1999 | 1FVX3MC84XPA70801 |
| Kenai | Chevrolet | Suburban | 1993 | 1GNGK26K7PJ391429 |
| Kenai | Chevrolet | Suburban | 2002 | 1GNFK16Z32J130567 |
| Kenai | Ford | Cargo 6000 | 1990 | 9BFPH60P6LDM00980 |
| Kenai | Ford | F150 | 1990 | 1F1DF15N5LLA22556 |
| Kenai | Ford | F/8 | 1970 | F60DRH11130 |
| Whitter | Dodge | CVN | 1999 | 1B4GP44G5XB945527 |
| Whitter | Kenworth | Semi | 2007 | 1XKDD49X77R179094 |
| Whitter | Freightliner | Purple | 2006 | 1HUJCRCX56PU58879 |
| Whitter | Chevrolet | Flatbed | 1988 | 1GDS7D4A6JV532381 |
| Whitter | Ford | Explorer | 1996 | 1FMDU34X3TUD22509 |
| Whitter | Wabash | 54' Triaxle | 1996 | 1JJE543E0TL364953 |
| Whitter | Wabash | 54' Triaxle | 1996 | 1JJE543E0TL364967 |
| Whitter | Ford | F250 | 1991 | 1FTHF25GXMNA31591 |
| Whitter | Mack | Boom Truck | 1989 | 2M2P144C8KC007927 |
| Whitter | Ford | Van | 1988 | 1FBJS31M8JHB23411 |
| Whitter | Trailmobile | | 1985 | 1PTO11NJ3F9D05591 |
| Whitter | Trailmobile | | 1985 | 1PTO11NJ3F9D09588 |
| Whitter | Ford | F250 | 1978 | F28HRC80336/A783381 |
| Whitter | Mack | Boom Truck | 1989 | 4590489113 |
| Whitter | GMC | Boom Truck | 1975 | TME675V609255 |

Debtor name **Great Pacific Seafoods, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:       List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

| 2.1 | **ALASKA USA FED. CREDIT UNION** | | $408,420.00 | $3,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**ANCHORAGE FINANCIAL CTR
500 W 36TH Ave
SUITE 400
ANCHORAGE, AK 99519**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. ZIONS BANK
2. SMALL BUSINESS ADMINISTRATION
3. ALASKA USA FED. CREDIT UNION
4. CONTINENTAL LAND**

**Describe debtor's property that is subject to a lien**
**Processing Plant 2101 Bowpicker Ln. Kenai, AK *Broker Opinion is as to all properties: Comm. Condos 1-4 [Liens: Zions, SBA, US Bank]; 8-10 [Liens Alaska Credit, Continental, US Bank]
Best Case allows single US Bank Lien Link [Anchorage].**

**Describe the lien**
**1st Deed of Trust Commercial Condos 8-10.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **CONTINENTAL LAND** | | $103,400.00 | $3,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**1113 W. FIREWEED LANE
ANCHORAGE, AK 99503**

**Describe debtor's property that is subject to a lien**
**Processing Plant 2101 Bowpicker Ln. AK *Broker Opinion is as to all properties: Comm. Condos 1-4 [Liens: Zions, SBA, US Bank]; 8-10 [Liens Alaska Credit, Continental, US Bank]
Best Case allows single US Bank Lien Link [Anchorage].**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Name

| Creditor's mailing address | **Describe the lien** |
| --- | --- |
| | **2nd Deed of Trust Commercial Condos 8-10.** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **CTT MANAGEMENT CO, LLC** | **Describe debtor's property that is subject to a lien** | $505,069.00 | $2,700,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **Processing Plant** | | |
| | | **710 Whittier St.** | | |
| | | **Whittier, AK** | | |
| | | **\*Debtor unable to mark "YES" box on** | | |
| | | **Schedule D. US Bank holds a 2nd position** | | |
| | | **DOT lien against this property.   Best Case** | | |
| | **4304 DERRICK COVE** | **software allows only single lien "Link"** | | |
| | **SPICEWOOD, TX 78669** | **[Anchorage].** | | |

| Creditor's mailing address | **Describe the lien** |
| --- | --- |
| | **SI Pers. Prop. + 1st Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **FIRST MORTGAGE, INC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **NOTICE ONLY** | | |
| | **4141 B STREET** | | | |
| | **SUITE 305** | | | |
| | **ANCHORAGE, AK 99503** | | | |

| Creditor's mailing address | **Describe the lien** |
| --- | --- |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.5 | **Flat Iron Capital** | Describe debtor's property that is subject to a lien | $268,981.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1700 Lincoln St. 12th Fl
Denver, CO 80203**

Creditor's mailing address

**Unearned premiums**

**Describe the lien**
**Premium Financing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **RANDAL VASKO** | Describe debtor's property that is subject to a lien | $369,796.00 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**Dock
27367 Tideland St.
Kasilof, AK
*Debtor unable to mark "YES" box on
Schedule D. US Bank holds a 2nd position
DOT lien against this property. Best Case
software allows only single lien
"Link"[Anchorage].**

**PO BOX 810
KASILOF, AK 99610**

Creditor's mailing address

**Describe the lien**
**SI certain Personal Prop. + 1st Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | **Randal Vasko c/o** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Creditor's Name

**Robert H. Hume, Jr.**
**Landye Bennett Blumstein**
**LLP**
**701 W. 8th Ave., Suite 1200**
**Anchorage, AK 99501**

Creditor's mailing address

**NOTICE ONLY**

_____

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **SCANDIA CAPITAL PARTNERS, INC.** | | |

Creditor's Name

**15304 NE 95TH STREET**
**REDMOND, WA 98052**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**NOTICE ONLY**

_____

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

---

| 2.9 | **SMALL BUSINESS ADMINISTRATION** | | |

Creditor's Name

**FMLP PROGRAM**
**9062 OLD ANNAPOLIS RD**
**COLUMBIA, MD 21045**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Processing Plant 2101 Bowpicker Ln. Kenai,**
**AK *Broker Opinion is as to all properties:**
**Comm. Condos 1-4 [Liens: Zions, SBA, US**
**Bank]; 8-10 [Liens Alaska Credit,**
**Continental, US Bank]**
**Best Case allows single US Bank Lien Link**
**[Anchorage].**

_____

**Describe the lien**
**SI Equipment and 2nd Deed of Trust**
**Commercial Condos 1-4.**

**Is the creditor an insider or related party?**

■ No

$666,731.00   $3,200,000.00

---

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.1 0 | **U.S. BANCORP EQUIPMENT FIN.** | **Describe debtor's property that is subject to a lien** **Equipment** | **$255,913.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**13010 S.W. 68TH PKWY PORTLAND, OR 97223**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Security interest** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **U.S. BANK** | **Describe debtor's property that is subject to a lien** **Processing Plant** **4201 Old International Airport Rd. Anchorage, AK** | **$4,978,785.00** | **$2,700,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 790429 ST. LOUIS, MO 63179-0429**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **SI Pers. Prop. + DOTs Kenai (junior), Kasilof (2nd), Anch. (1st), Whitt. (2nd)** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.1 2 | **U.S. Small Business Admin.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**510 L Street**
**Room 310**
**Anchorage, AK 99501**

Creditor's mailing address

**NOTICE ONLY**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **US Bank /co TERESA PEARSON** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**MILLER NASH LLP**
**3500 U.S. BANCORP**
**TOWNER**
**111 SW 5TH AVE.**
**PORTLAND, OR**
**97204-3638**

Creditor's mailing address

**NOTICE ONLY**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Well Fargo Equip. Finance** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**733 Marquette Ave.**
**Suite 700**
**Minneapolis, MN 55402**

Creditor's mailing address

**Notice Only**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **WELLS FARGO EQUIPMENT FIN. INC** | | $53,010.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1540 W. Fountainhead Pkwy**
**Tempe, AZ 85282**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | **WELLS FARGO EQUIPMENT FINANCE** | | $103,142.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1540 W. FOUNTAIN HEAD**
**Tempe, AZ 85282**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 7 | **ZION CREDIT CORP** | Describe debtor's property that is subject to a lien | $153,267.00 | Unknown |
|---|---|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 9

Creditor's Name

**Equipment**

**P.O. BOX 26536**
**SALT LAKE CITY, UT 84126**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **ZIONS BANK** | **Describe debtor's property that is subject to a lien** | $791,067.00 | $3,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Processing Plant 2101 Bowpicker Ln. Kenai, AK *Broker Opinion is as to all properties. Comm. Condos 1-4 [Liens: Zions, SBA, US Bank]; 8-10 [Liens Alaska Credit, Continental, US Bank]**
**Best Case allows single US Bank Lien Link [Anchorage].**

**NATIONAL REAL ESTATE GROUP**
**P.O. BOX 26304**
**SALT LAKE CITY, UT 84126**

Creditor's mailing address

**Describe the lien**

**SI Equipment and 1st Deed of Trust - Commercial Condos 1-4.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 9 | **Zions Credit Corp.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**NOTICE ONLY**

**310 S. Main**
**Suite 1300**
**Salt Lake City, UT 84101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **Zions First National Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**One S. Main St.**
**Suite 1400**
**Salt Lake City, UT 84133**
Creditor's mailing address

**NOTICE ONLY**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      | **$8,657,581.0 0** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Great Pacific Seafoods, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765.87 | $765.87 |
|  | **CITY OF KOTZEBUE**<br>**P.O. BOX 46**<br>**KOTZEBUE, AK 99752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.73 | $220.73 |
|  | **CITY OF SEATTLE**<br>**DEPT OF FINANCE**<br>**P.O. BOX 34905**<br>**SEATTLE, WA 98124-1905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

Case 16-12903-MLB    Doc 1    Filed 05/29/16    Ent. 05/29/16 10:52:18    Pg. 27 of 228

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.36 | $153.36 |
|---|---|---|---|---|

**CITY OF WHITTIER**
**P.O. BOX 608**
**WHITTIER, AK 99693**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.57 | $160.57 |
|---|---|---|---|---|

**KING COUNTY TREASURY**
**500 4TH AVE #600**
**SEATTLE, WA 98104-2340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,706.43 | $1,706.43 |
|---|---|---|---|---|

**MUNICIPALITY OF ANCHORAGE**
**P.O. BOX 196650**
**FINANCE DEPARTMENT**
**ANCHORAGE, AK 99519**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**1 OCEAN SEAFOOD**
**PO BOX 539**
**FOX ISLAND, WA 98333**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**10TH M SEAFOODS**
**1020 M STREET**
**ANCHORAGE, AK 99501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**1ST AVE SELF STORAGE**
**2400 1ST AVE SOUTH**
**SEATTLE, WA 98134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**2 BEARS TRUCKING**
**P O BOX 1976**
**SOLDOTNA   99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A-1 COPY SYSTEMS, LLC**
**927 WEST FIREWEED LN#1**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A1 ENTERPRISES, INC**
**229 WILSON LANE**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABBEON CAL, INC.**
**123 GRAY AVENUE**
**SANTA BARBARA, CA 00931-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABLE LOCKSMITHS**
**511 E NORTHERN LIGHTS BLVD**
**ANCHORAGE, AK 99503-2808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |
|---|---|---|---|

**ACE ENGINEERING**
**P.O. BOX 2324**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACME PALLETS**
**P.O. BOX 220067**
**ANCHORAGE, AK 99522-0067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADAM BARROWCLIFF**
**PO Box 595**
**ANCHOR POINT, AK 99556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADVANCED PROPELLER**
**3236 LAKE ST**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFDF**
**431 W. 7TH AVE. SUITE 106**
**ANCHORAGE, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFFILIATED ASSOCIATIONS**
**OF AMERICA**
**10510 NE NORTHUP WAY SUITE200**
**KIRKLAND, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AIR LIQUIDE AMERICA CORP.**
**6415 ARCTIC BLVD**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,306.22 |
|---|---|---|---|

**AIRGAS-NOR PAC, INC.**
**P.O. BOX 7423**
**PASADENA, CA 91109-7423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,776.47** |
|---|---|---|---|

**AIRPORT EQUIPMENT RENTAL**
**PO BOX 72578**
**FAIRBANKS, AK 99707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AK EXPRESS TAGS/TITLES**
**44661 STERLING HWY**
**SUITE A**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALASKA AIR CARGO**
**PO BOX 68900**
**SEATTLE, WA 98168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALASKA AIR FORWARDING, INC.**
**P.O. BOX 68280**
**SEATTLE, WA 98168-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALASKA AIRLINES**
**PO BOX 749877**
**LOS ANGELES, CA 90074-9877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALASKA BEARING CORPORTION**
**350 EAST INTERNATIONAL**
**AIRPORT ROAD**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,635.52** |
|---|---|---|---|

**ALASKA BEST WATER**
**11811 S. GAMBELL ST.**
**ANCHORAGE, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA BOILER TREATMENT**
PO BOX 231812
ANCHORAGE, AK 99523-1812

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA BOLT & CHAIN, INC.**
36314 KENAI SPUR HWY
SOLDOTNA, AK 99669

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA BUSINESS SYSTEMS, INC.**
619 E. FIFTH AVE.,
SUITE 100
ANCHORAGE, AK 99501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA BUTCHER & SUPPLY**
4507 MOUNTAIN VIEW DRIVE
ANCHORAGE, AK 99508

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.60 |
|---|---|---|---|

**ALASKA COMMUNICATIONS SYSTEMS**
P.O. BOX 196666
ANCHORAGE, AK 99519-6666

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA CUSTOM SEAFOODS**
4474 HOMER SPIT ROAD
P.O. BOX 996
HOMER, AK 99603

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA DEPARTMENT OF REVENUE
INCOME AND EXCISE AUDIT DIV.**
P.O. BOX 110420
JUNEAU, AK 99811-0420

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALASKA DEPT OF LABOR**<br>**PO BOX 107022**<br>**ANCHORAGE, AK 99510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALASKA ENVIRONMENTAL & SAFETY**<br>**SUPPLY, INC.**<br>**7521 OLD SEWARD HWY. UNIT C**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALASKA FIRE, INC.**<br>**1200 EAST 76TH AVE.**<br>**SUITE 1224**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALASKA HYDRAULICS, INC.**<br>**166 E. POTTER DRIVE**<br>**SUITE #1**<br>**ANCHORAGE, AK 99518-1377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALASKA INDUSTRIAL HARDWARE**<br>**2192 VIKING DRIVE**<br>**ANCHORAGE, AK 99501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALASKA INSULATION SUPPLY**<br>**261 E 56TH AVE BLD B**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALASKA MARINE LINES, INC.**<br>**P.O. BOX 24348**<br>**SEATTLE, WA 98124-1026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page **7 of 102**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 16-12903-MLB  Doc 1  Filed 05/29/16  Ent. 05/29/16 10:52:18  Pg. 33 of 228

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ALASKA NORTHERN FISHERIES**
PO BOX 2235
SEWARD, AK 99664

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $106.48 |
|---|---|---|---|

**ALASKA OIL SALES**
43442 K-BEACH ROAD
SOLDOTNA   99669

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $12,020.40 |
|---|---|---|---|

**ALASKA PACIFIC SEAFOODS**
627 SHELIKOF ST
KODIAK, AK 99615

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ALASKA PACKAGING**
400 N SITKA
ANCHORAGE, AK 99501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $10,623.88 |
|---|---|---|---|

**ALASKA PACKAGING LUMBER LLC**
400 N SITKA
ANCHORAGE, AK 99501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $800.00 |
|---|---|---|---|

**ALASKA PALLET SERVICES**
7940 SANDLEWOOD PL
ANCHORAGE, AK

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ALASKA PIPE & SUPPLY**
P.O. BOX 6005
PORTLAND, OR 97228

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA PUMP & SUPPLY**
**PO BOX 201791**
**DALLAS, TX 75320-1791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,853.53 |
|---|---|---|---|

**ALASKA RAILROAD CORPORATION**
**P.O. BOX 100520**
**ANCHORAGE, AK 99510-0520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA REFRIGERATION, INC.**
**4205 COPE ST.**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.18 |
|---|---|---|---|

**ALASKA RUBBER & SUPPLY INC.**
**5811 OLD SEWARD HIGHWAY**
**ANCHORAGE, AK 99518-1479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA SAFETY, INC**
**4725 GAMBELL STREET**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,596.35 |
|---|---|---|---|

**ALASKA SALMON ALLIANCE**
**P O BOX 586**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA SCALE SERVICE**
**1450 SOUTH BODENBURG LOOP**
**PALMER, AK 99645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALASKA STEEL CO.**
6180 ELECTRON DR
ANCHORAGE, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALASKA TOOL & EQUIP. SERVICE**
3207 ARCTIC BLVD.
ANCHORAGE,, AK 99503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,183.52 |
|---|---|---|---|

**ALASKA USA FEDERALCREDIT UNION**
P.O. BOX 196615
ANCHORAGE, AK 99519-6615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALASKA WAREHOUSE EQUIPMENT,INC**
7720 SCHOON ST.
ANCHORAGE, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALASKA WASTE**
PO BOX 196097
ANCHORAGE, AK 99519-6097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALASKA WASTE**
6301 ROSEWOOD ST.
ANCHORAGE, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALASKAN SALMON ALLIANCE**
P.O. BOX 586
KENAI, AK 99611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALEXANDER I REUTOV**<br>**PO BOX 2428**<br>**HOMER, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALLIANCE ENTERPRISES, INC.**<br>**P.O. BOX 610**<br>**CLINTON, WI 53525-0610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALPHA & OMEGA SALES LTD**<br>**3827 RIVER ROAD WEST**<br>**DELTA B.C. V4K3N2** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALPHAGRAPHICS**<br>**3131 ELLIOTT AVENUE**<br>**SUITE 100**<br>**SEATTLE, WA 98121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALPINE EQUIPMENT RENTALS**<br>**3409 EVERETT AVE**<br>**EVERETT, WA 98201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALYESKA SALES & SERVICE INC.**<br>**35095 K-B DRIVE**<br>**SOLDOTNA, AK** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,322.50 |
|---|---|---|---|
| | **AMERICAN EXPRESS**<br>**SUITE 0001**<br>**CHICAGO, IL 60679-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**AMERICAN PEST MANAGEMENT**
ANC AMERICAN PEST MANAGEMENT
403 EAST FIREWEED LANE
ANCHORAGE, AK 99503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,116.36** |
|---|---|---|---|

**AMERIGAS**
6951 E BLUE LUPINE DR
PALMER, AK 99645

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ANCHOR INN**
P.O. BOX 750
WHITTIER, AK 99693

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ANCHORAGE SAND & GRAVEL**
1040 O'MALLEY ROAD
ANCHORAGE, AK 99515

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,702.85** |
|---|---|---|---|

**ANCHORAGE WATER & WASTEWATER**
P.O. BOX 196626
ANCHORAGE, AK 99519-6626

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ANDREA C TAYLOR**
21055 EARL CT
KASILOF, AK 99610

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ANDREW A UMLAUF**
5060 INGLEWOOD DR
LANGLEY, WA 98260

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW BEALE**
**345 BREEZE CT**
**ANCHORAGE, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW CRAIG**
**P.O. BOX 2465**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANNALEE HILL**
**700 E. LAKE CIRCLE**
**PALMER, AK 99645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,970.44 |
|---|---|---|---|

**Anthony Chernishoff**
**P.O. Box 1804**
**Cordova, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**APD AUXILIARY SEARCH TEAM**
**715 EAST 15TH AVE**
**ANCHORAGE, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARC 'N' SPARK WELDING**
**308 SHELIKOF AVE**
**KODIAK, AK 99615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,786.44 |
|---|---|---|---|

**ARCTIC OFFICE PRODUCTS**
**P.O. BOX 100083**
**ANCHORAGE, AK 99510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ARCTIC WIRE ROPE AND SUPPLY**<br>**6407 ARCTIC SPUR ROAD**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ARSENY KONEV**<br>**P.O. BOX 3573**<br>**HOMER, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ASLANIAN, VANESSA**<br>**610 GALER CT**<br>**APT 225**<br>**SEATTLE, WA 98109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ASPLUND SUPPLY**<br>**4005 SPENARD ROAD**<br>**ANCHORAGE, AK 99503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **AT & T**<br>**P.O. BOX 52602**<br>**PHOENIX, AZ 85072-2602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **AT & T**<br>**P.O. BOX 5019**<br>**CAROL STREAM, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.66 |
| --- | --- | --- | --- |
| | **AT & T WHITTIER**<br>**P.O. BOX 22111**<br>**TULSA, OK 74121-2111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Great Pacific Seafoods, Inc.**
Name

Case number (if known) _____

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AT & T WIRELESS SERVICES**
**PO BOX 105068**
**ATLANTA, GA 30348-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AT &T WIRELESS SERVICES**
**617 EASTLAKE AVE. E.**
**SEATTLE, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,011.88** |
|---|---|---|---|

**AUCTION BLOCK**
**4501 ICE DOCK RD**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AUGUSTUS COTTEN**
**PO BOX**
**HALIBUT COVE, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,302.58** |
|---|---|---|---|

**AURORA REFRIGERATION**
**P.O. BOX 111370**
**ANCHORAGE, AK 99511-1370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AURORA WELDING SERVICE**
**608 E. 74TH.**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AUTIO COMPANY**
**93750 AUTIO LOOP**
**ASTORIA,, OR 97103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AUTOMATIC DATA PROCESSING**
**5000 148TH AVE NE**
**REDMOND, WA 98052-5119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,315.35 |
|---|---|---|---|

**B&J FORKLIFT SERVICES, INC.**
**380 E. 54TH AVE**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,433.00 |
|---|---|---|---|

**BAADER NORTH AMERICA CORP.**
**3086 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,047.73 |
|---|---|---|---|

**BANK OF AMERICA**
**P.O. BOX 53155**
**PHOENIX, AZ 85072-3155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARKER, TRACY**
**14910 SYKES DR S.E.**
**MONROE, WA 98272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,706.00 |
|---|---|---|---|

**BECKWITH & KUFFEL**
**1313 S 96TH STREET**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEGICH TOWERS**
**P.O. BOX 725**
**PO BOX 725**
**WHITTIER, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-12903-MLB    Doc 1    Filed 05/29/16    Ent. 05/29/16 10:52:18    Pg. 42 of 228

| Debtor | **Great Pacific Seafoods, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,891.92** |
|---|---|---|---|
| | **BELLINGHAM COLD STORAGE CO.**<br>**P.O. BOX 895**<br>**BELLINGHAM, WA 98227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **BENEFICIAL NATIONAL BANK**<br>**EAGLE**<br>**P.O. BOX 15736**<br>**WILMINGTON, DE 19886-5736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **BENJAMIN TROCKI**<br>**P.O. BOX 703**<br>**GIRDWOOD, AK 99587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **BENT PROP INN**<br>**3104 EIDE ST**<br>**ANCHORAGE, AK 99503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **BEST TRANSIT MIX**<br>**35482 K-B DRIVE**<br>**SOLDOTNA, AK 99669** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **BILL AFONIN**<br>**PO Box 1472**<br>**HOMER, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,589.31** |
|---|---|---|---|
| | **BLACK POINT IT SERVICES**<br>**20435 72ND Ave. S. # 200**<br>**KENT, WA 98032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOLDING'S ENTERPRISES, LLC**
**2725 DILIGENCE CIRCLE**
**ANCHORAGE, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brackett, GLEN**
**PO BOX 1746**
**DUVALL, WA 98019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRACKETT, MAUREEN**
**1410 191ST PL SE**
**BOTHELL, WA 98012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BREGANTE COMPANY LLP**
**301 BATTERY STREET**
**2 MEZZANINE**
**SAN FRANCISCO, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,745.22 |
|---|---|---|---|

**BRENDA J STROTHER**
**PO BOX 3498**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRETT T LAICHAK**
**770 LARS CIRCLE**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN LEE**
**31250 W LEE DRIVE**
**SUTTON, AK 99674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKS ALASKAN SEAFOOD**
**P.O. BOX 220727**
**ANCHORAGE, AK 99522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**BROOKS, MICHAEL**
**P.O. BOX 220727**
**ANCHORAGE, AK 99522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROWN'S ELECTRICAL SUPPLY CO**
**1415 SPAR AVE.**
**ANCHORAGE, AK 99501-1810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROWNLINES**
**P.O. BOX 1708**
**MT VERNON, WA 98272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYON HAGGERN**
**36373 RIVER POINT DR**
**ASTORIA, OR 97103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUCKNELL STEHLIK SATO & STUBNE**
**2003 WESTERN AVENUE SUITE 400**
**SEATTLE, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUDDY J RENNER**
**PO BOX 878**
**KASILOF, AK 99610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BUDDY'S GARAGE**
**48714 WEST POPPY LANE**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**CA BOURGEOIS**
**P.O. BOX 1945**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**CALEB PRESTON**
**P.O. BOX 3**
**GIRDWOOD, AK 99587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,000.00 |
|---|---|---|---|

**CALKINS & BURKE LTD**
**SUITE 800- 1500 W GEORGIA ST**
**VANCOUVER, BC V6G 2Z6**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**CARL A TAURIANEN**
**PO BOX 8004**
**NIKISKI, AK 99635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,980.00 |
|---|---|---|---|

**Carlile Transportation**
**1800 E 1ST AVE**
**ANCHORAGE, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $594.60 |
|---|---|---|---|

**CARPENTER, ERIC**
**5432 E. NORTHERN LIGHT**
**ANCHORAGE, AK 99508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARQUEST AUTO PARTS**
**PO BOX 404875**
**ATLANTA, GA 30384-4875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CASCADE MACHINERY & ELECTRIC**
**PO BOX 34936 DEPT 1063**
**SEATTLE, WA 98124-1936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CENTRAL PENINSULA REFRIGERATION**
**212 E INTERNATIONAL AIRPORT RD**
**ANCHORAGE, AK 99518-1594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CENTRAL PLUMBING & HEATING INC**
**212 E INTERNATIONAL AIRPORT RD**
**ANCHORAGE, AK 99518-1594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Century Link**
**PO Box 91155**
**SEATTLE, WA 98111-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES I BRADY**
**367 W Arlington Ave**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES SKEEK**
**P.O. BOX 742**
**PETERSBURG, AK 99833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHASE & GARRETT DANNA**
PO BOX 7263
NIKISKI, AK 99635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,970.44 |
|---|---|---|---|

**CHERNISHOFF, ANTHONY**
P.O. BOX 1804
CORDOVA, AK 99574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER PERRY**
PO BOX 1808
HOMER, AK 99603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER THOMAS**
1852 E 24TH AVE
ANCHORAGE, AK 99508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.85 |
|---|---|---|---|

**CHUGACH ELECTRIC**
P.O. BOX 196300
ANCHORAGE, AK 99519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITICAPITAL**
P.O. BOX 6229
CAROL STREAM, IL 60197-6229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF HOMER**
491 E.PIONEER AVE.
HOMER, AK 99603-7624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLERK OF COURT**
**825 W 4TH AVENUE**
**ANCHORAGE, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMCAST**
**P.O. BOX 34744**
**SEATTLE, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,085.64 |
|---|---|---|---|

**COMMODITY FORWARDERS INC.**
**11101 S. LA CIENEGA BLVD**
**LOS ANGELES, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMPSEE TRACKING SOLUTIONS**
**DEPT. CH 17886**
**PALATINE, IL 60055-7886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CONSTRUCTION MACHINERY INC.**
**5400 HOMER DRIVE**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52,112.25 |
|---|---|---|---|

**COPPER RIVER FINE SEAFOODS**
**LOCKBOX #631116**
**P.O. BOX 94574**
**SEATTLE, WA 98124-6874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COPPER RIVER SEAFOODS, INC**
**810 CHILDS AVE**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CORDOVA OUTBOARD, INC.**<br>**P.O. BOX 960**<br>**CORDOVA, AK 99574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.60 |
| | **CPD ALASKA LLC**<br>**201 ARCTIC SLOPE AVENUE**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CRAIG A SCHLOESSER**<br>**PO BOX 356**<br>**ANCHOR POINT, AK 99556** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CRAIG NEWBURY**<br>**1710 MARLEE DRIVE**<br>**BURLINGTON, WA 98233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CRESCENT ELECTRIC**<br>**PO BOX 500**<br>**EAST DUBUQUE, IL 61025-4418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CRONIN CO ANCHORAGE**<br>**5230 NORTH BASIN**<br>**PORTLAND, OR 97217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.63 |
| | **CRYSTAL SPRINGS WATER COMPANY**<br>**7100 42ND AVE S.**<br>**SEATTLE, WA 98118-3515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CUMMINS NORTHWEST INC.**
**LOCKBOX 138324**
**PO BOX 398324**
**SAN FRANCISCO, CA 94139-8324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,485.00 |
|---|---|---|---|

**CWM INDUSTRIES, INC.**
**340 E. 76TH AVE.**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DACO**
**8825 SOUTH 184TH ST**
**KENT, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAN BILDERBACK**
**P.O. BOX 723**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANGEROUS CAPE FISHERIES**
**780 DAYBREEZE CT.**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Daniel DeMatteis**
**37553 21st Ave. S.**
**Federal Way, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Shareholder Loan.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL JORGENSEN**
**204 N 162ND ST**
**OMAHA, NE 98118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANNY CARPENTER**
**P.O. BOX 1430**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAREN TRAXINGER**
**P.O. BOX 1822**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID BLANCHARD**
**P.O. BOX 904**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID C SCHEER**
**7683 DEAN DR**
**WASILLA, AK 99654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID FLEMMING**
**6948 FAIRWEATHER DR**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,201.48 |
|---|---|---|---|

**DAVID R MARTIN**
**PO BOX 468**
**CLAM GULCH, AK 99568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID REUTOV**
**31818 S ONA WAY**
**MOLALLA, OR 97038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DAVIS WRIGHT TREMAINE LLP**<br>**2600 CENTURY SQURAE**<br>**1501 FOURTH AVENUE**<br>**SEATTLE, WA 98101-1688** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DEAN H OSMAR**<br>**PO BOX 32**<br>**CLAM GULCH, AK 99568** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,769.51 |
|---|---|---|---|
| | **DEAN HILDE**<br>**4601 E. WILDHORSE LANE**<br>**BOISE, ID 83712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DEAN PUGH & COMPANY**<br>**7825 176th STREET SE**<br>**SNOHOMISH, WA 98290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DELUXE BUSINESS FORMS**<br>**P.O. BOX 64500**<br>**ST PAUL, MN 55164-0500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DENNIS MAGNUSON**<br>**P.O. BOX 1732**<br>**SEWARD, AK 99693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DEOMID KUZMIN**<br>**P.O. BOX 1542**<br>**DELTA JUNCTION, AK 99737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPARTMENT OF COMMERCE/NOAA**
**NORTH PACIFIC FISHERIES RES**
**P.O. BOX 93204**
**CHICAGO, IL 60673-3204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPARTMENT OF LABOR & INDUSTRY**
**600 STEWART ST SUITE 1100**
**SEATTLE, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPARTMENT OF NATURAL RESOURCES**
**550 W 7TH AVE**
**12TH FLOOR**
**ANCHORAGE, AK 99501-3554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**OGDEN, UT 84201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK BRANSON**
**P.O. BOX 3404**
**SEWARD, AK 99664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESPERATE MARINE LLC**
**2490 KACHEMAK DRIVE**
**HOMER, AK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,282.50 |
|---|---|---|---|

**DIANA SOSA, CPA**
**161 SAN BRUNO AVENUE**
**BRISBANE, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dillion & Findley**
**Attn:  Molly Brown**
**1049 W. 5th Ave. Suite 200**
**Anchorage, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIRECTV**
**P.O. BOX 60036**
**LOS ANGELES, CA 90060-0036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOJER LTD**
**P.O. BOX 669**
**WHITTIER, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOUGLAS HEIMBUCH**
**P.O. BOX 4502**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOUGLAS KINER**
**P.O. BOX 1925**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOWLAND-BACH**
**PO BOX 230126**
**ANCHORAGE, AK 99523-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUANE PIATT**
**48215 LAKESIDE AVE**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUKOWITZ MACHINE, INC**
**P O BOX 8274**
**NIKISKI, AK 99635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUSTY & EVELYN VANMETER**
**PO BOX 498**
**KASILOF, AK 99610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**E&E FOODS CORPORATION**
**3922 6TH AVE SOUTH**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ED VASILE**
**1118 S. 99TH PL SUITE 98**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDY CARRILLO**
**P.O. BOX 2681**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELAIN DINNOCENZO**
**P.O. BOXD 806**
**KASILOF, AK 99610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,705.84 |
|---|---|---|---|

**ELECTRIC  INT'L LLC**
**5451 LAONA DRIVE**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ELIZABETH J CHASE
PO BOX 39 KASILOF
KASILOF, AK 99610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

EMA, INC.
1225 E. INT'L AIRPORT ROAD
STE 200
ANCHORAGE, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

EMMA OWEKE
W. 256376 SULLIVAN RD
TREMPEALEAU, WI 54661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

EMMONAK CORPORATION
PO BOX 49
EMMONAK, AK 99581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ENGLUND MARINE
95 HAMBURG
PO BOX 296
ASTORIA, OR 97103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461.85**

ENSTAR NATURAL GAS COMPANY
PO BOX 34760
SEATTLE, AK 98124-1760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$594.60**

ERIC CARPENTER
5432 E. Northern Light
ANCHORAGE, AK 99508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ERIC NEWBURY**
**P.O. BOX 136**
**GIRDWOOD, WA 99587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,847,050.00 |
|---|---|---|---|

**Estate of Jack DeMatteis**
**10229 Evening Primrose Ave.**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Shareholder Loan.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ETHAN MEIER**
**3913 RHODE HARBOR RD**
**EDGEWATER, MD 21037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXECUTIVE SUITE HOTEL**
**4360 SPENARD RD**
**ANCHORAGE, AK 99517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXODUS LLC/FRED HANKINS**
**68570 LANTZ LN**
**COVE, OR 97824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EZRA CAMPBELL**
**P.O. BOX 1638**
**SEWARD, AK 99664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63,200.00 |
|---|---|---|---|

**FAIRCHILD FREIGHT LLC**
**1838 W PARKSIDE LANE**
**SUITE 210**
**PHOENIX, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FAMILY SUPPORT REGISTRY** | ☐ Contingent | |
| | **P.O. BOX 2171** | ☐ Unliquidated | |
| | **DENVER, CO 80201-2171** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FASTENERS & FIRE EQUIPMENT CO.** | ☐ Contingent | |
| | **123 EAST INTERNATIONAL** | ☐ Unliquidated | |
| | **AIRPORT RD** | ☐ Disputed | |
| | **ANCHORAGE, AK 99518** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FAVCO** | ☐ Contingent | |
| | **PO BOX 190968** | ☐ Unliquidated | |
| | **ANCHORAGE, AK 99519-0968** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.61 |
|---|---|---|---|
| | **FEDEX** | ☐ Contingent | |
| | **P.O. BOX 94515** | ☐ Unliquidated | |
| | **PALATINE, IL 60094-4515** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FERGUSON ENTERPRISES, INC.** | ☐ Contingent | |
| | **P.O. BOX 847411** | ☐ Unliquidated | |
| | **DALLAS, TX 75284-7411** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FIBERLAY** | ☐ Contingent | |
| | **24 S IDAHO STREET** | ☐ Unliquidated | |
| | **SEATTLE, WA 98134-1119** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FIRE CONTROL SYSTEMS INC** | ☐ Contingent | |
| | **PO BOX 9** | ☐ Unliquidated | |
| | **KENAI, AK 99611-0009** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**FIREMAN'S FUND INSURANCE**
**DALLAS CSC**
**P.O. BOX 2519**
**DALLAS, TX 75221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**FIRETECH, LLC**
**PO BOX 772062**
**EAGLE RIVER, AK 99577-2062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**FIRST MORTGAGE, INC**
**4141 B STREET SUITE 305**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**FIRST NATIONAL BANK**
**1751 GAMBLE ST SUITE 128**
**ANCHORAGE, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**FIRST SECURITY LEASING CO.**
**P.O. BOX 30710**
**SALT LAKE CITY, UT 84141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**FISHHAWK FISHERIES INC**
**PO BOX 715 #1 4TH ST**
**ASTORIA, OR 97103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,653.00 |
|---|---|---|---|

**FLAT IRON CAPITOL**
**1700 LINCOLN STREET 12TH FL**
**DENVER, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FOCUS MANAGEMENT GROUP**
**5001 WEST LEMON STREET**
**TAMPA, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FOMA EFIMOV**
**PO BOX 2296**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FOREST JENKINS**
**W25126 SULLIVAN RD**
**TREMPEALEAU, WI 54661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCIS MULLEN**
**PO BOX 2577**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANK D NEWTON**
**260 JULIUSSEN ST**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253.52 |
|---|---|---|---|

**FRED MATVEEV**
**8440 RYOALES PL**
**ANCHORAGE, AK 99504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,202.52 |
|---|---|---|---|

**FRONTIER PACKAGING**
**1201 ANDOVER PARK EAST**
**SUITE 101**
**TUKWILLA, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,286.42 |
|---|---|---|---|
| | **FRONTIER PAPER**<br>**P.O. BOX 84145**<br>**SEATTLE, WA 98124-5445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FULLER BOATYARD, INC.**<br>**817 E. MARINE WAY**<br>**KODIAK, AK 99615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **G & H CONSTRUCTION**<br>**50465 PATRICK DRIVE**<br>**KENAI, AK 99611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.21 |
|---|---|---|---|
| | **G.C.I.**<br>**2550 DENALI ST. SUITE 1000**<br>**ANCHORAGE, AK 99509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GARNESS INDUSTRIAL PROD.**<br>**6317 NIELSEN WAY**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GARY SPRUILL**<br>**PO BOX 161**<br>**KASILOF, AK 99610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GARY WHITE**<br>**11534 GREEN CT**<br>**CONIFER, CO 80433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,300.00** |
|---|---|---|---|
| | **GARY'S TRUCK SALES**<br>**1537 E DOWLING ROAD**<br>**ANCHORAGE, AK 99507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **GCR TIRE SERVICE**<br>**PO BOX 910530**<br>**DENVER, CO 80291-0583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **GEA REFRIGERATION NORTH**<br>**PO BOX 13383**<br>**NEWARK, NJ 07101-3383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **GENE SHADLE**<br>**P O BOX 2748**<br>**KENAI   99611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,588.00** |
|---|---|---|---|
| | **GENERAL INERNATIONAL**<br>**600 UNIVERSITY ST**<br>**SEATTLE, WA 98101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **GEOFF GROSS**<br>**P.O. BOX 517**<br>**GIRDWOOD, AK 99587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **GEORGIA PACIFIC**<br>**P.O. BOX 730448**<br>**Dallas, TX 75373-0448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
|       | **GERALD T BYRNE**<br>**131 SIERRA HEIGHTS**<br>**SOLDOTNA, AK 99669** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
|       | **GILBERT A OLSEN**<br>**3617 HENDERSON LOOP**<br>**ANCHORAGE, AK 99507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
|       | **GLACIER ELECTRIC CONSTRUCTION**<br>**PO BOX 2065**<br>**SOLDOTNA, AK** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
|       | **GLACIER PACKAGING INC.**<br>**DEPT #1029**<br>**P.O. BOX 94936**<br>**SEATTLE, WA 98124-1936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,519.19 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
|       | **GRAINGER**<br>**DEPT 821998762**<br>**PO BOX 419267**<br>**KANSAS CITY, MO 64141-6267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.61 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
|       | **GRAINGER, STANLEY**<br>**P.O. BOX 1387**<br>**SOLDOTNA, AK 99669** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
|       | **GREATER WHITTIER CHAMBER**<br>**PO BOX 607**<br>**WHITTIER, AK** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREG PETTINGILL**
**P.O. BOX 916**
**COROODOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREG RANKIN**
**P.O. BOX 985**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREGORY R PERKINS**
**317 SHELIKOF ST**
**KODIAK, AK 99615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRIGORY KASACHEV**
**P.O. BOX 874232**
**WASILLA, AK 99687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $220.00 |
|---|---|---|---|

**GUARDIAN SECURITY SYSTEMS**
**2600 SEWARD HIGHWAY**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARBOR HYDRAULICS**
**523 RAILROAD AVE**
**P.O. BOX 631**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HAYDEN ELECTRIC MOTORS, INC.**
**4191 OLD SEWARD HWY**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAYSMER, PAUL**
**PO BOX 782125**
**SEBASTIAN, FL 32978**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HD FISH PUMPS**
**32204 46TH PL S**
**AUBURN, WA 98001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
|---|---|---|---|

**HERNANDEZ ENTERPRISES**
**1505 CONTRARY COURT**
**ANCHORAGE, AK 99515**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,286.65 |
|---|---|---|---|

**HERSCHLEB, KENT**
**P.O. BOX 1661**
**CORDOVA, AK 99574**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLMES WEDDLE & BARCOTT**
**701 WEST 8TH AVENUE**
**SUITE 700**
**ANCHORAGE, AK 99501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,855.66 |
|---|---|---|---|

**HOME DEPOT CREDIT SERVICES**
**DEPT-32-2139334357**
**P.O. BOX 183175**
**COLUMBUS, OH 43218-3175**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.08 |
|---|---|---|---|

**HOMER ELECTRIC ASSOCIATION,INC**
**280 AIRPORT WAY**
**ATTN: MELINDA MILLER**
**KENAI, AK 99611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 16-12903-MLB    Doc 1    Filed 05/29/16    Ent. 05/29/16 10:52:18    Pg. 66 of 228

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**HUNNEX AND SHOEMAKER, INC.**
**701 FIFTH AVENUE**
**SUITE 7310**
**SEATTLE, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**IKON OFFICE SOLUTIONS**
**3075-112TH AVE NE SUITE 200**
**PO BOX 96046**
**BELLEVUE, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,078.60 |

**INDEPENDENT LIFT TRUCK**
**1200 E. 70TH AVE**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**INDUSTRIAL BOIL & CONTROLS**
**106 E DOWLING ROAD STE B**
**PO BOX 91418**
**ANCHORAGE, AK 99509-1418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**INDUSTRIAL COATINGS & SEALANTS**
**12521 EVERGREEN DR., #8**
**MUKILTEO, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**INFOSAT COMMUNICATIONS**
**P O BOX 2268**
**BLAINE, WA 98231-2268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**INLET FISH PRODUCERS, INC.**
**PO BOX 114**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,081.95 |
|---|---|---|---|

**INLET PETROLEUM COMPANY**
**PO BOX 94356**
**SEATTLE, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,728.50 |
|---|---|---|---|

**INTEGRATED MARINE SYSTEMS, INC**
**4816 15TH AVE NW**
**SEATTLE, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,214.11 |
|---|---|---|---|

**INTERNATIONAL MARINE**
**221 THIRD ST 1ST FLOOR**
**NEWPORT, RI 02840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNATIONAL MOVING & STORAGE**
**5430 B. ST. SUITE A**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNET COMMERCE & COMM.**
**DEOT 9105**
**DENVER, CO 80271-9105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERSTATE DISTRIBUTION CENTER**
**PO BOX 1925**
**CULVER CITY, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.67 |
|---|---|---|---|

**INTRAFISH MEDIA**
**701 DEXTER AVE N STE 410**
**SEATTLE, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IONA SEREBREKOFF**
**PO BOX 1283**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IVAN K REUTOV**
**PO BOX 2366**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACKSON ENTERPRISES, INC.**
**P.O. BOX 2091**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.10 |
|---|---|---|---|

**JAKE ROSAUER**
**P.O. BOX 78**
**GIRDWOOD, AK 99587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,521.41 |
|---|---|---|---|

**JAKE WISE**
**1930 EAST END RD #B**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES MERRIT**
**3150 AMIGO DRIVE**
**LAKE HAVASU, AK 86404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES MURPHY**
**P.O. BOX 885**
**GIRDWOOD, AK 99587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAMES S WHEELER**
**PO BOX 305**
**CLAM GULCH, AK 99568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JARON MURPHY**
**3201 WOODRUFF LP**
**WASILLA, AK 99654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JASON METZ**
**37104 TINY RD**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAY SCHMELZENBACH**
**37030 CONNER RD**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFF S HODDER**
**PO BOX 448**
**STERLING, AK 99672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFFREY M WIDMAN**
**3431 CHERRY ST**
**ANCHORAGE, AK 99504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JENS FJORTOFT**
**P.O. BOX 2051**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **JERRY ROGERSS, JR**<br>**PO BOX 8353**<br>**NIKISKI, AK 99635** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **JIM WILLIAMSON**<br>**255 ASPEN DR**<br>**SOLDOTNA, AK 00099-6699** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **JIM'S EQUIPMENT REPAIR, LLC**<br>**1153 EAST 74TH AVE**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **JOE REUTOV**<br>**589 W LN**<br>**MOLALLA, OR 97038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **JOE SHEN**<br>**PO BOX 750**<br>**WHITTIER, AK 99693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **JOEL LATHBURY**<br>**6006 ADAGION LN**<br>**APOLLO BEACH, FL 33572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **JOHN C FORD**<br>**6229 LAKE ALBANA AVE**<br>**SAN DIEGO, CA 92119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN HERSCHLEB**
P.O. BOX 447
GIRDWOOD, AK 99587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN P ROSS**
PO BOX 86
SELDOVIA, AK 99663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHNSTONE SUPPLY**
7500 OLD SEWARD HWY
SUITE A
ANCHORAGE, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSE IVAN CEBALLOS**
P.O. BOX 2606
CORDOVA, AK 99574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH DRAGSETH**
PO BOX 408
KENAI, AK 99611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH FLEMING JR**
P.O. BOX 231746
ANCHORAGE, AK 99523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH FLEMMING SR**
P.O. BOX 231746
ANCHORAGE, AK 99523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH MALATESTA**
**PO BOX 2228**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSHUA GRUMBLIS**
**1832 BELLEVUE LOOP**
**ANCHORAGE, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSHUA JENSEN**
**P.O. BOX 872084**
**WASILLA, AK 99687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSHUA NEWTON**
**PO BOX 877309**
**WASILLA, AK 99687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KABAN BACKLUND**
**48178 SEWARD HWY**
**MOOSE PAST, AK 99631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KACHEMAK ELECTRIC CO. INC**
**PO BOX 373**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KACHEMAK GEAR SHED**
**3625 east end RD**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KALGIN MECHANICAL LLC**
**PO BOX 1512**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KALLISTRAT KUZMIN**
**P.O. BOX 869**
**DELTA JUNCTION, AK 99737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KARIN L HERMANSEN**
**8941 GOLOVIN ST**
**ANCHORAGE, AK 99507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KARL B. BACKLUND**
**48178 SEWARD HWY**
**MOOSE PAST, AK 99631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KARL FISHING**
**48178 SEWARD HWY**
**MOOSE PAST, AK 99631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEITH FINDLEY**
**805 NW BUCKEYE AVE**
**EARLHAM, IA 50072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KELSEY OPSTAD**
**3500 TAIGA DRIVE**
**ANCHORAGE, AK 99513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEN MANNING**
**6325 WOODHILL DR**
**GIG HARBOR, WA 98332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENAI DIESEL AND MARINE**
**35403 K B DRIVE**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37,160.77 |
|---|---|---|---|

**KENAI LANDING INC**
**4786 HOMER SPIT ROAD**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENAI NEON SIGN CO**
**50550 KENAI SPUR HWY**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENAI PENINSULA BOROUGH**
**144 NORTH BINKLEY**
**SOLDOTNA, AK 99669-7520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENAI PENINSULA FISHERMAN'S ASSOC**
**43961 KALIFORNSKY BEACH RD**
**SFUITE F**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENAI RIVER PIZZA, INC**
**10544 KENAI SPUR HWY**
**SUITE C**
**KENAI  99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**KENAI WELDING**
**703 CHILDS ST**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,536.73 |
|---|---|---|---|

**KENNETH PARKER**
**9577 WEST 5 MILE RD**
**BRANCH, MI 49402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KENNETH RUNDLE**
**9299 CLAY BROOK RD**
**SEDRO WOOLLEY, WA 98284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KENNETH WIRKKALA**
**P.O. BOX 795**
**IIWACO, WA 98624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,286.65 |
|---|---|---|---|

**KENT HERSCHLEB**
**P.O. BOX 1661**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KENT WAREHOUSE & LABELING,INC.**
**22615 64TH AVE SOUTH**
**KENT, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.31 |
|---|---|---|---|

**Keril Reutov**
**P.O. Box 529**
**Homer, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KEVIN VESSEL**<br>**P.O. BOX 669**<br>**SEWARD, AK 99664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KIC CONSTRUCTION, LLC**<br>**1500 W 33RD AVE**<br>**STE 105**<br>**ANCHORAGE, AK 99503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KIM MARINE DOCUMENTATION, INC**<br>**180 NICKERSON STREET SUITE 212**<br>**SEATTLE, WA 98109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KIMBERLY MENSTER**<br>**P.O. BOX 463**<br>**CORDOVA, AK 99574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KINEMATICS MARINE EQUIPMENT**<br>**5625 48TH DRIVE NE UNIT B**<br>**MARYSVILLE, WA 98270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KIRIL MATVEEV**<br>**P.O. BOX 2139**<br>**HOMER, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KOAL BACKLUND**<br>**P.O. BOX 2944**<br>**SEWARD, AK 99664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kotzebue Electric Assoc. Inc**<br>**245A 4th & Lagoon St.**<br>**P.O. Box 44**<br>**Kotzebue, AK 99752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **KOTZEBUE SOUND FISHERIES ASSOC**<br>**P.O. BOX 476**<br>**KOTZEBUE, AK 99751** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **KRIS ANDERSON**<br>**P.O. BOX 1373**<br>**CORDOVA, AK 99574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **KURTIS KRAMER**<br>**P.O. BOX 1138**<br>**GIRDWOOD, AK 99587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **KYLE KAIN**<br>**P.O. BOX 1824**<br>**SEWARD, AK 99664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LAB SAFETY SUPPLY INC.**<br>**401 S. WRIGHT ROAD**<br>**P.O. BOX 5004**<br>**JANESVILLE, WI 53547-4738** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197,081.80 |
|---|---|---|---|
| | **LABOR MAX**<br>**P.O. BOX 900**<br>**PO BOX 900**<br>**KEARNEY, MO 64060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.353**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,253.99 |
|---|---|---|

**LABOR READY**
**PO BOX 3708**
**SEATTLE, WA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**LANCE E BARNETT**
**PO Box 1267**
**ASTORIA, AK 99556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**LARRY MARCH**
**3307 BONIFACE PARKWAY #114**
**ANCHORAGE, AK 99508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**LAURA A HERMANSEN**
**8941 GOLOVIN ST**
**ANCHORAGE, AK 99507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**LAZY OTTER CHARTERS, INC**
**6754 WATERFALL DR**
**EAGLE RIVER, AK 99577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,274.83 |
|---|---|---|

**LE DUC PACKAGING**
**8825 South 184th St.**
**Kent, WA 98031-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**LEE GOODMAN**
**P.O. BOX 112931**
**ANCHORAGE, AK 99511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEO AMERICUS**<br>**P.O. BOX 2112**<br>**CORDOVA, AK 99574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEONID AFONIN**<br>**P.O. BOX 87558**<br>**WASILLA, AK 99687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEONTEY KUZMIN**<br>**P.O. BOX 1542**<br>**DELTA JUNCTION, AK 99737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LewisGoetz**<br>**PO BOX 644819**<br>**PITTSBURGH, PA 15264-4819** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.29 |
|---|---|---|---|
| | **LFS CORDOVA**<br>**851 COHO WAY**<br>**BELLINGHAM, AK 98225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LIBERTY MUTUAL INSURANCE**<br>**P.O. BOX 7247-0109**<br>**PHILADELPHIA, PA 19170-0109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LISA RAGLAND**<br>**17100 KINGS WAY**<br>**ANCHORAGE, AK 99516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,329.27 |

**LOMAX, STEVEN**
**317 SPOTSWOOD**
**MOSCOW, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LONG BUILDING TECHNOLOGIES**
**PO BOX 5501**
**DENVER, CO 80217-5501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LONGS MARINE SERVICES**
**PO BOX 663**
**WHITTIER, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LOUIS TINER**
**P.O. BOX 1223**
**SEWARD, AK 99664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,693.95 |

**LYNDEN AIR CARGO**
**P.O. BOX 34026**
**SEATTLE, WA 98124-1026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,325.24 |

**LYNDEN AIR FREIGHT**
**6441 S. AIRPARK PLACE**
**ANCHORAGE, AK 99502-1809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |

**M & P TRUCKING**
**P O BOX 2748**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**MACHINATOR, LLC**
**PO BOX 39596**
**NINILCHIK, AK 99639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,228.31 |
|---|---|---|---|

**MAGNUSON, TRAVIS**
**P.O. BOX 177**
**GIRDWOOD, AK 99587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAKSIM AFONIN**
**7645 HIWAY 291**
**FORD, WA 99013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARC ZIMMERAN**
**36225 MERE CIRCLE**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAREL SEATTLE INC.**
**2001 WEST GARFIELD**
**TERMINAL 91, BLDG A-1**
**SEATTLE, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARINE SURVEYORS & CONSULTANTS**
**PO BOX 22123**
**MILWAUKIE, OR 97269-2123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARITIME RECRUITERS**
**P.O. BOX 260**
**MERCER ISLAND, WA 98040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | MARK FLANAGAN<br>P.O. BOX 3673<br>SEWARD, AK 99664 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | MARK KNIGHT<br>12620 NEHER RIDGE DR<br>ANCHORAGE, AK 99516 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | MARK SANCHEZ<br>305 S BEACH ST<br>TOPPINISH, WA 98948 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,800.00 |
|---|---|---|---|
| | MARK VAN<br>P.O. BOX 854<br>PO BOX 854<br>GIRDWOOD, AK 99587 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | MARKIAN POLUSHKIN<br>P.O. BOX 3693<br>HOMER, AK 99603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,201.48 |
|---|---|---|---|
| | MARTIN, DAVID<br>P.O. BOX 468<br>CLAM GULCH, AK 99568 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|
| | Mary DeMatteis<br>10229 Evening Primrose Ave.<br>Las Vegas, NV 89135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Shareholder Loan.<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

3.388  **Nonpriority creditor's name and mailing address**
**MATERIAL FLOW ALASKA**
**PO BOX 550**
**DONALD, OR 97020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.389  **Nonpriority creditor's name and mailing address**
**MATT LUKIN**
**P.O. BOX 2039**
**HOMER, AK 99603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.390  **Nonpriority creditor's name and mailing address**
**MATT PANCRATZ**
**P O BOX 5054**
**NIKOLAEVSK, AK 99556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.391  **Nonpriority creditor's name and mailing address**
**MATTHEW W HAGGREN**
**155 SKYLINE AVE**
**ASTORIA, OR 97103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.392  **Nonpriority creditor's name and mailing address**
**MATTRESS RANCH**
**35911 KENAI SPUR HWY**
**SUITE #17**
**SOLDOTNA, AK 99669**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.393  **Nonpriority creditor's name and mailing address**
**MATVEEV, FRED**
**8440 RYOALES PL.**
**ANCHORAGE, AK 99504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $253.52
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.394  **Nonpriority creditor's name and mailing address**
**MAX HARVEY**
**P.O. BOX 771026**
**EAGLE RIVER, AK 99577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MAXIM F MARTUSHEV** <br> **PO BOX 2336** <br> **HOMER, AK 99603** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MCJUNKIN RED MAN** <br> **35159 K DRIVE STE B** <br> **SOLDOTNA, AK 99669** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MELISSA CRAIG** <br> **13331 BADGER LANE** <br> **ANCHORAGE, AK 99516** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | **Michael Brooks** <br> **P.O. Box 220727** <br> **Anchorage, AK 99522** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MICHAEL BROWN** <br> **720 BURTON ST** <br> **SHERIDAN, WY 82801** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MICHAEL KOMPKOFF** <br> **P.O. BOX 212851** <br> **ANCHORAGE, AK 99524** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MICHAEL MCCARTHY** <br> **P.O. BOX 1685** <br> **CORDOVA, AK 99574** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MICHAEL PIATKOFF** | ☐ Contingent | |
| | **111 5TH ST SOUTH** | ☐ Unliquidated | |
| | **ERSKINE, MN 56535** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MICHAEL SPAETGENS** | ☐ Contingent | |
| | **56760 EAST END RD** | ☐ Unliquidated | |
| | **HOMER, AK 99603** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MICHAEL TOWLE** | ☐ Contingent | |
| | **P.O. BOX 1875** | ☐ Unliquidated | |
| | **CORDOVA, AK 99574** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MICHAEL WEGDAHL** | ☐ Contingent | |
| | **473 ELOCHOMAN VALLEY RD** | ☐ Unliquidated | |
| | **CATHLAMET, WA 98612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MIKE HAGGREN** | ☐ Contingent | |
| | **1 THIRD ST #105** | ☐ Unliquidated | |
| | **ASTORIA, OR 97103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MILLER, SCOTT** | ☐ Contingent | |
| | **6040 196TH AVE SW** | ☐ Unliquidated | |
| | **ROCHESTER, WA 98579** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MITHCELL NOWICKI** | ☐ Contingent | |
| | **P.O. BOX 2232** | ☐ Unliquidated | |
| | **CORDOVA, AK 99574** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MOORE & MOORE SERVICES**<br>**3900 STERLING HWY**<br>**HOMER, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MORRIL &TERRY MAHAN**<br>**PO BOX 122**<br>**KASILOF, AK 99610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MORRIS PRINTING COMPANY, INC.**<br>**830 SECOND STREET**<br>**SNOHOMISH, WA 98290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MORRIS PUBLISHING GROUP**<br>**PO BOX 1486**<br>**AUGUSTA, GA 30903-1486** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MORRIS, DEIDRE M**<br>**PO BOX 862**<br>**SLANA, AK 99586** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,359.51 |
|---|---|---|---|
| | **MOTION INDUSTRIES**<br>**FILE 57463**<br>**LOS ANGELES, CA 90074-7463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MOVERS OF WASHINGTON**<br>**P.O. BOX 93401**<br>**ANCHORAGE, AK 99509-3401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address**<br>**MOVERS, INC.**<br>**P.O. BOX 91413**<br>**ANCHORAGE, AK 99509-1413** | **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address**<br>**MSC ALASKA SALMON**<br>**1900 WEST EMERSON PL #205**<br>**SEATTLE, WA 98119** | **As of the petition filing date, the claim is:** *Check all that apply.*        **$615.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address**<br>**MULTIFROST**<br>**101 WEST FIR**<br>**OTHELLO, WA 99344-1060** | **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.419 | **Nonpriority creditor's name and mailing address**<br>**MUNICIPAL LIGHT & POWER**<br>**P.O. BOX 196094**<br>**ANCHORAGE, AK 99519** | **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.420 | **Nonpriority creditor's name and mailing address**<br>**MUNICIPAL SERVICES BUREAU**<br>**PO BOX 16755**<br>**AUSTIN, TX 78761-6755** | **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.421 | **Nonpriority creditor's name and mailing address**<br>**NATHAN R. TUELLER**<br>**MOONLIGHT MAID** | **As of the petition filing date, the claim is:** *Check all that apply.*        **$4,560.43**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.422 | **Nonpriority creditor's name and mailing address**<br>**NATIONWIDE FINANCIAL**<br>**P.O. BOX 183046**<br>**COLUMBUS, OH 43218-3046** | **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NC MACHINERY CO.**<br>**PO BOX 58201**<br>**TUKWILA, WA 98138-1201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NGB, INC.**<br>**dba D & B TRUCKING**<br>**1905 E. LINCOLN AVE.**<br>**TACOMA, WA 98421** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICHOLAS NEBESKY**<br>**BLVD #478**<br>**ANCHORAGE, AK 99503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NIPPON EXPRESS USA, INC.**<br>**18303 8TH AVE SOUTH**<br>**SEATTLE, WA 98148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NIST, JACOB**<br>**409 14TH AVE**<br>**MILTON, WA 98354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NOMAR LLC**<br>**104 EAST PIONEER AVE**<br>**SUITE 1**<br>**HOMER, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NOMURA TRADING CO LTD**<br>**10940 NE 33RD PL SUITE 111**<br>**BELLEVUE, WA 98004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTH ALASKA FISHERIES, INC.**<br>P.O. Box 92737<br>ANCHORAGE, AK 99509 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTH PACIFIC PROCESSORS, INC.**<br>PO BOX 1040<br>CORDOVA, AK 99574 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTH PACIFIC SEAFOODS**<br>P.O. BOX 31179<br>SEATTLE, WA 98103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,624.13 |
|---|---|---|---|
| | **NORTHERN AIR CARGO**<br>3900 W. INTL AIRPORT ROAD<br>ANCHORAGE, AK 99502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTHERN EXPLORER/EZRA**<br>P.O. BOX 2235<br>SEWARD, AK 99664 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTHERN OFFICE SUPPLY**<br>P.O. BOX 233649<br>ANCHORAGE, AK 99523-3649 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTHLAND SERVICES, INC.**<br>DEPT 85<br>P.O. BOX 34935<br>SEATTLE, WA 98124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTHWEST DISTRIBUTING COMPANY**<br>**8401 BRAYTON DRIVE**<br>**ANCHORAGE, AK 99507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTHWEST FISHERIES ASSOC.**<br>**6523 CALIFORNIA AVE SW #314**<br>**SEATTLE, WA 98136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTHWEST FISHERIES ASSOC.**<br>**2208 NW MARKET STREET**<br>**SUITE 318**<br>**SEATTLE, WA 98107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NORTHWEST GEL, INC.**<br>**P.O. BOX 671530**<br>**CHUGIAK, AK 99567** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,922.04 |
|---|---|---|---|
| | **NRC ALASKA LLC DBA EMERALD ALASKA**<br>**PO BOX 740027**<br>**LOS ANGELES, CA 90074-0027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NSF SEAFOOD**<br>**DEPT. LOCKBOX #771380**<br>**PO BOX 77000**<br>**DETROIT, MI 48277-1380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NUEZCA, CESAR & JANETTE**<br>**9421 DUNDEE CIRCLE**<br>**#8**<br>**ANCHORAGE, AK 99502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OCEAN BEAUTY SEAFOODS, INC.**
PO Box 70739
SEATTLE, WA 98127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OCEAN SEAFOOD MARKETING CO.**
P.O. BOX 1187
NOVATO, CA 94948-1187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ODIE'S MARINE SERVICES**
5601 CAMELOT DRIVE #A-1
ANCHORAGE, AK 99504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OFFICE OF THE HARBORMASTER**
P.O. BOX 388
BETHEL, AK 99559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OIL & GAS SUPPLY**
6160 TUTTLE PLACE, STE B
ANCHORAGE, AK 99507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLIN RINDAL**
2809 KLAMATH DR #2
ANCHORAGE, AK 99517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.40 |
|---|---|---|---|

**ON DEMAND TRUCKING**
P.O. BOX 2976
HOMER, AK 99603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|----|----|----|
| | **ORCA BAY**<br>**900 POWELL AVE SW**<br>**RENTON, WA 98055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|----|----|----|
| | **ORCA OIL CO. INC.**<br>**P.O. BOX 910**<br>**CORDOVA, WA 99574-0910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|----|----|----|
| | **ORCAS BUSINESS PARK**<br>**P.O. BOX 81024**<br>**SEATTLE, WA 98108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|----|----|----|
| | **ORTHODOX UNION**<br>**11 BROADWAY**<br>**NEW YORK, NY 10004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|----|----|----|
| | **OTS WELDING**<br>**35841 IRONS AVENUE**<br>**SOLDOTNA, AK 99669** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|----|----|----|
| | **OTZ TELEPHONE COOPERATIVE, INC.**<br>**PO BOX 324**<br>**KOTZEBUE, AK 99752-0324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|----|----|----|
| | **OUTBOARD SERVICES**<br>**2355 KACHEMAK DR SUITE 103**<br>**HOMER, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OZONE INTERNATIONAL**
**12685 MILLER RD NE**
**SUITE 1300**
**BAINBRIDGE ISLAND, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC ALASKA FORWARDERS, INC**
**DEPT #4198**
**P.O. BOX 34936**
**SEATTLE, WA 98124-1936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC ALASKA FREIGHTWAYS**
**PO BOX 24827**
**SEATTLE, WA 98124-0827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC DETROIT DIESEL-ALLISON**
**P.O. BOX 4000**
**PORTLAND, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC HARVEST SEAFOOD**
**6601-117TH AVE S.E.**
**BELLEVUE, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC METAL CO.**
**P.O. BOX 5000**
**PORTLAND, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC POWER PRODUCTS**
**P.O. BOX 640**
**RIDGEFIELD, WA 98642-0640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,410.00** |

**PACIFIC SEAFOOD CO**
**PO BOX 842757**
**BOSTON, MA 02284-2757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PACIFIC STAR SEAFOODS, INC.**
**P.O. BOX 190**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PAPE' MATERIAL HANDLING**
**PO BOX 5077**
**PORTLAND, OR 97208-5077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,640.00** |

**PARITY CORPORATION**
**11812 NORTH CREEK PARKWAY N.**
**SUITE 204**
**BOTHELL, WA 98011-8202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PARKER WHALEY**
**P.O. BOX 671008**
**CHUGIAK, AK 99567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PATRICK FEND**
**P.O. BOX 877197**
**WASILLA, AK 99687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PAUL E ROTH**
**PO BOX 3154**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**PAUL LACA**
**P.O. BOX 523**
**GIRDWOOD, AK 99587**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**PAUL OWEKE**
**W. 256376 SULLIVAN RD**
**TREMPEALEAU, WI 54661**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**PAUL R TOSTE**
**PO BOX 299**
**GRAYLAND, WA 98547**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**PDX TRANSPORT**
**PO BOX 143475**
**ANCHORAGE, AK 99514**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**PENINSULA OVERHEAD DOORS**
**41710 MILL AVE**
**SOLDOTNA, AK 99669**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**PENINSULA PUMPING, INC.**
**42115B KALIFORNSKY BEACH RD**
**SOLDOTNA, AK 99669**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**PENINSULA SANITATION**
**P.O. BOX 1209**
**SOLDOTNA, AK 99669**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETE GRANGER**
**PO BOX 1387**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETE JENKINS**
**2400 TASHA DRIVE**
**ANCHORAGE, AK 99502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETER BROCKERT**
**P.O. BOX 2326**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETER PAN SEAFOODS, INC.**
**2200 SIXTH AVENUE**
**SUITE 100**
**SEATTLE, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETRO BASARGIN**
**P.O. BOX 2126**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,783.25 |
|---|---|---|---|

**PETRO MARINE SVCS**
**43442 K-BEACH ROAD**
**SOLDOTNA   99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILLIP REUTOV**
**20837 YUKON ST NE**
**AURORA, OR 97002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|
| | **PINNACLE LOGISTICS, INC.**<br>**PO BOX 1808**<br>**EDMONDS, WA 98020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $602.65 |
|-------|------|------|------|
| | **PIONEER DOOR INC.**<br>**6514 GREENWOOD STREET**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|
| | **PIONEER PETROLEUM MAINTENANCE**<br>**PO BOX 200926**<br>**ANCHORAGE, AK 99520-0926** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $231.22 |
|-------|------|------|------|
| | **PITNEY BOWES INC.**<br>**PO BOX 371887**<br>**PITTSBURG, PA 15250-7887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|
| | **PLATON BASARGIN**<br>**P.O. BOX 1494**<br>**HOMER, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|
| | **PLUMBLINE PLUMBING & HEATING**<br>**PO BOX 114**<br>**418 FIRST ST.**<br>**CORDOVA, AK 99574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|
| | **Polar Supply Company**<br>**300 E. 54th Avenue**<br>**Anchorage, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Great Pacific Seafoods, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**POSTAGE BY PHONE**
**PO BOX 7900071**
**SAINT LOUIS, MO 63179-0071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**POTTER HALL INTERNATIONAL**
**4875 COOL SPRINGS DRIVE**
**RENO, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PRECISION COMPANY, INC.**
**P.O. BOX 272851**
**TAMPA, FL 33688-2851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PREFERRED PLUMBING & HEATING**
**335 MAIN ST LOOP**
**KENAI, AK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PRL LOGISTICS, INC.**
**421 WEST FIRST AVE**
**STE 250**
**ANCHORAGE, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PROGRESSIVE BUSINESS**
**P.O. BOX 3019**
**MALVERN, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PUGET SOUND PIPE & SUPPLY CO.**
**2120 SPAR AVE**
**ANCHORAGE, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **PWSAC** | ☐ Contingent | |
| | **P.O. BOX 1110** | ☐ Unliquidated | |
| | **CORDOVA, AK 99574-1110** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,218.31** |
| | **QUALITY BUSINESS SYSTEMS** | ☐ Contingent | |
| | **P.O. BOX 398160** | ☐ Unliquidated | |
| | **SAN FRANCISCO, CA 94139-8160** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **R.C.'S DOCK** | ☐ Contingent | |
| | **P.O. BOX 112714** | ☐ Unliquidated | |
| | **ANCHORAGE, AK 99511-2714** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **R.L. COOK SALES & SUPPLY CO.** | ☐ Contingent | |
| | **8814-14TH AVE SO.** | ☐ Unliquidated | |
| | **SEATLE, WA 98108-4864** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **RABANG, CISCO** | ☐ Contingent | |
| | **6605 63RD DR NE** | ☐ Unliquidated | |
| | **MARYSVILLE, WA 98270** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **RANDAL KOCHER** | ☐ Contingent | |
| | **370 PATRIC RD** | ☐ Unliquidated | |
| | **COBBLESKILL, NY 12043** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **RANDAL L VASKO** | ☐ Contingent | |
| | **21055 EARL CT** | ☐ Unliquidated | |
| | **KASILOF, AK 99610** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,545.00 |
|---|---|---|---|

**RAVENSTAR PACIFIC SHIPPING**
**3705 ARCTIC BLVD. #498**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAY J CORREIA**
**PO BOX 456**
**CLAM GULCH, AK 99568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REDDEN MARINE SUPPLY**
**1411 ROEDER AVENUE**
**BELLINGHAM, WA 98225-2916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REDDEN OF CORDOVA**
**3625 EAST END RD**
**HOMER, AK 99603-9426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REFRIGERATION SUPPLIES DIST.**
**26021 ATLANTIC OCEAN DRIVE**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REGENCE BLUESHIELD**
**P.O. BOX 35022**
**SEATTLE, WA 98124-3500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RELIABLE APPLIANCE**
**1200 E 76TH SUITE 1204**
**ANCHORAGE, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Great Pacific Seafoods, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.514**

Nonpriority creditor's name and mailing address
**RESPOND SYSTEMS**
**9191 OLD SEWARD HWY #6**
**PO BOX 220348**
**ANCHORAGE, AK 99522-0348**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.515**

Nonpriority creditor's name and mailing address
**REUTOV, KERIL**
**P.O. BOX 529**
**HOMER, AK 99603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$656.31**

**3.516**

Nonpriority creditor's name and mailing address
**RICHARD CASCIANO**
**P.O. BOX 584**
**CORDOVA, AK 99574**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.517**

Nonpriority creditor's name and mailing address
**Richard Wheeler**
**P.O. Box 256**
**Ardenvoir, WA 98811**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,389.77**

**3.518**

Nonpriority creditor's name and mailing address
**RICHARD WISE**
**1634 STERLING HWY**
**HOMER, AK 99603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.519**

Nonpriority creditor's name and mailing address
**RICKY R WIK**
**1122 INLET WOODS DR**
**KENAI, AK 99611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.520**

Nonpriority creditor's name and mailing address
**RIGGS TOWING & RECOVERY**
**1648 POST ROAD**
**ANCHORAGE, AK 99501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBBIN R LEVENHAGEN**
**PO BOX 143**
**KASILOF, AK 99610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT A CORREIA**
**PO BOX 729**
**KASILOF, AK 99610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT CORREIA**
**P.O. BOX 456**
**PLAN GULCH, AK 99568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT HOOVER**
**P.O. BOX 1039**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT J WOLFE**
**PO BOX 1125**
**GIRDWOOD, AK 99587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT JOHNSON**
**P.O. BOX 871621**
**JAMIE D**
**WASILA, AK 99687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT MATISON**
**P.O.BOX 815**
**VERNON, AZ 85940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT NELSON**
P.O. BOX 2682
SOLDOTNA, AK 99669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT SHERMAN**
P.O. BOX 522
CORDOVA, AK 99574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT SWITZER**
P.O. BOX 3093
HOMER, AK 99603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROGERS MACHINERY COMPANY, INC.**
P.O. BOX 23279
PORTLAND, OR 97281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROLAND P JONES**
250 PHILLIPS DR
KENAI, AK 99611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROLYAN BUOYS**
W68N158 EVERGREEN BLVD
CEDARBURG, WI 53012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RON NOLAND**
2717 TURK DR
TULALIP, WA 98271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-12903-MLB    Doc 1    Filed 05/29/16    Ent. 05/29/16 10:52:18    Pg. 104 of 228

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RON THOMPSON**
**143 WILD RODE LN**
**TOLEDO, WA 98591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RONI CAMRON**
**51995 ARNESS RD**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.10 |
|---|---|---|---|

**ROSAUER, JAKE**
**P.O. BOX 78**
**GIRDWOOD, AK 99587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROTO ROOTER**
**PO BOX 112688**
**ANCHORAGE, AK 99511-2688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RUD KANZOW GMBH & CO KG**
**TRETTAUSTR 22**
**HAMBURG, GERMANY   21107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,604.73 |
|---|---|---|---|

**RUSSELL SHAW**
**P.O. BOX 226**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN BROUGHTON**
**P.O. BOX 264**
**SEWARD, AK 99664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-------|
| | **RYAN MEGANACK**<br>**PO BOX 5526**<br>**PORT GRAHAM, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-------|
| | **RYCO EQUIPMENT**<br>**6810 220th SW**<br>**MOUNTLAKE TERRACE, WA 98043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-------|
| | **SAFETY & SUPPLY CO.**<br>**5510 EAST MARGINAL WAY SOUTH**<br>**SEATTLE, WA 98134-2496** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-------|
| | **SAFETY INC.**<br>**3710 WOODLAND DR. STE 1500**<br>**ANCHORAGE, AK 99517-2590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,477.81 |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **SAI GLOBAL INC.**<br>**PO BOX 311116**<br>**LOCK BOX #T66072U**<br>**DETROIT, MI 48231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-------|
| | **SAM COTTON**<br>**PO BOX 6432**<br>**HALIBUT COVE, AK 99603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-------|
| | **SARA PARKER**<br>**P.O. BOX 1986**<br>**CORODOVA, AK 99574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAUERBREY, JON**
**40291 BOULDER PARK LANE**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAVE-U-LOTS**
**P.O. BOX 1750**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SCOTT BOTTOMS**
**189 E. NELSON AVE #225**
**WASILLA, AK 99654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEA-SHORE ENTERPRISES/LOADSTAR**
**2070 E BOGARD ROAD**
**WASILLA, AK 99654-6536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAFAX**
**P.O. BOX 15340**
**PORTLAND, ME 04103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAFIRST**
**BANKCARD SERVICES**
**P.O. BOX 84000**
**SEATTLE, WA 98184-1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAFOODS PRODUCERS**
**2875 ROLDER AVE**
**BELLINGHAM, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**SEAFRESH**
**88 EAST HAMLIN STREET**
**PO BOX C-5030**
**SEATTLE, WA 98105-0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**SEATTLE CHAMBER OF COMMERCE**
**SUITE 2400**
**1301 5TH AVENUE**
**SEATTLE, WA 98101-2603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**SEATTLE MARINE & FISHING SUPPY**
**2121 WEST COMMODORE WAY**
**SEATTLE, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,438.02 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**SEATTLE-TACOMA BOX COMPANY**
**23400 71ST PLACE SOUTH**
**KENT, WA 98032-2994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $928.75 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**SECAP FINANCE**
**PO BOX 405371**
**ATLANTA, GA 30384-5371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**SETH M JORGENSEN**
**7033 E JOANDE ARC AVE**
**SCOTTSDALE, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**SEWARD BOAT HARBOR**
**P.O. BOX 167**
**SEWARD, AK 99664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,450.60 |
|---|---|---|---|

**SEWARD FISHERIES**
P.O. BOX 8
SEWARD, AK 99664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHARPE, JASON**
PO BOX 486
KENAI, AK 99611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,604.73 |
|---|---|---|---|

**SHAW, RUSSELL**
P.O. Box 226
Cordova, AK 99574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAWN GILMAN**
P.O. BOX 2232
CORDOVA, AK 99574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHERMAN SIGNS**
43420 KALIFORNSY BEACH RD #1
SOLDOTNA, AK 99669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,745.92 |
|---|---|---|---|

**SHORESIDE PETROLEUM INC.**
P.O. BOX 1189
SEWARD, AK 99664-1189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIGNODE SERVICE BUSINESS**
P.O. BOX 71057
CHICAGO, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SILVERST KUZMIN**
**P.O. BOX 1046**
**DELTA JUNCTION, AK 99737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIMPLY SIGNS**
**205 IOWA ST, UNIT A**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIX STATES DISTRIBUTORS**
**44113 K-BEACH ROAD**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SKYLER IRVIN**
**63 HEMNLOCK BRIDGE RD**
**FRYEBURG, ME**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.64 |
|---|---|---|---|

**SMITH, TIMOTHY**
**P.O. BOX 25**
**Menlo, WA 98561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOLID WASTE SERVICES**
**P.O. BOX 196637**
**ANCHORAGE, AK 99519-6637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.75 |
|---|---|---|---|

**SOUTH CENTRAL RADAR**
**4406 HOMER SPIT RD**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SOUTH CENTRAL RADAR**
**4406 HOMER SPIT RD**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SPENARD BUILDERS SUPPLY**
**PO Box 99060**
**ANCHORAGE, AK 99509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.61 |
|---|---|---|---|

**STANLEY GRANGER III**
**PO BOX 1387**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STATE CENTRAL COLLECTION UNIT**
**P.O. BOX 6219**
**INDIANAPOLIS, IN 46206-6219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STATE FISH COMPANY, INC.**
**2194 SIGNAL PLACE**
**SAN PEDRO, CA 90731-7288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STATE OF ALASKA**
**PO BOX 111800**
**JUNEAU, AK 99811-1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STATE OF ALASKA**
**AIRPORT ACCOUNTING SECTION**
**P.O. BOX 196960**
**ANCHORAGE, AK 99519-6960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**STATE OF ALASKA**
**DIVISION OF MOTOR VEHICLES**
**2150 EAST DOWLING ROAD**
**ANCHORAGE,, AK 99507-1997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**STATE OF ALASKA**
**12050 INDUSTRY WAY**
**ANCHORAGE, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |

**State of Alaska**
**Leasing Unit Manager**
**550 W 7th Avenue, Ste 900c**
**Anchorage, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**STATE OF WASHINGTON**
**DEPARTMENT OF REVENUE**
**P.O. BOX 34051**
**SEATTLE, WA 98124-1051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**STEPHEN S WEBB**
**PO BOX 1122**
**KASILOF, AK 99610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,329.27 |

**Steve Lomax**
**317 Spotswood**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**STEVE POTTER**
**17995 MARIES CR 538**
**ROLLA, MO 65401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$496.63** |
|---|---|---|---|

**Steve Walter**
**P.O. Box 487**
**Girdwood, AK 99587**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STEVEN CLARK**
**P O BOX 573**
**KENAI, AK 99611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STEVEN DOUMIT**
**PO BOX 406**
**CATHLAMET, WA 98612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STEVEN E CLARK**
**PO BOX 573 KENAI**
**KENAI, AK 99611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STEWART TITLE COMPANY**
**3330 ARCTIC BLVD.**
**ANCHORAGE,, AK 99503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STILES, ROGER**
**11738 SW 250TH LANE**
**VASHON, WA 98070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STORM CHASERS MARINE**
**13552 LOWELL POINT RD**
**PO BOX 757**
**SEWARD, AK 99664**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,745.22** |
|---|---|---|---|

**STROTHERS, BRENDA**
**P.O. BOX 3498**
**KENAI, AK 99611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STUERHK DELIKATESSEN**
**ALTER KIRCHWEG 31**
**TRETTAUSTRASSE 22 2709 MARNE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STUSSER ELECTRIC**
**P.O. BOX 2820**
**ISSAQUAH, WA 98027-0129**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUBURBAN PROPANE**
**PO BOX 12068**
**FRESNO, CA 93776-2068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUBURBAN PROPANE**
**1200 E. WHITNEY RD**
**ANCHORAGE, AK 99501-1634**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUPERIOR ELECTRIC**
**PO BOX 3426**
**KENAI, AK 99611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Suzanne DeMatteis**
**7555 44th Ave SW**
**Seattle, WA 98136**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Loan.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYSCO FOOD SERVICES OF SEATTLE**
P.O. BOX 97054
22820 54TH AVE SO.
KENT, WA 98064-9754

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,043.98 |
|---|---|---|---|

**TATONDUK OUTFITTERS LIMITED**
P.O. BOX 61680
FAIRBANKS, AK 99706

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.04 |
|---|---|---|---|

**TAURIAINEN ENGINEERING & TESTING, INC**
35186 KENAI SPUR HWY
SOLDOTNA   99669

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR EVENSON**
541 TOGIAK CL #B
ANCHORAGE, AK 99503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR FIRE SERVICE**
725 W WASAIR DR #1A
WASILLA, AK 99654

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TELESYSTEMS WEST INC.**
11232 120TH AVE NE
SUITE 111
KIRKLAND, WA 98033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERENTY ANDREEFF**
P.O. BOX 1373
CORDOVA, AK 99574

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**TERRACE ON THE LAKE**
**2421 BENTZEN CIRCLE**
**ANCHORAGE, AK 99517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**TERRY BRAY**
**P.O. BOX 1189**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**TERRY MERRIT**
**P.O. BOX 938**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $107,753.60 |

**THE FISH FACTORY**
**800 FISH DOCK ROAD**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**THE HOME DEPOT**
**10480 KENAI SPUR HWY**
**KENAI, AK 99611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**THE MANIFEST GROUP**
**100 EAST SARATOGA**
**MARSHALL, MN 56258-1714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**THE SAFETY TEAM**
**670 SOUTH LUCILE ST**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **THOMAS  BUCHANAN**<br>**PO Box 925**<br>**SEWARD, AK 99611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **THOMAS A DALRYMPLE**<br>**PO BOX 1502**<br>**SOLDOTNA, AK 99669** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **THOMAS ABERLE**<br>**429 W 10TH ST**<br>**JUNEAU, AK 99801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **THOMAS G STROTHER**<br>**PO BOX 2060**<br>**KENAI, AK 99611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **THOMAS L YOUNG**<br>**2601 N TAHITI LOOP**<br>**ANCHORAGE, AK 99507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **THOMAS LOVE**<br>**P.O. BOX 881**<br>**GIRDWOOD, AK 99587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **THOMAS M BUCHANEN**<br>**PO BOX 925**<br>**SEWARD, AK 99664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **THOMAS MISSEL** | ☐ Contingent | |
| | **P.O. BOX 637** | ☐ Unliquidated | |
| | **SEWARD, AK 99664** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,406.86 |
| | **TIM CABANA** | ☐ Contingent | |
| | **P.O. BOX 201** | ☐ Unliquidated | |
| | **GIRDWOOD, AK 99587** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **TIM TOLAR** | ☐ Contingent | |
| | **1201 EQUINOX WAY** | ☐ Unliquidated | |
| | **KENAI, AK 99611** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $76.74 |
| | **TIME FORCE** | ☐ Contingent | |
| | **9350 S 150 E** | ☐ Unliquidated | |
| | **STE 300** | ☐ Disputed | |
| | **SANDY, UT 84070-2702** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **TIMOFEY REUTOV** | ☐ Contingent | |
| | **P.O. BOX 1804** | ☐ Unliquidated | |
| | **CORDOVA, AK 99574** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **TIMOTHY E SEEKER** | ☐ Contingent | |
| | **1172 SR4** | ☐ Unliquidated | |
| | **NASELLE, WA 98638** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,058.64 |
| | **TIMOTHY SMITH** | ☐ Contingent | |
| | **P.O. BOX 25** | ☐ Unliquidated | |
| | **MENLO, WA 98561** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TINDALL BENNETT & SHOUP, P.C.**<br>**508 W. SECOND AVE.**<br>**THIRD FLOOR**<br>**ANCHORAGE, AK 99501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TK SERVICES, INC.**<br>**3321 W. 70TH**<br>**ANCHORAGE, AK 99502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TOMAS PSTROSS**<br>**P.O. BOX 2614**<br>**CORDOVA, AK 99574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TORUS**<br>**26567 NETWORK PLACE**<br>**CHICAGO, IL 60673-1265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TOTEM EQUIPMENT & SUPPLY, INC.**<br>**2536 COMMERCIAL DRIVE**<br>**ANCHORAGE, AK 99501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TOTEM OCEAN TRAILER EXPRESS,**<br>**P.O. BOX 4129**<br>**FEDERAL WAY, WA 98063-4129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TR TRUCKING**<br>**3400 INDUSTRY DR E**<br>**FIFE, WA 98424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,425.77** |
|---|---|---|---|
| | **TRAIL GYPSY, LLC**<br>**1948 BRANDILYN**<br>**ANCHORAGE, AK 99516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,799.47** |
|---|---|---|---|
| | **TRAILERCRAFT**<br>**1301 EAST 64TH AVE**<br>**ANCHORAGE, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TRAVIS LEE**<br>**65050 S VICTORY RD**<br>**SUTTON, AK 99674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,228.31** |
|---|---|---|---|
| | **TRAVIS MAGNUSSON**<br>**P.O. BOX 177**<br>**GIRDWOOD, AK 99587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TRI CORE PLASTICS**<br>**6520 SALISH DRIVE**<br>**VANCOUVER B.C. V6N 2C7** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TUDOR AUTO & TRUCK**<br>**411 W TUDOR RD**<br>**ANCHORAGE, AK 99503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Tuleer**<br>**PO Box 913**<br>**Girdwood, AK 99587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TWO BEAR HOLDINGS LLC**
**PO BOX 230636**
**ANCHORAGE, AK 99523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYCO SIMPLEXGRINNELL**
**DEPT CH 10320**
**PALATINE, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYRELL SEAVEY**
**P.O. BOX 265**
**SEWARD, AK 99664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |
|---|---|---|---|

**UDELHOVEN OILFIELD**
**184 E 53RD AVENUE**
**ANCHORAGE, AK 99518-1822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UNIFIED OFFICE SERVICES**
**5715 Chase Point Circle**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UNIGARD SERVICE CORPORATION**
**P.O. BOX 93001**
**BELLEVUE, WA 98009-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Case 16-12903-MLB    Doc 1    Filed 05/29/16    Ent. 05/29/16 10:52:18    Pg. 121 of 228

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UNITED COOK INLET DRIFT ASSOC**
**43961 K-BEACH RD**
**SUITE E**
**SOLDOTNA 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UNITED RENTALS NORTHWEST, INC.**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $289.34 |
|---|---|---|---|

**UNITED UTILITIES INC.**
**PO BOX 92730**
**ANCHORAGE, AK 99509-2730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UNIVAR**
**13009 COLLECTIONS CTR DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**US BEARINGS & DRIVES**
**DIV. OF MOTION INDUSTRIES**
**P.O. BOX 98412**
**CHICAGO, IL 60693-8412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**US DEPARTMENT OF COMMERCE-NOAA**
**PO BOX 979008**
**ST LOUIS, MO 63197-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VARIFALAMEI SNIGIREV**
**P.O. BOX 2487**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VASILLI GORDEEV**
P.O. BOX 531
ANCHOR PT, AK 99556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VC999**
419 E. 11TH AVE
KANSAS CITY, MO 64116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTOR KUZMIN**
P.O. BOX 2495
HOMER, AK 99603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIP PROPERTY MANAGEMENT, LLC**
43530 KALIFORNSKY BEACH RD
SUITE 4
SOLDOTNA, AK 99669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VLADIMIR KUZMIN**
P.O. BOX 722
DELTA JUNCTION, AK 99737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VLASY KUTSEV**
P.O. BOX 1995
CORDOVA, AK 99574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VLASY SELEDKOV**
P.O. BOX 598
MOLALA, OR 97038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WADE BUSCHER**
**P.O. BOX 1032**
**CORODOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WALTER BOVICH**
**PO Box 1989**
**HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $496.63 |
|---|---|---|---|

**WALTER, STEVE**
**P.O. BOX 487**
**GIRDWOOD, AK 99587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WARREN BROWN**
**P.O. BOX 77**
**SELDOVIA, AK 99663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WASHINGTON ALLIANCE**
**FOR HEALTHCARE INSURANCETRUST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WASHINGTON BELT & DRIVE SYSTEM**
**P.O. BOX 94162**
**SEATTLE, WA 98124-6462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WASHINGTON DENTAL SERVICE**
**P.O. BOX 75983**
**SEATTLE, WA 98125-0983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,114.35 |
|---|---|---|---|

**WASHINGTON LIFTRUCK, INC.**
**700 SOUTH CHICAGO**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WASHINGTON STATE SUPPORT REG**
**PO BOX 45868**
**OLYMPIA, WA 98504-5868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $247.55 |
|---|---|---|---|

**WAXIE SANITARY SUPPLY**
**P.O. BOX 60227**
**LOS ANGELES, CA 90060-0227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WCP/FRONTIER PAPER**
**PO BOX 84145**
**SEATTLE, WA 98124-5445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WEBB'S TOWING**
**400 E. 95TH COURT**
**ANCHORAGE, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WELLS FARGO INSURANCE SERVICES**
**601 Union Street**
**Suite 1300**
**SEATTLE, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESLEY WOODS**
**P.O. BOX 463**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Great Pacific Seafoods, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESMAR COMPANY, INC.**
**333 NE 89TH**
**SEATTLE, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESTERN SHEET METAL, INC.**
**2604 SEWARD HIGHWAY**
**ANCHORAGE, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,389.77 |
|---|---|---|---|

**WHEELER, RICHARD**
**P.O. BOX 256**
**ARDNVOIR, WA 98811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WHITTIER SMALL BOAT HARBOR**
**P.O. BOX 639**
**WHITTIER, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM COOK**
**153 E VAIL**
**YUKON, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM CRAIG**
**13331 BADGER LANE**
**ANCHORAGE, AK 99516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM GRANGER**
**PO BOX 1162**
**SOLDOTNA, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM MARKOWITZ**
**P.O. BOX 2645**
**SEWARD, AK 99664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM OLSEN**
**41 FERN HILL RD**
**CATHLAMET, WA 98612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM WEBBER**
**P.O. BOX 1230**
**CORDOVA, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XANADU SEAFOODS, INC.**
**5405 192nd ST SW**
**LYNNWOOD, WA 98036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YAKOV BASARGIN**
**35670 UPLAND ST**
**SOUTH HOMER, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY GRUMBLIS**
**7429 SAND LK RD**
**ANCHORAGE, AK 99502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZEE SERVICE COMPANY**
**2511A FAIRBANKS ST.**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ZEP MANUFACTURING**
**21019 77TH AVE SO.**
**KENT, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.697 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ZURICH NORTH AMERICA**
**DEPT. 2437**
**CAROL STREAM, IL 60132-2437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 3,006.96 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,661,878.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,664,885.94 |

Debtor name     **Great Pacific Seafoods, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Whittier land lease Monthly rent: $1,402.20 Counsel for Landlord: William Hupprich (907) 265-2682** |
| State the term remaining | **Expires 4/30/2025** |
| List the contract number of any government contract | **Alaska Railroad Corporation William Hupprich, Counsel P.O. Box 107500 Anchorage, AK 99510** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Fish Handling Permit.** |
| State the term remaining | **Expires 4/30/2017** |
| List the contract number of any government contract | **Alaska Railroad Corporation P.O. Box 107500 Anchorage, AK 99510** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Whittier bunkhouse land lease Monthly rent: $734.00 Contact phone: (907) 472-2354** |
| State the term remaining | **Expires 5/15/2020** |
| List the contract number of any government contract | **Chou & Yenwen Shen P.O. Box 750 Whittier, AK 99693** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Whittier egg house lease month to month: $3,131,42** |
| State the term remaining | |
| List the contract number of any government contract | **City of Whittier P.O. BOX 608 Whittier, AK 99693** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Anchorage egg house lease month to month: $3,146.75**

**Dean Hilde**
**4601 E. WILDHORSE LANE**
**Boise, ID 83712**

---

**2.6.**    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Tender Charter Agreement**

**Expires 9/5/2018**

**Erza Campbell**
**P.O. Box 2235**
**Seward, AK 99664**

---

**2.7.**    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Seattle office lease Monthly rent: $3,342.00 Contacts: (i) John Harvey IV 206-972-8732 jw@orcasbusinesspark.com**

**(ii) John Harvey III 206-766-8765 john@orcasbusinesspark.com**
**Expires 10/31/2016**

**Orcas Business Park**
**P.O. Box 81024**
**Seattle, WA 98108**

---

**2.8.**    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Entry Authorization (ADL 220709) Contact: Adam Smith 907-269-8557 adam.smith@alaska.gov**

**Nondebtor party states fee due 5/31/2016**

**State of Alaska**
**Leasing Unit Manager**
**550 W 7th Avenue, Ste 900c**
**Anchorage, AK 99501**

Debtor 1   **Great Pacific Seafoods, Inc.**                                              Case number *(if known)* _____

First Name          Middle Name          Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Anchorage plant Land use permit**
**Monthly payment: $6,480.56**
**Contact: Teresa Ressler**
**Leasing Land Manager**
**(907) 266-2639**
**teresa.ressler@alaska.gov**

State the term remaining — **Expires 6/30/2018**

List the contract number of any government contract

**Ted Stevens Anchorage Int Airp**
**P.O. Box 196960**
**Anchorage, AK 99519**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Apartment for employees**
**Montly lease payment: $1,630.28**

State the term remaining

List the contract number of any government contract

**Terrace On The Lake**
**2421 BENTZEN CIRCLE**
**ANCHORAGE, AK 99517**

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Insurance policy: Great American Marine Operations Liability #OMH3133921**

State the term remaining

List the contract number of any government contract

**Wells Fargo Insurance Services**
**Attn: Marla Branch**
**999 3rd Ave, Suite 4100**
**Seattle, WA 98104**

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**Insurance policy: Great American Marine Liability #OMH3133920**

State the term remaining

List the contract number of any government contract

**Wells Fargo Insurance Services**
**Attn: Marla Branch**
**999 3rd Ave, Suite 4100**
**Seattle, WA 98104**

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

**Insurance policy: Liberty Mutual Umbrella #TH7Z91463861056**

State the term remaining

List the contract number of any government contract

**Wells Fargo Insurance Services**
**Attn: Marla Branch**
**999 3rd Ave, Suite 4100**
**Seattle, WA 98104**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Liberty Mutual International General Liability #KU7F91463861076** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Liberty Mutual Washington Stop Gap Liability #EL2Z91463861036** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Liberty Mutual Business Auto #AS2Z91463861026** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Liberty Mutual General Liability #TB2Z914638601016** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Liberty Mutual Inland Marine - Computers #YM2Z91463861046** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Liberty Mutual Equipment Floater #BMO57246955** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract    _____

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Travelers Boiler & Machinery #BME10D247224PHX** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Great American Pollution Liability #PRE211138603** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

---

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Lloyds (Beazley) Property Policy including EQ/Flood #W152E2160301** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

---

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Landmark DIC including Flood - Kenai #LHQ421842** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

---

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Westchester Fire Employment Practices Liability #G27431914003** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Lloyds Cargo/Stock Coverage #B0180PC1630437** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy: Travelers Crime #106080019** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Insurance Services Attn: Marla Branch 999 3rd Ave, Suite 4100 Seattle, WA 98104** |
| | List the contract number of any government contract | | |

Debtor name    **Great Pacific Seafoods, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Daniel DeMatteis** | **37553 21st Ave. S.**<br>**Federal Way, WA 98003** | **RANDAL L VASKO** | ☐ D _____<br>■ E/F   **3.506**<br>☐ G _____ |
| 2.2 | **Daniel DeMatteis** | **37553 21st Ave. S.**<br>**Federal Way, WA 98003** | **RANDAL VASKO** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Daniel DeMatteis** | **37553 21st Ave. S.**<br>**Federal Way, WA 98003** | **CTT MANAGEMENT CO, LLC** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Mary DeMatteis** | **10229 Evening Primrose Ave.**<br>**Las Vegas, NV 89100** | **U.S. BANK** | ■ D   **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Suzanne DeMatteis** | **7555 44th Ave SW**<br>**Seattle, WA 98136** | **RANDAL L VASKO** | ☐ D _____<br>■ E/F   **3.506**<br>☐ G _____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Suzanne DeMatteis** | 7555 44th Ave SW Seattle, WA 98136 | **RANDAL VASKO** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Suzanne DeMatteis** | 7555 44th Ave SW Seattle, WA 98136 | **CTT MANAGEMENT CO, LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **The Estate of Jack DeMatteis** | 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **ZIONS BANK** | ■ D __2.18__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **The Estate of Jack DeMatteis** | 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **ZION CREDIT CORP** | ■ D __2.17__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **The Estate of Jack DeMatteis** | 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **CONTINENTAL LAND** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **The Estate of Jack DeMatteis** | 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **SMALL BUSINESS ADMINISTRATION** | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **The Estate of Jack DeMatteis** | 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **RANDAL L VASKO** | ☐ D _____ <br> ■ E/F __3.506__ <br> ☐ G _____ |
| 2.13 | **The Estate of Jack DeMatteis** | 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **ALASKA RAILROAD CORPORATION** | ☐ D _____ <br> ■ E/F __3.46__ <br> ☐ G _____ |

| Debtor | **Great Pacific Seafoods, Inc.** | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **The Estate of Jack DeMatteis** <br> 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **RANDAL VASKO** | ■ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | **The Estate of Jack DeMatteis** <br> 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **CTT MANAGEMENT CO, LLC** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.16 | **The Estate of Jack DeMatteis** <br> 10229 Evening Primrose Ave. Las Vegas, NV 89135 | **U.S. BANK** | ■ D ___2.11___ <br> ☐ E/F _____ <br> ☐ G _____ |

Official Form 206H
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 3 of 3
Best Case Bankruptcy

Case 16-12903-MLB    Doc 1    Filed 05/29/16    Ent. 05/29/16 10:52:18    Pg. 137 of 228

Fill in this information to identify the case:

Debtor name      **Great Pacific Seafoods, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**      **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,616,038.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$21,226,359.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$26,538,134.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**      **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Please See Attached.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Please see answer to SOFA 30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Anytime Labor-Alaska Laabor, LLC  cba Labormax Staffing vs. Great Pacific Seafoods, Inc.**<br>**3AN-16-04681C1** | Collection | **Third Judicial District at Anchorage**<br>**825 W. 4th Ave**<br>**Anchorage, AK 99501** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Focus Managment Corp.**<br>**5001 West Lemon Street**<br>**Tampa, FL 33609** | | | **$526,287.09** |
| | Email or website address<br>**www.focusmg.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Socius Law Group, PLLC -**<br>**General Counsel**<br>**601 Union Street Suite 4950**<br>**Seattle, WA 98101** | | **Beginning February 1, 2016.** | **$54,028.87** |
| | Email or website address<br>**www.sociuslaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Bush Kornfeld LLP**<br>**601 Union Street, Suite 5000**<br>**Seattle, WA 98101** | **Fees paid $104,055.00**<br>**Costs paid $  1,421.64** | | **$105,476.64** |
| | Email or website address<br>**www.bskd.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Amory Securities, LLC**<br>**1230 Rosecrans Ave., Ste. 660**<br>**Manhattan Beach, CA 90266** | | | **$57,150.82** |
| | Email or website address<br>**www.armorygroupllc.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

  ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

  ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

  ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

  ■ No. Go to Part 9.
  ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

         ☐ No Go to Part 10.
         ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Great Pacific Seafoods, Inc. 401K Plan and Trust** | EIN: **91-0998822** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0653** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/9/2015** | **$137.89** |
| 18.2. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0696** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/9/2015** | **$30.76** |
| 18.3. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0726** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/9/2015** | **$133.80** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0629** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/9/2015** | **$969.05** |
| 18.5. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0718** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/9/2015** | **$111.30** |
| 18.6. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0734** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/9/2015** | **$33.31** |
| 18.7. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0645** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/12/2016** | **$98.04** |
| 18.8. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0610** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/12/2016** | **$502.91** |
| 18.9. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0602** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/12/2016** | **$264.78** |
| 18.10. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0661** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/12/2016** | **$735.15** |
| 18.11. | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-0688** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/12/2016** | **$1,659.07** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **1st Ave. Self Storage**<br>**2400 1st Ave South**<br>**Seattle, WA 98134** | **Daniel DeMatties**<br>**Tracy Barker** | **Business Records** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Attached.** | | **Kenai (i) boats; (ii) items located in gear lockers inside plant (fishermen have the keys).**<br>**Whittier: nets on dock** | **$0.00** |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Mo Brackett**<br>**650 S. Orcas Street**<br>**Seattle, WA 98108** | 1/1/2013-5/13/2016 |
| 26a.2.  **Tracy Barker**<br>**650 S. Orcas St.**<br>**Seattle, WA 98108** | 1/1/2013-5/27/16 |
| 26a.3.  **Frank Musso**<br>**Focus Management Group**<br>**5001 W. Lemon St**<br>**Tampa, FL 33609** | 10/1/15 - 5/27/16 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Bregante & Company**<br>**301 Battery Street**<br>**San Francisco, CA 94111** | 12/31/2013-5/12/2015 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Daniel DeMatteis**<br>**650 S. Orcas St.**<br>**Seattle, WA 98108** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

| 26d.1. | US Bank<br>P.O. Box 790429<br>Saint Louis, MO 63179-0429 |
| --- | --- |
| 26d.2. | Zion National Bank<br>National Real Estate Group<br>P.O. Box 26304<br>Salt Lake City, UT 84126 |
| 26d.3. | Small Business Association<br>FMLP Program<br>9062 Old Annapolis, RD<br>Columbia, MD 21045 |
| 26d.4. | Nosui Co.<br>Fish Div. Marine Products<br>Tomoya Wada<br>JAPAN |
| 26d.5. | Wells Fargo Insurance<br>601 Union St. Ste. 1300<br>Seattle, WA 98133 |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | Plant Managers superivse taking of inventories every week in season | | |
| | **Name and address of the person who has possession of inventory records**<br>Daniel DeMatteis<br>650 S. Orcas Street<br>Seattle, WA 98108 | | |
| 27.2. | Plant Managers superivse taking of inventories every week in season | | |
| | **Name and address of the person who has possession of inventory records**<br>Daniel DeMatteis<br>650 S. Orcas Street<br>Seattle, WA 98108 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Estate of Jack DeMatteis | 10229 Evening Primrose Ave.<br>Las Vegas, NV 89135 | | 60% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Suzanne DeMatteis** | **7555 44th Ave SW**<br>**Seattle, WA 98136** | **Treasurer** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel DeMatteis** | **37553 21st Ave S.**<br>**Federal Way, WA 98003** | **President** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mary DeMatteis** | **10229 Evening Primrose Ave.**<br>**Las Vegas, NV 89135** | **Secretary** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jack DeMatteis (deceased)** | **10229 Evening Primrose Ave.**<br>**Las Vegas, NV 89135** | **President** | **1977-10/17/2015** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Jack DeMatteis (deceased)**<br>**10229 Evening Primrose Ave.**<br>**Las Vegas, NV 89135** | **$64,800.00** | | **Salary** |
| | **Relationship to debtor**<br>**(deceased) former President** | | | |
| 30.2 . | **Suzanne DeMatteis**<br>**7555 44th Ave SW**<br>**Seattle, WA 98136** | **$102,320.00** | | **Salary and Expense.** |
| | **Relationship to debtor**<br>**Treasurer** | | | |
| 30.3 . | **Daniel DeMatteis**<br>**37553 21st Ave. South**<br>**Federal Way, WA 98003** | **$104,365.00** | | **Salary and Expense.** |
| | **Relationship to debtor**<br>**President** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Mary DeMatteis**<br>**10229 Evening Primrose Ave.**<br>**Las Vegas, NV 89135** | **$12,150.00** | | **Salary.** |
| | Relationship to debtor<br>**Secretary** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2016**

**/s/ Daniel J. DeMatteis**                                    **Daniel J. DeMatteis**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

# GREAT PACIFIC SEAFOODS, INC.

Attachment to Statement of Financial Affairs

Question 3

| Date | Type | Payee | Amount | Category |
|---|---|---|---|---|
| 3/1/2016 | check #44733 | Alaska Credit Union | $3,342.70 | secured debt |
| 3/22/16 | check #44788 | Alaska Credit Union | $3,183.52 | secured debt |
| 3/7/2016 | check #44743 | Alaska Railroad | $1,402.20 | Supplier |
| 3/7/2016 | check #44758 | Alaska Railroad | $20,000.00 | Supplier |
| 4/12/16 | Check #44820 | Alaska Railroad | $1,402.20 | Supplier |
| 5/6/16 | Check #44873 | Alaska Railroad | $1,402.20 | Supplier |
| 3/31/16 | Check #44803 | ANCHORAGE WATER & WASTEWATER | $11,332.90 | Supplier |
| 4/22/16 | Check #44855 | ANCHORAGE WATER & WASTEWATER | $14,834.42 | Supplier |
| 3/21/16 | check #44789 | Armory Securities | $6,385.33 | Services |
| 4/25/16 | wire transfer | Armory Securities | $25,765.49 | Services |
| 3/18/16 | check #44787 | AT&T wireless | $4,220.69 | Supplier |
| 4/19/16 | Check #44848 | AT&T wireless | $4,135.51 | Supplier |
| 5/16/16 | Check #44892 | AT&T wireless | $4,080.85 | Supplier |
| 3/9/2016 | check #44771 | Bellingham Cold Storage | $128.00 | Supplier |
| 3/14/2016 | check #44773 | Bellingham Cold Storage | $10,000.00 | Supplier |
| 5/16/16 | Check #44884 | Bellingham cold storage | $9,000.00 | Supplier |
| 4/11/16 | Check #44829 | Bellingham Cold Storage | $14,285.88 | Supplier |
| 3/30/16 | Check #44804 | Bregante Company | $2,800.00 | Services |
| 5/5/16 | Check #44864 | Bregante Company | $5,000.00 | Services |
| 5/18/16 | wire transfer | Bregante Company | $4,700.00 | Services |
| 3/23/16 | check #44790 | Bush & Kornfeld | $9,302.90 | Services |
| 4/12/16 | Check #44828 | Bush & Kornfeld | $4,886.50 | Services |
| 4/25/16 | wire transfer | Bush & Kornfeld | $3,760.00 | Services |
| 5/5/16 | wire transfer | Bush & Kornfeld | $3,520.00 | Services |
| 5/10/16 | wire transfer | Bush & Kornfeld | $15,000.00 | Services |
| 5/12/16 | wire transfer | Bush & Kornfeld | $4,680.00 | Services |
| 5/18/16 | wire transfer | Bush & Kornfeld | $1,800.00 | Services |
| 5/25/18 | wire transfer | Bush Kornfeld | $2,560.00 | Services |
| 2/29/16 | 1830 | Charles Black | $5,393.85 | Supplier |
| 3/4/16 | 1834 | Charles Black | $3,037.65 | Supplier |
| 3/7/16 | 1839 | Charles Black | $5,016.66 | Supplier |
| 3/11/16 | 1846 | Charles Black | $5,985.87 | Supplier |
| 3/14/16 | 1851 | Charles Black | $4,234.89 | Supplier |

| Date | Check # | Payee | Amount | Type |
|------|---------|-------|--------|------|
| 3/16/16 | 1853 | Charles Black | $2,001.24 | Supplier |
| 3/22/16 | 1861 | Charles Black | $2,038.74 | Supplier |
| 3/28/16 | Check #44805 | Chugach Electric | $10,735.17 | Supplier |
| 4/21/16 | Check #44856 | Chugach Electric | $10,711.37 | Supplier |
| 3/21/16 | check #44748 | City of Whitter | $1,011.85 | Supplier |
| 3/21/16 | check #44745 | City of Whittier | $3,131.42 | Supplier |
| 4/18/16 | Check #44833 | City of Whittier | $1,268.94 | Supplier |
| 4/18/16 | Check #44822 | City of Whittier | $3,131.42 | Supplier |
| 4/25/16 | Check #44850 | City of Whittier | $153.36 | Supplier |
| 5/17/16 | Check #44877 | City of Whittier (rent) | $3,131.42 | Supplier |
| 5/13/16 | Check #44891 | Comcast (utilites) | $536.39 | Supplier |
| 3/4/2016 | Check #44735 | CTT Management | $5,069.44 | secured debt |
| 4/7/16 | Check #44812 | CTT Management | $5,069.44 | secured debt |
| 3/11/2016 | check #44742 | Dean Hilde | $3,146.75 | Supplier |
| 4/11/16 | Check #44816 | Dean Hilde | $3,146.75 | Supplier |
| 5/12/16 | Check #44874 | Dean Hilde | $3,146.75 | Supplier |
| 2/29/16 | 1831 | Edward Giraed | $2,937.33 | Supplier |
| 3/4/16 | 1835 | Edward Giraed | $3,976.17 | Supplier |
| 3/7/16 | 1840 | Edward Giraed | $3,188.46 | Supplier |
| 3/11/16 | 1845 | Edward Giraed | $4,403.07 | Supplier |
| 3/16/16 | 1852A | Edward Giraed | $6,807.24 | Supplier |
| 3/18/16 | 1856 | Edward Giraed | $2,537.40 | Supplier |
| 3/22/16 | 1859 | Edward Giraed | $1,271.49 | Supplier |
| 3/8/2016 | check #44751 | ENSTAR Natural Gas Co | $1,597.75 | Supplier |
| 4/1/16 | Check #44811 | ENSTAR Natural Gas Co | $3,178.96 | Supplier |
| 4/6/16 | Check #44819 | ENSTAR Natural Gas Co | $1,744.50 | Supplier |
| 4/15/16 | Check #44844 | ENSTAR Natural Gas Co | $681.15 | Supplier |
| 2/29/16 | 1832 | Eric Velsko | $12,228.15 | Supplier |
| 3/4/16 | 1837 | Eric Velsko | $14,393.94 | Supplier |
| 3/12/16 | 1848 | Eric Velsko | $14,086.05 | Supplier |
| 3/18/16 | 1857 | Eric Velsko | $3,340.53 | Supplier |
| 3/22/16 | 1842A | Eric Velsko | $13,969.56 | Supplier |
| 3/22/16 | 1858 | Eric Velsko | $1,860.87 | Supplier |
| 3/8/2016 | check #44760 | FAIRCHILD FREIGHT, LLC | $8,200.00 | Supplier |

| Date | Reference | Payee | Amount | Category |
|---|---|---|---|---|
| 4/15/16 | Check #44830 | FAIRCHILD FREIGHT, LLC | $3,000.00 | Supplier |
| 4/19/16 | Check #44853 | FAIRCHILD FREIGHT, LLC | $2,900.00 | Supplier |
| 5/16/16 | Check #44885 | FAIRCHILD FREIGHT, LLC | $3,900.00 | Supplier |
| 5/16/16 | Check #44885 | Fairchild trucking | $3,900.00 | Supplier |
| 3/9/16 | 1514 | Fish Factory | $25,739.99 | Supplier |
| 3/9/16 | 1513 | Fish Factory | $25,739.99 | Supplier |
| 3/10/16 | 1533 | Fish Factory | $16,054.39 | Supplier |
| 3/10/16 | 1528 | Fish Factory | $16,054.39 | Supplier |
| 3/28/16 | 1585 | Fish Factory | $29,760.76 | Supplier |
| 3/28/16 | 1586 | Fish Factory | $29,460.76 | Supplier |
| 4/11/16 | 1598 | Fish Factory | $24,628.42 | Supplier |
| 4/11/16 | 1595 | Fish Factory | $620.59 | Supplier |
| 4/11/16 | 1597 | Fish Factory | $24,628.42 | Supplier |
| 4/25/16 | 1604 | Fish Factory | $29,137.35 | Supplier |
| 4/13/16 | Check #44832 | Flat Iron Capital | $33,292.71 | Insurance |
| 4/28/16 | Check #44869 | Flat Iron Capital | $30,653.00 | Insurance |
| 3/2/2016 | wire Transfer | Focus Management Corp | $14,780.83 | Services |
| 3/10/2016 | wire transfer | Focus Management Corp | $14,515.27 | Services |
| 3/18/16 | wire transfer | Focus Management Corp | $10,606.59 | Services |
| 3/24/16 | wire transfer #002914 | Focus Management Corp | $4,710.58 | Services |
| 3/31/16 | Wire transfer | Focus Management Corp | $16,009.97 | Services |
| 4/7/16 | Wire Transfer #001180 | Focus Management Corp | $12,710.13 | Services |
| 4/14/16 | wire transfer | Focus Management Corp | $15,668.82 | Services |
| 4/21/16 | wire transfer | Focus Management Corp | $19,090.08 | Services |
| 4/26/16 | wire transfer | Focus Management Corp | $16,442.62 | Services |
| 5/5/16 | wire transfer | Focus Management Corp | $20,852.94 | Services |
| 5/12/16 | wire transfer | Focus Management Corp | $18,260.32 | Services |
| 5/18/16 | wire transfer | Focus Management Corp | $8,800.00 | Services |
| 5/25/18 | wire transfer | Focus Management Corp | $25,683.93 | Services |
| 3/21/16 | check #44768 | HOMER (Utilities) | $16,451.37 | Supplier |
| 4/7/16 | Check #44806 | HOMER (Utilities) | $7,096.91 | Supplier |
| 4/26/16 | Check #44839 | HOMER (Utilities) | $6,769.36 | Supplier |
| 3/5/16 | 1838 | Kenneth Swickie | $21,243.75 | Supplier |
| 3/9/16 | 1843 | Kenneth Swickie | $30,034.29 | Supplier |

| Date | Reference | Payee | Amount | Type |
|---|---|---|---|---|
| 3/12/16 | 1847 | Kenneth Swickie | $29,463.72 | Supplier |
| 3/16/16 | 1855 | Kenneth Swickie | $19,671.96 | Supplier |
| 3/22/16 | 1862 | Kenneth Swickie | $5,527.17 | Supplier |
| 5/18/16 | Check #44886 | Lynden Air Cargo | $6,152.56 | Supplier |
| | Check #44886 | Lynden Air Cargo | $6,152.56 | Supplier |
| 3/15/2016 | check #44761 | LYNDEN AIR FREIGHT | $5,066.81 | Supplier |
| 3/21/16 | check #44775 | LYNDEN AIR FREIGHT | $7,029.79 | Supplier |
| 3/28/16 | Check #44792 | LYNDEN AIR FREIGHT | $5,000.00 | Supplier |
| 4/18/16 | Check #44831 | LYNDEN AIR FREIGHT | $7,027.54 | Supplier |
| 4/18/16 | Check #44854 | LYNDEN AIR FREIGHT | $7,044.40 | Supplier |
| 2/29/16 | 1829 | Mathew Stovmant | $2,132.79 | Supplier |
| 3/1/16 | 1833 | Mathew Stovmant | $4,049.43 | Supplier |
| 3/4/16 | 1836 | Mathew Stovmant | $3,493.71 | Supplier |
| 3/7/16 | 1841 | Mathew Stovmant | $4,351.38 | Supplier |
| 3/11/16 | 1844 | Mathew Stovmant | $3,792.69 | Supplier |
| 3/14/16 | 1849 | Mathew Stovmant | $4,949.34 | Supplier |
| 3/14/16 | 1850 | Mathew Stovmant | $2,880.90 | Supplier |
| 3/16/16 | 1854 | Mathew Stovmant | $1,248.72 | Supplier |
| 3/22/16 | 1860 | Mathew Stovmant | $1,571.13 | Supplier |
| 3/4/2016 | check #44739 | Nationwide | $1,331.00 | Insurance |
| 3/14/2016 | check #44772 | Nationwide | $1,506.00 | Insurance |
| 4/11/16 | Check #44823 | Nationwide | $1,906.00 | Insurance |
| 5/9/16 | Check #44881 | Nationwide | $1,331.00 | Insurance |
| 3/7/2016 | check #44741 | Orcas Business Park | $3,342.00 | Supplier |
| 4/19/16 | Check #44815 | Orcas Business Park | $3,798.00 | Supplier |
| 5/6/16 | Check #44876 | Orcas Business Park | $3,342.00 | Supplier |
| 5/18/16 | wire transfer | Ravenstar | $11,450.36 | Supplier |
| 5/25/18 | wire transfer | Ravenstar | $4,475.07 | Supplier |
| 3/1/2016 | check #44736 | Regence Blueshield | $12,800.72 | Insurance |
| 3/1/2016 | check #44736 | Regence Blueshield | $20,808.70 | Insurance |
| 4/6/16 | Check #44818 | Regence Blueshield | $17,899.90 | Insurance |
| 4/25/16 | wire transfer | Regence Blueshield | $17,356.50 | Insurance |
| 3/8/2016 | Auto Debt | SCANDIA/Wells Fargo | $7,588.05 | secured debt |
| 3/15/2016 | auto debit | SCANDIA/Wells Fargo | $13,423.37 | secured debt |

| Date | Type | Payee | Amount | Category |
|---|---|---|---|---|
| 3/31/16 | wire transfer | SCANDIA/Wells Fargo | $7,588.05 | secured debt |
| 4/15/16 | Auto debit | SCANDIA/Wells Fargo | $13,423.37 | secured debt |
| 4/5/16 | Check #44808 | Shoreside Petroleum, Inc. | $15,000.00 | Supplier |
| 3/1/2016 | AUTO DEBT | Small Business Administration | $5,132.43 | Supplier |
| 4/1/16 | wire transfer | Small Business Administration | $5,132.43 | Supplier |
| 5/25/18 | wire transfer | Socius | $7,948.50 | Services |
| 5/18/16 | wire transfer | Socius Law | $5,600.00 | Services |
| 3/28/16 | Check #44802 | Socius Law Group, PLC | $6,707.87 | Supplier |
| 4/25/16 | wire transfer | Socius Law Group, PLC | $18,367.50 | Supplier |
| 5/12/16 | wire transfer | Socius Law Group, PLC | $15,405.00 | Supplier |
| 3/31/16 | wire transfer | State of Alaska - Dept of Revenue | $259,343.24 | Taxes |
| 3/4/2016 | check #44746 | Ted Stevens Airport | $6,480.56 | Supplier |
| 4/6/16 | Check #44817 | Ted Stevens Airport | $6,480.56 | Supplier |
| 5/5/16 | Check #44875 | Ted Stevens Airport | $6,480.56 | Supplier |
| 3/2/2016 | wire transfer | TERRACE ON LK | $1,633.84 | Supplier |
| 4/4/16 | wire transfer | TERRACE ON LK | $1,630.28 | Supplier |
| 5/2/16 | wire transfer | TERRACE ON LK | $1,624.22 | Supplier |
| 5/9/16 | wire transfer | TERRACE ON LK | $1,598.93 | Supplier |
| 3/21/16 | Wire transfer | U.S. BANCORP EQUIPMENT FINANCE | $7,774.88 | secured debt |
| 4/20/16 | auto debit | U.S. BANCORP EQUIPMENT FINANCE | $7,810.87 | secured debt |
| 3/10/2016 | auto debit | US Bank credit card | $1,000.00 | Supplier |
| 4/19/16 | auto debit | US Bank credit card | $9,118.13 | Supplier |
| 5/12/16 | online payment | US Bank credit card | $10,000.00 | Supplier |
| 3/2/2016 | check #44738 | Wells Fargo Insurance | $15,265.25 | Insurance |
| 4/4/16 | wire transfer | Wells Fargo Insurance | $15,265.25 | Insurance |
| 5/3/16 | Check #44867 | Wells Fargo Insurance | $15,265.25 | Insurance |
| 3/21/16 | AUTO DEPOSIT | Zion Credit Corp | $11,267.85 | secured debt |
| 4/20/16 | auto debit | Zion Credit Corp | $11,267.85 | secured debt |
| 3/2/2016 | auto debit | Zion National Bank | $8,293.18 | secured debt |
| 3/3/2016 | auto debit | Zion National Bank | $1,290.31 | tax escrow |
| 4/4/16 | wire transfer | Zion National Bank | $8,293.18 | secured debt |
| 4/5/16 | AUTO DEBIT | Zion National Bank | $1,290.31 | tax escrow |

# GREAT PACIFIC SEAFOODS, INC.

Attachment to Statement of Financial Affairs

Question 21

| Name of Boat on Kenai Property | Owner | Address |
|---|---|---|
| Ruth Ann | Carl Taurianen | PO BOX 8004<br>NIKISKI AK 99635 |
| New Day | Ricky Wik | 1122 INLET WOODS DR<br>KENAI AK 99611 |
| Snow Breeze | Willie Porter… Fish Hawk | 100 4ᵗʰ St.<br>Astoria OR 97103 |
| Torpedo | Lance Barnett | PO Box 1267<br>ASTORIA AK 99556 |
| Fiat Lux | Adam Barrowcliff | PO Box 595<br>ANCHOR POINT AK 99556 |
| Net Gain | John Sauerbrey | 40291 BOULDER PARK LANE<br>SOLDOTNA AK 99669 |
| Jade IX | Brett Laichuk | 770 LARS CIRCLE<br>ANCHORAGE AK 99518 |
| Blue Bird | Rob Levinhagen | PO BOX 143<br>KASILOF AK 99610 |
| Holly Ann | Keith Findley | 805 NW BUCKEYE AVE<br>EARLHAM IA 50072 |
| Akatez | Bill Olsen | 41 FERN HILL RD<br>CATHLAMET WA 98612 |
| Blue Eyes | Dan Jorgenson | 204 N 162ND ST<br>OMAHA NE 98118 |
| Albacor | Jeff Widham | 3431 CHERRY ST<br>ANCHORAGE AK 99504 |
| Tarpon | Mike Wegdahl | 473 ELOCHOMAN VALLEY RD<br>CATHLAMET WA 98612 |
| Breezy | Steve Doumit | PO BOX 406<br>CATHLAMET WA 98612 |
| Marilynn | | |
| Blackfish | Jeff Hodder | PO BOX 448<br>STERLING AK 99672 |
| Middle Rip | Mark Zimmerman | 36225 Mere Circle<br>Soldotna, AK 99669 |
| West Rip | Keith Findley | 805 NW BUCKEYE AVE<br>EARLHAM IA 50072 |
| Tempest | Andrew Umalauf | 5060 INGLEWOOD DR<br>LANGLEY WA 98260 |
| Seville | Marty Hermensen | 8927 Golovin St.<br>Anchorage, AK 99507 |
| Iwalani | Terry Mahan | PO BOX 122<br>KASILOF AK 99610 |
| Stephanie Joe | Joe Maletesta | PO BOX 2228<br>SOLDOTNA AK 99669 |

1

| Locker No(s). at Kenai Property | Owner of Items Inside | Address |
|---|---|---|
| 1 & 2 | Steve Clark | P O BOX 573<br>KENAI AK 99611 |
| 3 | Dana Merrill | |
| 4 | Kim Partridge | 22409 95th Pl. W.<br>Edmonds, WA 98020 |
| 5 | Bill Olsen | 41 FERN HILL RD<br>CATHLAMET WA 98612 |
| 6 | Steve Doumit | PO BOX 406<br>CATHLAMET WA 98612 |
| 7 & 8 | Mike Wegdahl | 473 ELOCHOMAN VALLEY RD<br>CATHLAMET WA 98612 |
| 9 | Jimmy Williams | 255 Aspen Dr.<br>Soldonta, AK 99669 |
| 10 & 11 | No name | |
| 12 | Tony Umalauf | 7038 Maxwelton Rd.<br>Clinton, WA 98236 |
| 13 | No name | |
| 14 & 15 | Jason Barnes | PO Box 495<br>Cordova, AK 99574 |
| 16 | No name | |
| 17 | Dan Jorgenson | 204 N 162ND ST<br>OMAHA NE 98118 |
| 19 | Marty Hermensen | 8927 Golovin St.<br>Anchorage, AK 99507 |
| 20 | No name | |

2

# United States Bankruptcy Court
## Western District of Washington

In re    **Great Pacific Seafoods, Inc.**                  Case No.

Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 29, 2016**                 **/s/ Daniel J. DeMatteis**

                                               **Daniel J. DeMatteis**/President
                                               Signer/Title

```
US ATTORNEY
ATN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN BANKRUPTCY COUNSEL
44 MONTGOMERY ST #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


US DEPT OF EDUCATION
BANKRUPTCY DEPARTMENT
PO BOX 65128
SAINT PAUL, MN 55165


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046
```

```
WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


WA DEPT OF SOCIAL&HEALTH SVCS
DIV OF CHILD SUPPORT
PO BOX 11520
TACOMA, WA 98411-5520


AIMEE S. WILLIG WSBA
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


GREAT PACIFIC SEAFOODS, INC.
P.O. BOX 81165
SEATTLE, WA 98108


1 OCEAN SEAFOOD
PO BOX 539
FOX ISLAND, WA 98333


10TH M SEAFOODS
1020 M STREET
ANCHORAGE, AK 99501


1ST AVE SELF STORAGE
2400 1ST AVE SOUTH
SEATTLE, WA 98134


2 BEARS TRUCKING
P O BOX 1976
SOLDOTNA 99669


A-1 COPY SYSTEMS, LLC
927 WEST FIREWEED LN#1
ANCHORAGE, AK 99503


A1 ENTERPRISES, INC
229 WILSON LANE
SOLDOTNA, AK 99669
```

```
ABBEON CAL, INC.
123 GRAY AVENUE
SANTA BARBARA, CA 00931-0118


ABLE LOCKSMITHS
511 E NORTHERN LIGHTS BLVD
ANCHORAGE, AK 99503-2808


ACE ENGINEERING
P.O. BOX 2324
SOLDOTNA, AK 99669


ACME PALLETS
P.O. BOX 220067
ANCHORAGE, AK 99522-0067


ADAM BARROWCLIFF
PO BOX 595
ANCHOR POINT, AK 99556


ADVANCED PROPELLER
3236 LAKE ST
HOMER, AK 99603


AFDF
431 W. 7TH AVE. SUITE 106
ANCHORAGE, AK 99501


AFFILIATED ASSOCIATIONS
OF AMERICA
10510 NE NORTHUP WAY SUITE200
KIRKLAND, WA 98033


AIR LIQUIDE AMERICA CORP.
6415 ARCTIC BLVD
ANCHORAGE, AK 99518


AIRGAS-NOR PAC, INC.
P.O. BOX 7423
PASADENA, CA 91109-7423


AIRPORT EQUIPMENT RENTAL
PO BOX 72578
FAIRBANKS, AK 99707
```

AK EXPRESS TAGS/TITLES
44661 STERLING HWY
SUITE A
SOLDOTNA, AK 99669


ALASKA AIR CARGO
PO BOX 68900
SEATTLE, WA 98168


ALASKA AIR FORWARDING, INC.
P.O. BOX 68280
SEATTLE, WA 98168-0280


ALASKA AIRLINES
PO BOX 749877
LOS ANGELES, CA 90074-9877


ALASKA BEARING CORPORTION
350 EAST INTERNATIONAL
AIRPORT ROAD
ANCHORAGE, AK 99518


ALASKA BEST WATER
11811 S. GAMBELL ST.
ANCHORAGE, AK 99515


ALASKA BOILER TREATMENT
PO BOX 231812
ANCHORAGE, AK 99523-1812


ALASKA BOLT & CHAIN, INC.
36314 KENAI SPUR HWY
SOLDOTNA, AK 99669


ALASKA BUSINESS SYSTEMS, INC.
619 E. FIFTH AVE.,
SUITE 100
ANCHORAGE, AK 99501


ALASKA BUTCHER & SUPPLY
4507 MOUNTAIN VIEW DRIVE
ANCHORAGE, AK 99508

ALASKA COMMUNICATIONS SYSTEMS
P.O. BOX 196666
ANCHORAGE, AK 99519-6666


ALASKA CUSTOM SEAFOODS
4474 HOMER SPIT ROAD
P.O. BOX 996
HOMER, AK 99603


ALASKA DEPARTMENT OF REVENUE
INCOME AND EXCISE AUDIT DIV.
P.O. BOX 110420
JUNEAU, AK 99811-0420


ALASKA DEPT OF LABOR
PO BOX 107022
ANCHORAGE, AK 99510


ALASKA ENVIRONMENTAL & SAFETY
SUPPLY, INC.
7521 OLD SEWARD HWY. UNIT C
ANCHORAGE, AK 99518


ALASKA FIRE, INC.
1200 EAST 76TH AVE.
SUITE 1224
ANCHORAGE, AK 99518


ALASKA HYDRAULICS, INC.
166 E. POTTER DRIVE
SUITE #1
ANCHORAGE, AK 99518-1377


ALASKA INDUSTRIAL HARDWARE
2192 VIKING DRIVE
ANCHORAGE, AK 99501


ALASKA INSULATION SUPPLY
261 E 56TH AVE BLD B
ANCHORAGE, AK 99518


ALASKA MARINE LINES, INC.
P.O. BOX 24348
SEATTLE, WA 98124-1026

ALASKA NORTHERN FISHERIES
PO BOX 2235
SEWARD, AK 99664


ALASKA OIL SALES
43442 K-BEACH ROAD
SOLDOTNA 99669


ALASKA PACIFIC SEAFOODS
627 SHELIKOF ST
KODIAK, AK 99615


ALASKA PACKAGING
400 N SITKA
ANCHORAGE, AK 99501


ALASKA PACKAGING LUMBER LLC
400 N SITKA
ANCHORAGE, AK 99501


ALASKA PALLET SERVICES
7940 SANDLEWOOD PL
ANCHORAGE, AK


ALASKA PIPE & SUPPLY
P.O. BOX 6005
PORTLAND, OR 97228


ALASKA PUMP & SUPPLY
PO BOX 201791
DALLAS, TX 75320-1791


ALASKA RAILROAD CORPORATION
P.O. BOX 100520
ANCHORAGE, AK 99510-0520


ALASKA RAILROAD CORPORATION
WILLIAM HUPPRICH, COUNSEL
P.O. BOX 107500
ANCHORAGE, AK 99510


ALASKA RAILROAD CORPORATION
P.O. BOX 107500
ANCHORAGE, AK 99510

ALASKA REFRIGERATION, INC.
4205 COPE ST.
ANCHORAGE, AK 99503


ALASKA RUBBER & SUPPLY INC.
5811 OLD SEWARD HIGHWAY
ANCHORAGE, AK 99518-1479


ALASKA SAFETY, INC
4725 GAMBELL STREET
ANCHORAGE, AK 99503


ALASKA SALMON ALLIANCE
P O BOX 586
KENAI, AK 99611


ALASKA SCALE SERVICE
1450 SOUTH BODENBURG LOOP
PALMER, AK 99645


ALASKA STEEL CO.
6180 ELECTRON DR
ANCHORAGE, AK 99518


ALASKA TOOL & EQUIP. SERVICE
3207 ARCTIC BLVD.
ANCHORAGE,, AK 99503


ALASKA USA FED. CREDIT UNION
ANCHORAGE FINANCIAL CTR
500 W 36TH AVE
SUITE 400
ANCHORAGE, AK 99519


ALASKA USA FEDERALCREDIT UNION
P.O. BOX 196615
ANCHORAGE, AK 99519-6615


ALASKA WAREHOUSE EQUIPMENT,INC
7720 SCHOON ST.
ANCHORAGE, AK 99518


ALASKA WASTE
PO BOX 196097
ANCHORAGE, AK 99519-6097

ALASKA WASTE
6301 ROSEWOOD ST.
ANCHORAGE, AK 99518


ALASKAN SALMON ALLIANCE
P.O. BOX 586
KENAI, AK 99611


ALEXANDER I REUTOV
PO BOX 2428
HOMER, AK 99603


ALLIANCE ENTERPRISES, INC.
P.O. BOX 610
CLINTON, WI 53525-0610


ALPHA & OMEGA SALES LTD
3827 RIVER ROAD WEST
DELTA B.C. V4K3N2


ALPHAGRAPHICS
3131 ELLIOTT AVENUE
SUITE 100
SEATTLE, WA 98121


ALPINE EQUIPMENT RENTALS
3409 EVERETT AVE
EVERETT, WA 98201


ALYESKA SALES & SERVICE INC.
35095 K-B DRIVE
SOLDOTNA, AK


AMERICAN EXPRESS
SUITE 0001
CHICAGO, IL 60679-0001


AMERICAN PEST MANAGEMENT
ANC AMERICAN PEST MANAGEMENT
403 EAST FIREWEED LANE
ANCHORAGE, AK 99503


AMERIGAS
6951 E BLUE LUPINE DR
PALMER, AK 99645

ANCHOR INN
P.O. BOX 750
WHITTIER, AK 99693


ANCHORAGE SAND & GRAVEL
1040 O'MALLEY ROAD
ANCHORAGE, AK 99515


ANCHORAGE WATER & WASTEWATER
P.O. BOX 196626
ANCHORAGE, AK 99519-6626


ANDREA C TAYLOR
21055 EARL CT
KASILOF, AK 99610


ANDREW A UMLAUF
5060 INGLEWOOD DR
LANGLEY, WA 98260


ANDREW BEALE
345 BREEZE CT
ANCHORAGE, AK 99515


ANDREW CRAIG
P.O. BOX 2465
CORDOVA, AK 99574


ANNALEE HILL
700 E. LAKE CIRCLE
PALMER, AK 99645


ANTHONY CHERNISHOFF
P.O. BOX 1804
CORDOVA, AK 99574


APD AUXILIARY SEARCH TEAM
715 EAST 15TH AVE
ANCHORAGE, AK 99501


ARC 'N' SPARK WELDING
308 SHELIKOF AVE
KODIAK, AK 99615

```
ARCTIC OFFICE PRODUCTS
P.O. BOX 100083
ANCHORAGE, AK 99510


ARCTIC WIRE ROPE AND SUPPLY
6407 ARCTIC SPUR ROAD
ANCHORAGE, AK 99518


ARSENY KONEV
P.O. BOX 3573
HOMER, AK 99603


ASLANIAN, VANESSA
610 GALER CT
APT 225
SEATTLE, WA 98109


ASPLUND SUPPLY
4005 SPENARD ROAD
ANCHORAGE, AK 99503


AT & T
P.O. BOX 52602
PHOENIX, AZ 85072-2602


AT & T
P.O. BOX 5019
CAROL STREAM, IL 60197-5019


AT & T WHITTIER
P.O. BOX 22111
TULSA, OK 74121-2111


AT & T WIRELESS SERVICES
PO BOX 105068
ATLANTA, GA 30348-5068


AT &T WIRELESS SERVICES
617 EASTLAKE AVE. E.
SEATTLE, WA 98109


AUCTION BLOCK
4501 ICE DOCK RD
HOMER, AK 99603
```

AUGUSTUS COTTEN
PO BOX
HALIBUT COVE, AK 99603


AURORA REFRIGERATION
P.O. BOX 111370
ANCHORAGE, AK 99511-1370


AURORA WELDING SERVICE
608 E. 74TH.
ANCHORAGE, AK 99518


AUTIO COMPANY
93750 AUTIO LOOP
ASTORIA,, OR 97103


AUTOMATIC DATA PROCESSING
5000 148TH AVE NE
REDMOND, WA 98052-5119


B&J FORKLIFT SERVICES, INC.
380 E. 54TH AVE
ANCHORAGE, AK 99518


BAADER NORTH AMERICA CORP.
3086 PAYSPHERE CIRCLE
CHICAGO, IL 60674


BANK OF AMERICA
P.O. BOX 53155
PHOENIX, AZ 85072-3155


BARKER, TRACY
14910 SYKES DR S.E.
MONROE, WA 98272


BECKWITH & KUFFEL
1313 S 96TH STREET
SEATTLE, WA 98108


BEGICH TOWERS
P.O. BOX 725
PO BOX 725
WHITTIER, AK 99693

BELLINGHAM COLD STORAGE CO.
P.O. BOX 895
BELLINGHAM, WA 98227


BENEFICIAL NATIONAL BANK
EAGLE
P.O. BOX 15736
WILMINGTON, DE 19886-5736


BENJAMIN TROCKI
P.O. BOX 703
GIRDWOOD, AK 99587


BENT PROP INN
3104 EIDE ST
ANCHORAGE, AK 99503


BEST TRANSIT MIX
35482 K-B DRIVE
SOLDOTNA, AK 99669


BILL AFONIN
PO BOX 1472
HOMER, AK 99603


BLACK POINT IT SERVICES
20435 72ND AVE. S. # 200
KENT, WA 98032


BOLDING'S ENTERPRISES, LLC
2725 DILIGENCE CIRCLE
ANCHORAGE, AK 99515


BRACKETT, GLEN
PO BOX 1746
DUVALL, WA 98019


BRACKETT, MAUREEN
1410 191ST PL SE
BOTHELL, WA 98012


BREGANTE COMPANY LLP
301 BATTERY STREET
2 MEZZANINE
SAN FRANCISCO, CA 94111

```
BRENDA J STROTHER
PO BOX 3498
KENAI, AK 99611


BRETT T LAICHAK
770 LARS CIRCLE
ANCHORAGE, AK 99518


BRIAN LEE
31250 W LEE DRIVE
SUTTON, AK 99674


BROOKS ALASKAN SEAFOOD
P.O. BOX 220727
ANCHORAGE, AK 99522


BROOKS, MICHAEL
P.O. BOX 220727
ANCHORAGE, AK 99522


BROWN'S ELECTRICAL SUPPLY CO
1415 SPAR AVE.
ANCHORAGE, AK 99501-1810


BROWNLINES
P.O. BOX 1708
MT VERNON, WA 98272


BRYON HAGGERN
36373 RIVER POINT DR
ASTORIA, OR 97103


BUCKNELL STEHLIK SATO & STUBNE
2003 WESTERN AVENUE SUITE 400
SEATTLE, WA 98121


BUDDY J RENNER
PO BOX 878
KASILOF, AK 99610


BUDDY'S GARAGE
48714 WEST POPPY LANE
SOLDOTNA, AK 99669
```

CA BOURGEOIS
P.O. BOX 1945
CORDOVA, AK 99574


CALEB PRESTON
P.O. BOX 3
GIRDWOOD, AK 99587


CALKINS & BURKE LTD
SUITE 800- 1500 W GEORGIA ST
VANCOUVER, BC V6G 2Z6


CARL A TAURIANEN
PO BOX 8004
NIKISKI, AK 99635


CARLILE TRANSPORTATION
1800 E 1ST AVE
ANCHORAGE, AK 99501


CARPENTER, ERIC
5432 E. NORTHERN LIGHT
ANCHORAGE, AK 99508


CARQUEST AUTO PARTS
PO BOX 404875
ATLANTA, GA 30384-4875


CASCADE MACHINERY & ELECTRIC
PO BOX 34936 DEPT 1063
SEATTLE, WA 98124-1936


CENTRAL PENINSULA REFRIGERATION
212 E INTERNATIONAL AIRPORT RD
ANCHORAGE, AK 99518-1594


CENTRAL PLUMBING & HEATING INC
212 E INTERNATIONAL AIRPORT RD
ANCHORAGE, AK 99518-1594


CENTURY LINK
PO BOX 91155
SEATTLE, WA 98111-9255

```
CHARLES I BRADY
367 W ARLINGTON AVE
SOLDOTNA, AK 99669


CHARLES SKEEK
P.O. BOX 742
PETERSBURG, AK 99833


CHASE & GARRETT DANNA
PO BOX 7263
NIKISKI, AK 99635


CHERNISHOFF, ANTHONY
P.O. BOX 1804
CORDOVA, AK 99574


CHOU & YENWEN SHEN
P.O. BOX 750
WHITTIER, AK 99693


CHRISTOPHER PERRY
PO BOX 1808
HOMER, AK 99603


CHRISTOPHER THOMAS
1852 E 24TH AVE
ANCHORAGE, AK 99508


CHUGACH ELECTRIC
P.O. BOX 196300
ANCHORAGE, AK 99519


CITICAPITAL
P.O. BOX 6229
CAROL STREAM, IL 60197-6229


CITY OF HOMER
491 E.PIONEER AVE.
HOMER, AK 99603-7624


CITY OF KOTZEBUE
P.O. BOX 46
KOTZEBUE, AK 99752
```

CITY OF SEATTLE
DEPT OF FINANCE
P.O. BOX 34905
SEATTLE, WA 98124-1905


CITY OF WHITTIER
P.O. BOX 608
WHITTIER, AK 99693


CLERK OF COURT
825 W 4TH AVENUE
ANCHORAGE, AK 99501


COMCAST
P.O. BOX 34744
SEATTLE, WA 98124-1744


COMMODITY FORWARDERS INC.
11101 S. LA CIENEGA BLVD
LOS ANGELES, CA 90045


COMPSEE TRACKING SOLUTIONS
DEPT. CH 17886
PALATINE, IL 60055-7886


CONSTRUCTION MACHINERY INC.
5400 HOMER DRIVE
ANCHORAGE, AK 99518


CONTINENTAL LAND
1113 W. FIREWEED LANE
ANCHORAGE, AK 99503


COPPER RIVER FINE SEAFOODS
LOCKBOX #631116
P.O. BOX 94574
SEATTLE, WA 98124-6874


COPPER RIVER SEAFOODS, INC
810 CHILDS AVE
KENAI, AK 99611


CORDOVA OUTBOARD, INC.
P.O. BOX 960
CORDOVA, AK 99574

```
CPD ALASKA LLC
201 ARCTIC SLOPE AVENUE
ANCHORAGE, AK 99518


CRAIG A SCHLOESSER
PO BOX 356
ANCHOR POINT, AK 99556


CRAIG NEWBURY
1710 MARLEE DRIVE
BURLINGTON, WA 98233


CRESCENT ELECTRIC
PO BOX 500
EAST DUBUQUE, IL 61025-4418


CRONIN CO ANCHORAGE
5230 NORTH BASIN
PORTLAND, OR 97217


CRYSTAL SPRINGS WATER COMPANY
7100 42ND AVE S.
SEATTLE, WA 98118-3515


CTT MANAGEMENT CO, LLC
4304 DERRICK COVE
SPICEWOOD, TX 78669


CUMMINS NORTHWEST INC.
LOCKBOX 138324
PO BOX 398324
SAN FRANCISCO, CA 94139-8324


CWM INDUSTRIES, INC.
340 E. 76TH AVE.
ANCHORAGE, AK 99518


DACO
8825 SOUTH 184TH ST
KENT, WA 98031


DAN BILDERBACK
P.O. BOX 723
CORDOVA, AK 99574
```

DANGEROUS CAPE FISHERIES
780 DAYBREEZE CT.
HOMER, AK 99603


DANIEL DEMATTEIS
37553 21ST AVE. S.
FEDERAL WAY, WA 98003


DANIEL JORGENSEN
204 N 162ND ST
OMAHA, NE 98118


DANNY CARPENTER
P.O. BOX 1430
CORDOVA, AK 99574


DAREN TRAXINGER
P.O. BOX 1822
CORDOVA, AK 99574


DAVID BLANCHARD
P.O. BOX 904
SOLDOTNA, AK 99669


DAVID C SCHEER
7683 DEAN DR
WASILLA, AK 99654


DAVID FLEMMING
6948 FAIRWEATHER DR
ANCHORAGE, AK 99518


DAVID R MARTIN
PO BOX 468
CLAM GULCH, AK 99568


DAVID REUTOV
31818 S ONA WAY
MOLALLA, OR 97038


DAVIS WRIGHT TREMAINE LLP
2600 CENTURY SQURAE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

DEAN H OSMAR
PO BOX 32
CLAM GULCH, AK 99568


DEAN HILDE
4601 E. WILDHORSE LANE
BOISE, ID 83712


DEAN PUGH & COMPANY
7825 176TH STREET SE
SNOHOMISH, WA 98290


DELUXE BUSINESS FORMS
P.O. BOX 64500
ST PAUL, MN 55164-0500


DENNIS MAGNUSON
P.O. BOX 1732
SEWARD, AK 99693


DEOMID KUZMIN
P.O. BOX 1542
DELTA JUNCTION, AK 99737


DEPARTMENT OF COMMERCE/NOAA
NORTH PACIFIC FISHERIES RES
P.O. BOX 93204
CHICAGO, IL 60673-3204


DEPARTMENT OF LABOR & INDUSTRY
600 STEWART ST SUITE 1100
SEATTLE, WA 98101


DEPARTMENT OF NATURAL RESOURCES
550 W 7TH AVE
12TH FLOOR
ANCHORAGE, AK 99501-3554


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201


DERRICK BRANSON
P.O. BOX 3404
SEWARD, AK 99664

DESPERATE MARINE LLC
2490 KACHEMAK DRIVE
HOMER, AK


DIANA SOSA, CPA
161 SAN BRUNO AVENUE
BRISBANE, CA 94005


DILLION & FINDLEY
ATTN: MOLLY BROWN
1049 W. 5TH AVE. SUITE 200
ANCHORAGE, AK 99501


DIRECTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036


DOJER LTD
P.O. BOX 669
WHITTIER, AK 99693


DOUGLAS HEIMBUCH
P.O. BOX 4502
SOLDOTNA, AK 99669


DOUGLAS KINER
P.O. BOX 1925
CORDOVA, AK 99574


DOWLAND-BACH
PO BOX 230126
ANCHORAGE, AK 99523-0126


DUANE PIATT
48215 LAKESIDE AVE
SOLDOTNA, AK 99669


DUKOWITZ MACHINE, INC
P O BOX 8274
NIKISKI, AK 99635


DUSTY & EVELYN VANMETER
PO BOX 498
KASILOF, AK 99610

E&E FOODS CORPORATION
3922 6TH AVE SOUTH
SEATTLE, WA 98108


ED VASILE
1118 S. 99TH PL SUITE 98
SEATTLE, WA 98108


EDY CARRILLO
P.O. BOX 2681
CORDOVA, AK 99574


ELAIN DINNOCENZO
P.O. BOXD 806
KASILOF, AK 99610


ELECTRIC  INT'L LLC
5451 LAONA DRIVE
ANCHORAGE, AK 99518


ELIZABETH J CHASE
PO BOX 39 KASILOF
KASILOF, AK 99610


EMA, INC.
1225 E. INT'L AIRPORT ROAD
STE 200
ANCHORAGE, AK 99518


EMMA OWEKE
W. 256376 SULLIVAN RD
TREMPEALEAU, WI 54661


EMMONAK CORPORATION
PO BOX 49
EMMONAK, AK 99581


ENGLUND MARINE
95 HAMBURG
PO BOX 296
ASTORIA, OR 97103


ENSTAR NATURAL GAS COMPANY
PO BOX 34760
SEATTLE, AK 98124-1760

ERIC CARPENTER
5432 E. NORTHERN LIGHT
ANCHORAGE, AK 99508


ERIC NEWBURY
P.O. BOX 136
GIRDWOOD, WA 99587


ERZA CAMPBELL
P.O. BOX 2235
SEWARD, AK 99664


ESTATE OF JACK DEMATTEIS
10229 EVENING PRIMROSE AVE.
LAS VEGAS, NV 89135


ETHAN MEIER
3913 RHODE HARBOR RD
EDGEWATER, MD 21037


EXECUTIVE SUITE HOTEL
4360 SPENARD RD
ANCHORAGE, AK 99517


EXODUS LLC/FRED HANKINS
68570 LANTZ LN
COVE, OR 97824


EZRA CAMPBELL
P.O. BOX 1638
SEWARD, AK 99664


FAIRCHILD FREIGHT LLC
1838 W PARKSIDE LANE
SUITE 210
PHOENIX, AZ 85027


FAMILY SUPPORT REGISTRY
P.O. BOX 2171
DENVER, CO 80201-2171


FASTENERS & FIRE EQUIPMENT CO.
123 EAST INTERNATIONAL
AIRPORT RD
ANCHORAGE, AK 99518

FAVCO
PO BOX 190968
ANCHORAGE, AK 99519-0968


FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515


FERGUSON ENTERPRISES, INC.
P.O. BOX 847411
DALLAS, TX 75284-7411


FIBERLAY
24 S IDAHO STREET
SEATTLE, WA 98134-1119


FIRE CONTROL SYSTEMS INC
PO BOX 9
KENAI, AK 99611-0009


FIREMAN'S FUND INSURANCE
DALLAS CSC
P.O. BOX 2519
DALLAS, TX 75221


FIRETECH, LLC
PO BOX 772062
EAGLE RIVER, AK 99577-2062


FIRST MORTGAGE, INC
4141 B STREET SUITE 305
ANCHORAGE, AK 99503


FIRST NATIONAL BANK
1751 GAMBLE ST SUITE 128
ANCHORAGE, AK 99501


FIRST SECURITY LEASING CO.
P.O. BOX 30710
SALT LAKE CITY, UT 84141


FISHHAWK FISHERIES INC
PO BOX 715 #1 4TH ST
ASTORIA, OR 97103

FLAT IRON CAPITAL
1700 LINCOLN ST. 12TH FL
DENVER, CO 80203


FLAT IRON CAPITOL
1700 LINCOLN STREET 12TH FL
DENVER, CO 80203


FOCUS MANAGEMENT GROUP
5001 WEST LEMON STREET
TAMPA, FL 33609


FOMA EFIMOV
PO BOX 2296
HOMER, AK 99603


FOREST JENKINS
W25126 SULLIVAN RD
TREMPEALEAU, WI 54661


FRANCIS MULLEN
PO BOX 2577
HOMER, AK 99603


FRANK D NEWTON
260 JULIUSSEN ST
KENAI, AK 99611


FRED MATVEEV
8440 RYOALES PL
ANCHORAGE, AK 99504


FRONTIER PACKAGING
1201 ANDOVER PARK EAST
SUITE 101
TUKWILLA, WA 98188


FRONTIER PAPER
P.O. BOX 84145
SEATTLE, WA 98124-5445


FULLER BOATYARD, INC.
817 E. MARINE WAY
KODIAK, AK 99615

G & H CONSTRUCTION
50465 PATRICK DRIVE
KENAI, AK 99611


G.C.I.
2550 DENALI ST. SUITE 1000
ANCHORAGE, AK 99509


GARNESS INDUSTRIAL PROD.
6317 NIELSEN WAY
ANCHORAGE, AK 99518


GARY SPRUILL
PO BOX 161
KASILOF, AK 99610


GARY WHITE
11534 GREEN CT
CONIFER, CO 80433


GARY'S TRUCK SALES
1537 E DOWLING ROAD
ANCHORAGE, AK 99507


GCR TIRE SERVICE
PO BOX 910530
DENVER, CO 80291-0583


GEA REFRIGERATION NORTH
PO BOX 13383
NEWARK, NJ 07101-3383


GENE SHADLE
P O BOX 2748
KENAI 99611


GENERAL INERNATIONAL
600 UNIVERSITY ST
SEATTLE, WA 98101


GEOFF GROSS
P.O. BOX 517
GIRDWOOD, AK 99587

GEORGIA PACIFIC
P.O. BOX 730448
DALLAS, TX 75373-0448


GERALD T BYRNE
131 SIERRA HEIGHTS
SOLDOTNA, AK 99669


GILBERT A OLSEN
3617 HENDERSON LOOP
ANCHORAGE, AK 99507


GLACIER ELECTRIC CONSTRUCTION
PO BOX 2065
SOLDOTNA, AK


GLACIER PACKAGING INC.
DEPT #1029
P.O. BOX 94936
SEATTLE, WA 98124-1936


GRAINGER
DEPT 821998762
PO BOX 419267
KANSAS CITY, MO 64141-6267


GRAINGER, STANLEY
P.O. BOX 1387
SOLDOTNA, AK 99669


GREATER WHITTIER CHAMBER
PO BOX 607
WHITTIER, AK


GREG PETTINGILL
P.O. BOX 916
CORODOVA, AK 99574


GREG RANKIN
P.O. BOX 985
CORDOVA, AK 99574


GREGORY R PERKINS
317 SHELIKOF ST
KODIAK, AK 99615

GRIGORY KASACHEV
P.O. BOX 874232
WASILLA, AK 99687


GUARDIAN SECURITY SYSTEMS
2600 SEWARD HIGHWAY
ANCHORAGE, AK 99503


HARBOR HYDRAULICS
523 RAILROAD AVE
P.O. BOX 631
CORDOVA, AK 99574


HAYDEN ELECTRIC MOTORS, INC.
4191 OLD SEWARD HWY
ANCHORAGE, AK 99503


HAYSMER, PAUL
PO BOX 782125
SEBASTIAN, FL 32978


HD FISH PUMPS
32204 46TH PL S
AUBURN, WA 98001


HERNANDEZ ENTERPRISES
1505 CONTRARY COURT
ANCHORAGE, AK 99515


HERSCHLEB, KENT
P.O. BOX 1661
CORDOVA, AK 99574


HOLMES WEDDLE & BARCOTT
701 WEST 8TH AVENUE
SUITE 700
ANCHORAGE, AK 99501


HOME DEPOT CREDIT SERVICES
DEPT-32-2139334357
P.O. BOX 183175
COLUMBUS, OH 43218-3175

HOMER ELECTRIC ASSOCIATION,INC
280 AIRPORT WAY
ATTN: MELINDA MILLER
KENAI, AK 99611


HUNNEX AND SHOEMAKER, INC.
701 FIFTH AVENUE
SUITE 7310
SEATTLE, WA 98104


IKON OFFICE SOLUTIONS
3075-112TH AVE NE SUITE 200
PO BOX 96046
BELLEVUE, WA 98004


INDEPENDENT LIFT TRUCK
1200 E. 70TH AVE
ANCHORAGE, AK 99518


INDUSTRIAL BOIL & CONTROLS
106 E DOWLING ROAD STE B
PO BOX 91418
ANCHORAGE, AK 99509-1418


INDUSTRIAL COATINGS & SEALANTS
12521 EVERGREEN DR., #8
MUKILTEO, WA 98275


INFOSAT COMMUNICATIONS
P O BOX 2268
BLAINE, WA 98231-2268


INLET FISH PRODUCERS, INC.
PO BOX 114
KENAI, AK 99611


INLET PETROLEUM COMPANY
PO BOX 94356
SEATTLE, WA 98124


INTEGRATED MARINE SYSTEMS, INC
4816 15TH AVE NW
SEATTLE, WA 98107

INTERNATIONAL MARINE
221 THIRD ST 1ST FLOOR
NEWPORT, RI 02840


INTERNATIONAL MOVING & STORAGE
5430 B. ST. SUITE A
ANCHORAGE, AK 99518


INTERNET COMMERCE & COMM.
DEOT 9105
DENVER, CO 80271-9105


INTERSTATE DISTRIBUTION CENTER
PO BOX 1925
CULVER CITY, CA 90232


INTRAFISH MEDIA
701 DEXTER AVE N STE 410
SEATTLE, WA 98109


IONA SEREBREKOFF
PO BOX 1283
HOMER, AK 99603


IVAN K REUTOV
PO BOX 2366
HOMER, AK 99603


JACKSON ENTERPRISES, INC.
P.O. BOX 2091
SOLDOTNA, AK 99669


JAKE ROSAUER
P.O. BOX 78
GIRDWOOD, AK 99587


JAKE WISE
1930 EAST END RD #B
HOMER, AK 99603


JAMES MERRIT
3150 AMIGO DRIVE
LAKE HAVASU, AK 86404

JAMES MURPHY
P.O. BOX 885
GIRDWOOD, AK 99587


JAMES S WHEELER
PO BOX 305
CLAM GULCH, AK 99568


JARON MURPHY
3201 WOODRUFF LP
WASILLA, AK 99654


JASON METZ
37104 TINY RD
SOLDOTNA, AK 99669


JAY SCHMELZENBACH
37030 CONNER RD
SOLDOTNA, AK 99669


JEFF S HODDER
PO BOX 448
STERLING, AK 99672


JEFFREY M WIDMAN
3431 CHERRY ST
ANCHORAGE, AK 99504


JENS FJORTOFT
P.O. BOX 2051
CORDOVA, AK 99574


JERRY ROGERSS, JR
PO BOX 8353
NIKISKI, AK 99635


JIM WILLIAMSON
255 ASPEN DR
SOLDOTNA, AK 00099-6699


JIM'S EQUIPMENT REPAIR, LLC
1153 EAST 74TH AVE
ANCHORAGE, AK 99518

JOE REUTOV
589 W LN
MOLALLA, OR 97038


JOE SHEN
PO BOX 750
WHITTIER, AK 99693


JOEL LATHBURY
6006 ADAGION LN
APOLLO BEACH, FL 33572


JOHN C FORD
6229 LAKE ALBANA AVE
SAN DIEGO, CA 92119


JOHN HERSCHLEB
P.O. BOX 447
GIRDWOOD, AK 99587


JOHN P ROSS
PO BOX 86
SELDOVIA, AK 99663


JOHNSTONE SUPPLY
7500 OLD SEWARD HWY
SUITE A
ANCHORAGE, AK 99518


JOSE IVAN CEBALLOS
P.O. BOX 2606
CORDOVA, AK 99574


JOSEPH DRAGSETH
PO BOX 408
KENAI, AK 99611


JOSEPH FLEMING JR
P.O. BOX 231746
ANCHORAGE, AK 99523


JOSEPH FLEMMING SR
P.O. BOX 231746
ANCHORAGE, AK 99523

JOSEPH MALATESTA
PO BOX 2228
SOLDOTNA, AK 99669


JOSHUA GRUMBLIS
1832 BELLEVUE LOOP
ANCHORAGE, AK 99515


JOSHUA JENSEN
P.O. BOX 872084
WASILLA, AK 99687


JOSHUA NEWTON
PO BOX 877309
WASILLA, AK 99687


KABAN BACKLUND
48178 SEWARD HWY
MOOSE PAST, AK 99631


KACHEMAK ELECTRIC CO. INC
PO BOX 373
KENAI, AK 99611


KACHEMAK GEAR SHED
3625 EAST END RD
HOMER, AK 99603


KALGIN MECHANICAL LLC
PO BOX 1512
SOLDOTNA, AK 99669


KALLISTRAT KUZMIN
P.O. BOX 869
DELTA JUNCTION, AK 99737


KARIN L HERMANSEN
8941 GOLOVIN ST
ANCHORAGE, AK 99507


KARL B. BACKLUND
48178 SEWARD HWY
MOOSE PAST, AK 99631

KARL FISHING
48178 SEWARD HWY
MOOSE PAST, AK 99631


KEITH FINDLEY
805 NW BUCKEYE AVE
EARLHAM, IA 50072


KELSEY OPSTAD
3500 TAIGA DRIVE
ANCHORAGE, AK 99513


KEN MANNING
6325 WOODHILL DR
GIG HARBOR, WA 98332


KENAI DIESEL AND MARINE
35403 K B DRIVE
SOLDOTNA, AK 99669


KENAI LANDING INC
4786 HOMER SPIT ROAD
HOMER, AK 99603


KENAI NEON SIGN CO
50550 KENAI SPUR HWY
KENAI, AK 99611


KENAI PENINSULA BOROUGH
144 NORTH BINKLEY
SOLDOTNA, AK 99669-7520


KENAI PENINSULA FISHERMAN'S ASSOC
43961 KALIFORNSKY BEACH RD
SFUITE F
SOLDOTNA, AK 99669


KENAI RIVER PIZZA, INC
10544 KENAI SPUR HWY
SUITE C
KENAI 99611


KENAI WELDING
703 CHILDS ST
KENAI, AK 99611

KENNETH PARKER
9577 WEST 5 MILE RD
BRANCH, MI 49402


KENNETH RUNDLE
9299 CLAY BROOK RD
SEDRO WOOLLEY, WA 98284


KENNETH WIRKKALA
P.O. BOX 795
IIWACO, WA 98624


KENT HERSCHLEB
P.O. BOX 1661
CORDOVA, AK 99574


KENT WAREHOUSE & LABELING,INC.
22615 64TH AVE SOUTH
KENT, WA 98032


KERIL REUTOV
P.O. BOX 529
HOMER, AK 99603


KEVIN VESSEL
P.O. BOX 669
SEWARD, AK 99664


KIC CONSTRUCTION, LLC
1500 W 33RD AVE
STE 105
ANCHORAGE, AK 99503


KIM MARINE DOCUMENTATION, INC
180 NICKERSON STREET SUITE 212
SEATTLE, WA 98109


KIMBERLY MENSTER
P.O. BOX 463
CORDOVA, AK 99574


KINEMATICS MARINE EQUIPMENT
5625 48TH DRIVE NE UNIT B
MARYSVILLE, WA 98270

KING COUNTY TREASURY
500 4TH AVE #600
SEATTLE, WA 98104-2340


KIRIL MATVEEV
P.O. BOX 2139
HOMER, AK 99603


KOAL BACKLUND
P.O. BOX 2944
SEWARD, AK 99664


KOTZEBUE ELECTRIC ASSOC. INC
245A 4TH & LAGOON ST.
P.O. BOX 44
KOTZEBUE, AK 99752


KOTZEBUE SOUND FISHERIES ASSOC
P.O. BOX 476
KOTZEBUE, AK 99751


KRIS ANDERSON
P.O. BOX 1373
CORDOVA, AK 99574


KURTIS KRAMER
P.O. BOX 1138
GIRDWOOD, AK 99587


KYLE KAIN
P.O. BOX 1824
SEWARD, AK 99664


LAB SAFETY SUPPLY INC.
401 S. WRIGHT ROAD
P.O. BOX 5004
JANESVILLE, WI 53547-4738


LABOR MAX
P.O. BOX 900
PO BOX 900
KEARNEY, MO 64060

LABOR READY
PO BOX 3708
SEATTLE, WA


LANCE E BARNETT
PO BOX 1267
ASTORIA, AK 99556


LARRY MARCH
3307 BONIFACE PARKWAY #114
ANCHORAGE, AK 99508


LAURA A HERMANSEN
8941 GOLOVIN ST
ANCHORAGE, AK 99507


LAZY OTTER CHARTERS, INC
6754 WATERFALL DR
EAGLE RIVER, AK 99577


LE DUC PACKAGING
8825 SOUTH 184TH ST.
KENT, WA 98031-1232


LEE GOODMAN
P.O. BOX 112931
ANCHORAGE, AK 99511


LEO AMERICUS
P.O. BOX 2112
CORDOVA, AK 99574


LEONID AFONIN
P.O. BOX 87558
WASILLA, AK 99687


LEONTEY KUZMIN
P.O. BOX 1542
DELTA JUNCTION, AK 99737


LEWISGOETZ
PO BOX 644819
PITTSBURGH, PA 15264-4819

LFS CORDOVA
851 COHO WAY
BELLINGHAM, AK 98225


LIBERTY MUTUAL INSURANCE
P.O. BOX 7247-0109
PHILADELPHIA, PA 19170-0109


LISA RAGLAND
17100 KINGS WAY
ANCHORAGE, AK 99516


LOMAX, STEVEN
317 SPOTSWOOD
MOSCOW, ID 83843


LONG  BUILDING TECHNOLOGIES
PO BOX 5501
DENVER, CO 80217-5501


LONGS MARINE SERVICES
PO BOX 663
WHITTIER, AK 99693


LOUIS TINER
P.O. BOX 1223
SEWARD, AK 99664


LYNDEN AIR CARGO
P.O. BOX 34026
SEATTLE, WA 98124-1026


LYNDEN AIR FREIGHT
6441 S. AIRPARK PLACE
ANCHORAGE, AK 99502-1809


M & P TRUCKING
P O BOX 2748
KENAI, AK 99611


MACHINATOR, LLC
PO BOX 39596
NINILCHIK, AK 99639

MAGNUSON, TRAVIS
P.O. BOX 177
GIRDWOOD, AK 99587


MAKSIM AFONIN
7645 HIWAY 291
FORD, WA 99013


MARC ZIMMERAN
36225 MERE CIRCLE
SOLDOTNA, AK 99669


MAREL SEATTLE INC.
2001 WEST GARFIELD
TERMINAL 91, BLDG A-1
SEATTLE, WA 98119


MARINE SURVEYORS & CONSULTANTS
PO BOX 22123
MILWAUKIE, OR 97269-2123


MARITIME RECRUITERS
P.O. BOX 260
MERCER ISLAND, WA 98040


MARK FLANAGAN
P.O. BOX 3673
SEWARD, AK 99664


MARK KNIGHT
12620 NEHER RIDGE DR
ANCHORAGE, AK 99516


MARK SANCHEZ
305 S BEACH ST
TOPPINISH, WA 98948


MARK VAN
P.O. BOX 854
PO BOX 854
GIRDWOOD, AK 99587


MARKIAN POLUSHKIN
P.O. BOX 3693
HOMER, AK 99603

MARTIN, DAVID
P.O. BOX 468
CLAM GULCH, AK 99568


MARY DEMATTEIS
10229 EVENING PRIMROSE AVE.
LAS VEGAS, NV 89135


MARY DEMATTEIS
10229 EVENING PRIMROSE AVE.
LAS VEGAS, NV 89100


MATERIAL FLOW ALASKA
PO BOX 550
DONALD, OR 97020


MATT LUKIN
P.O. BOX 2039
HOMER, AK 99603


MATT PANCRATZ
P O BOX 5054
NIKOLAEVSK, AK 99556


MATTHEW W HAGGREN
155 SKYLINE AVE
ASTORIA, OR 97103


MATTRESS RANCH
35911 KENAI SPUR HWY
SUITE #17
SOLDOTNA, AK 99669


MATVEEV, FRED
8440 RYOALES PL.
ANCHORAGE, AK 99504


MAX HARVEY
P.O. BOX 771026
EAGLE RIVER, AK 99577


MAXIM F MARTUSHEV
PO BOX 2336
HOMER, AK 99603

```
MCJUNKIN RED MAN
35159 K DRIVE STE B
SOLDOTNA, AK 99669


MELISSA CRAIG
13331 BADGER LANE
ANCHORAGE, AK 99516


MICHAEL BROOKS
P.O. BOX 220727
ANCHORAGE, AK 99522


MICHAEL BROWN
720 BURTON ST
SHERIDAN, WY 82801


MICHAEL KOMPKOFF
P.O. BOX 212851
ANCHORAGE, AK 99524


MICHAEL MCCARTHY
P.O. BOX 1685
CORDOVA, AK 99574


MICHAEL PIATKOFF
111 5TH ST SOUTH
ERSKINE, MN 56535


MICHAEL SPAETGENS
56760 EAST END RD
HOMER, AK 99603


MICHAEL TOWLE
P.O. BOX 1875
CORDOVA, AK 99574


MICHAEL WEGDAHL
473 ELOCHOMAN VALLEY RD
CATHLAMET, WA 98612


MIKE HAGGREN
1 THIRD ST #105
ASTORIA, OR 97103
```

MILLER, SCOTT
6040 196TH AVE SW
ROCHESTER, WA 98579


MITHCELL NOWICKI
P.O. BOX 2232
CORDOVA, AK 99574


MOORE & MOORE SERVICES
3900 STERLING HWY
HOMER, AK 99603


MORRIL &TERRY MAHAN
PO BOX 122
KASILOF, AK 99610


MORRIS PRINTING COMPANY, INC.
830 SECOND STREET
SNOHOMISH, WA 98290


MORRIS PUBLISHING GROUP
PO BOX 1486
AUGUSTA, GA 30903-1486


MORRIS, DEIDRE M
PO BOX 862
SLANA, AK 99586


MOTION INDUSTRIES
FILE 57463
LOS ANGELES, CA 90074-7463


MOVERS OF WASHINGTON
P.O. BOX 93401
ANCHORAGE, AK 99509-3401


MOVERS, INC.
P.O. BOX 91413
ANCHORAGE, AK 99509-1413


MSC ALASKA SALMON
1900 WEST EMERSON PL #205
SEATTLE, WA 98119

MULTIFROST
101 WEST FIR
OTHELLO, WA 99344-1060


MUNICIPAL LIGHT & POWER
P.O. BOX 196094
ANCHORAGE, AK 99519


MUNICIPAL SERVICES BUREAU
PO BOX 16755
AUSTIN, TX 78761-6755


MUNICIPALITY OF ANCHORAGE
P.O. BOX 196650
FINANCE DEPARTMENT
ANCHORAGE, AK 99519


NATHAN R. TUELLER
MOONLIGHT MAID


NATIONWIDE FINANCIAL
P.O. BOX 183046
COLUMBUS, OH 43218-3046


NC MACHINERY CO.
PO BOX 58201
TUKWILA, WA 98138-1201


NGB, INC.
DBA D & B TRUCKING
1905 E. LINCOLN AVE.
TACOMA, WA 98421


NICHOLAS NEBESKY
BLVD #478
ANCHORAGE, AK 99503


NIPPON EXPRESS USA, INC.
18303 8TH AVE SOUTH
SEATTLE, WA 98148


NIST, JACOB
409 14TH AVE
MILTON, WA 98354

NOMAR LLC
104 EAST PIONEER AVE
SUITE 1
HOMER, AK 99603


NOMURA TRADING CO LTD
10940 NE 33RD PL SUITE 111
BELLEVUE, WA 98004


NORTH ALASKA FISHERIES, INC.
P.O. BOX 92737
ANCHORAGE, AK 99509


NORTH PACIFIC PROCESSORS, INC.
PO BOX 1040
CORDOVA, AK 99574


NORTH PACIFIC SEAFOODS
P.O. BOX 31179
SEATTLE, WA 98103


NORTHERN AIR CARGO
3900 W. INTL AIRPORT ROAD
ANCHORAGE, AK 99502


NORTHERN EXPLORER/EZRA
P.O. BOX 2235
SEWARD, AK 99664


NORTHERN OFFICE SUPPLY
P.O. BOX 233649
ANCHORAGE, AK 99523-3649


NORTHLAND SERVICES, INC.
DEPT 85
P.O. BOX 34935
SEATTLE, WA 98124


NORTHWEST DISTRIBUTING COMPANY
8401 BRAYTON DRIVE
ANCHORAGE, AK 99507


NORTHWEST FISHERIES ASSOC.
6523 CALIFORNIA AVE SW #314
SEATTLE, WA 98136

NORTHWEST FISHERIES ASSOC.
2208 NW MARKET STREET
SUITE 318
SEATTLE, WA 98107


NORTHWEST GEL, INC.
P.O. BOX 671530
CHUGIAK, AK 99567


NRC ALASKA LLC DBA EMERALD ALASKA
PO BOX 740027
LOS ANGELES, CA 90074-0027


NSF SEAFOOD
DEPT. LOCKBOX #771380
PO BOX 77000
DETROIT, MI 48277-1380


NUEZCA, CESAR & JANETTE
9421 DUNDEE CIRCLE
#8
ANCHORAGE, AK 99502


OCEAN BEAUTY SEAFOODS, INC.
PO BOX 70739
SEATTLE, WA 98127


OCEAN SEAFOOD MARKETING CO.
P.O. BOX 1187
NOVATO, CA 94948-1187


ODIE'S MARINE SERVICES
5601 CAMELOT DRIVE #A-1
ANCHORAGE, AK 99504


OFFICE OF THE HARBORMASTER
P.O. BOX 388
BETHEL, AK 99559


OIL & GAS SUPPLY
6160 TUTTLE PLACE, STE B
ANCHORAGE, AK 99507

OLIN RINDAL
2809 KLAMATH DR #2
ANCHORAGE, AK 99517

ON DEMAND TRUCKING
P.O. BOX 2976
HOMER, AK 99603

ORCA BAY
900 POWELL AVE SW
RENTON, WA 98055

ORCA OIL CO. INC.
P.O. BOX 910
CORDOVA, WA 99574-0910

ORCAS BUSINESS PARK
P.O. BOX 81024
SEATTLE, WA 98108

ORTHODOX UNION
11 BROADWAY
NEW YORK, NY 10004

OTS WELDING
35841 IRONS AVENUE
SOLDOTNA, AK 99669

OTZ TELEPHONE COOPERATIVE, INC.
PO BOX 324
KOTZEBUE, AK 99752-0324

OUTBOARD SERVICES
2355 KACHEMAK DR SUITE 103
HOMER, AK 99603

OZONE INTERNATIONAL
12685 MILLER RD NE
SUITE 1300
BAINBRIDGE ISLAND, WA 98110

PACIFIC ALASKA FORWARDERS, INC
DEPT #4198
P.O. BOX 34936
SEATTLE, WA 98124-1936

PACIFIC ALASKA FREIGHTWAYS
PO BOX 24827
SEATTLE, WA 98124-0827


PACIFIC DETROIT DIESEL-ALLISON
P.O. BOX 4000
PORTLAND, OR 97208


PACIFIC HARVEST SEAFOOD
6601-117TH AVE S.E.
BELLEVUE, WA 98006


PACIFIC METAL CO.
P.O. BOX 5000
PORTLAND, OR 97208


PACIFIC POWER PRODUCTS
P.O. BOX 640
RIDGEFIELD, WA 98642-0640


PACIFIC SEAFOOD CO
PO BOX 842757
BOSTON, MA 02284-2757


PACIFIC STAR SEAFOODS, INC.
P.O. BOX 190
KENAI, AK 99611


PAPE' MATERIAL HANDLING
PO BOX 5077
PORTLAND, OR 97208-5077


PARITY CORPORATION
11812 NORTH CREEK PARKWAY N.
SUITE 204
BOTHELL, WA 98011-8202


PARKER WHALEY
P.O. BOX 671008
CHUGIAK, AK 99567


PATRICK FEND
P.O. BOX 877197
WASILLA, AK 99687

PAUL E ROTH
PO BOX 3154
HOMER, AK 99603


PAUL LACA
P.O. BOX 523
GIRDWOOD, AK 99587


PAUL OWEKE
W. 256376 SULLIVAN RD
TREMPEALEAU, WI 54661


PAUL R TOSTE
PO BOX 299
GRAYLAND, WA 98547


PDX TRANSPORT
PO BOX 143475
ANCHORAGE, AK 99514


PENINSULA OVERHEAD DOORS
41710 MILL AVE
SOLDOTNA, AK 99669


PENINSULA PUMPING, INC.
42115B KALIFORNSKY BEACH RD
SOLDOTNA, AK 99669


PENINSULA SANITATION
P.O. BOX 1209
SOLDOTNA, AK 99669


PETE GRANGER
PO BOX 1387
SOLDOTNA, AK 99669


PETE JENKINS
2400 TASHA DRIVE
ANCHORAGE, AK 99502


PETER BROCKERT
P.O. BOX 2326
CORDOVA, AK 99574

PETER PAN SEAFOODS, INC.
2200 SIXTH AVENUE
SUITE 100
SEATTLE, WA 98121


PETRO BASARGIN
P.O. BOX 2126
HOMER, AK 99603


PETRO MARINE SVCS
43442 K-BEACH ROAD
SOLDOTNA 99669


PHILLIP REUTOV
20837 YUKON ST NE
AURORA, OR 97002


PINNACLE LOGISTICS, INC.
PO BOX 1808
EDMONDS, WA 98020


PIONEER DOOR INC.
6514 GREENWOOD STREET
ANCHORAGE, AK 99518


PIONEER PETROLEUM MAINTENANCE
PO BOX 200926
ANCHORAGE, AK 99520-0926


PITNEY BOWES INC.
PO BOX 371887
PITTSBURG, PA 15250-7887


PLATON BASARGIN
P.O. BOX 1494
HOMER, AK 99603


PLUMBLINE PLUMBING & HEATING
PO BOX 114
418 FIRST ST.
CORDOVA, AK 99574


POLAR SUPPLY COMPANY
300 E. 54TH AVENUE
ANCHORAGE, AK 99518

POSTAGE BY PHONE
PO BOX 7900071
SAINT LOUIS, MO 63179-0071


POTTER HALL INTERNATIONAL
4875 COOL SPRINGS DRIVE
RENO, NV 89509


PRECISION COMPANY, INC.
P.O. BOX 272851
TAMPA, FL 33688-2851


PREFERRED PLUMBING & HEATING
335 MAIN ST LOOP
KENAI, AK


PRL LOGISTICS, INC.
421 WEST FIRST AVE
STE 250
ANCHORAGE, AK 99501


PROGRESSIVE BUSINESS
P.O. BOX 3019
MALVERN, PA 19355


PUGET SOUND PIPE & SUPPLY CO.
2120 SPAR AVE
ANCHORAGE, AK 99501


PWSAC
P.O. BOX 1110
CORDOVA, AK 99574-1110


QUALITY BUSINESS SYSTEMS
P.O. BOX 398160
SAN FRANCISCO, CA 94139-8160


R.C.'S DOCK
P.O. BOX 112714
ANCHORAGE, AK 99511-2714


R.L. COOK SALES & SUPPLY CO.
8814-14TH AVE SO.
SEATTLE, WA 98108-4864

RABANG, CISCO
6605 63RD DR NE
MARYSVILLE, WA 98270


RANDAL KOCHER
370 PATRIC RD
COBBLESKILL, NY 12043


RANDAL L VASKO
21055 EARL CT
KASILOF, AK 99610


RANDAL VASKO
PO BOX 810
KASILOF, AK 99610


RANDAL VASKO C/O
ROBERT H. HUME, JR.
LANDYE BENNETT BLUMSTEIN LLP
701 W. 8TH AVE., SUITE 1200
ANCHORAGE, AK 99501


RAVENSTAR PACIFIC SHIPPING
3705 ARCTIC BLVD. #498
ANCHORAGE, AK 99503


RAY J CORREIA
PO BOX 456
CLAM GULCH, AK 99568


REDDEN MARINE SUPPLY
1411 ROEDER AVENUE
BELLINGHAM, WA 98225-2916


REDDEN OF CORDOVA
3625 EAST END RD
HOMER, AK 99603-9426


REFRIGERATION SUPPLIES DIST.
26021 ATLANTIC OCEAN DRIVE
LAKE FOREST, CA 92630


REGENCE BLUESHIELD
P.O. BOX 35022
SEATTLE, WA 98124-3500

RELIABLE APPLIANCE
1200 E 76TH SUITE 1204
ANCHORAGE, AK 99518


RESPOND SYSTEMS
9191 OLD SEWARD HWY #6
PO BOX 220348
ANCHORAGE, AK 99522-0348


REUTOV, KERIL
P.O. BOX 529
HOMER, AK 99603


RICHARD CASCIANO
P.O. BOX 584
CORDOVA, AK 99574


RICHARD WHEELER
P.O. BOX 256
ARDENVOIR, WA 98811


RICHARD WISE
1634 STERLING HWY
HOMER, AK 99603


RICKY R WIK
1122 INLET WOODS DR
KENAI, AK 99611


RIGGS TOWING & RECOVERY
1648 POST ROAD
ANCHORAGE, AK 99501


ROBBIN R LEVENHAGEN
PO BOX 143
KASILOF, AK 99610


ROBERT A CORREIA
PO BOX 729
KASILOF, AK 99610


ROBERT CORREIA
P.O. BOX 456
PLAN GULCH, AK 99568

ROBERT HOOVER
P.O. BOX 1039
CORDOVA, AK 99574


ROBERT J WOLFE
PO BOX 1125
GIRDWOOD, AK 99587


ROBERT JOHNSON
P.O. BOX 871621
JAMIE D
WASILA, AK 99687


ROBERT MATISON
P.O.BOX 815
VERNON, AZ 85940


ROBERT NELSON
P.O. BOX 2682
SOLDOTNA, AK 99669


ROBERT SHERMAN
P.O. BOX 522
CORDOVA, AK 99574


ROBERT SWITZER
P.O. BOX 3093
HOMER, AK 99603


ROGERS MACHINERY COMPANY, INC.
P.O. BOX 23279
PORTLAND, OR 97281


ROLAND P JONES
250 PHILLIPS DR
KENAI, AK 99611


ROLYAN BUOYS
W68N158 EVERGREEN BLVD
CEDARBURG, WI 53012


RON NOLAND
2717 TURK DR
TULALIP, WA 98271

RON THOMPSON
143 WILD RODE LN
TOLEDO, WA 98591


RONI CAMRON
51995 ARNESS RD
KENAI, AK 99611


ROSAUER, JAKE
P.O. BOX 78
GIRDWOOD, AK 99587


ROTO ROOTER
PO BOX 112688
ANCHORAGE, AK 99511-2688


RUD KANZOW GMBH & CO KG
TRETTAUSTR 22
HAMBURG, GERMANY 21107


RUSSELL SHAW
P.O. BOX 226
CORDOVA, AK 99574


RYAN BROUGHTON
P.O. BOX 264
SEWARD, AK 99664


RYAN MEGANACK
PO BOX 5526
PORT GRAHAM, AK 99603


RYCO EQUIPMENT
6810 220TH SW
MOUNTLAKE TERRACE, WA 98043


SAFETY & SUPPLY CO.
5510 EAST MARGINAL WAY SOUTH
SEATTLE, WA 98134-2496


SAFETY INC.
3710 WOODLAND DR. STE 1500
ANCHORAGE, AK 99517-2590

```
SAI GLOBAL INC.
PO BOX 311116
LOCK BOX #T66072U
DETROIT, MI 48231


SAM COTTON
PO BOX 6432
HALIBUT COVE, AK 99603


SARA PARKER
P.O. BOX 1986
CORODOVA, AK 99574


SAUERBREY, JON
40291 BOULDER PARK LANE
SOLDOTNA, AK 99669


SAVE-U-LOTS
P.O. BOX 1750
CORDOVA, AK 99574


SCANDIA CAPITAL PARTNERS, INC.
15304 NE 95TH STREET
REDMOND, WA 98052


SCOTT BOTTOMS
189 E. NELSON AVE #225
WASILLA, AK 99654


SEA-SHORE ENTERPRISES/LOADSTAR
2070 E BOGARD ROAD
WASILLA, AK 99654-6536


SEAFAX
P.O. BOX 15340
PORTLAND, ME 04103


SEAFIRST
BANKCARD SERVICES
P.O. BOX 84000
SEATTLE, WA 98184-1100


SEAFOODS PRODUCERS
2875 ROLDER AVE
BELLINGHAM, WA 98225
```

SEAFRESH
88 EAST HAMLIN STREET
PO BOX C-5030
SEATTLE, WA 98105-0030


SEATTLE CHAMBER OF COMMERCE
SUITE 2400
1301 5TH AVENUE
SEATTLE, WA 98101-2603


SEATTLE MARINE & FISHING SUPPY
2121 WEST COMMODORE WAY
SEATTLE, WA 98199


SEATTLE-TACOMA BOX COMPANY
23400 71ST PLACE SOUTH
KENT, WA 98032-2994


SECAP FINANCE
PO BOX 405371
ATLANTA, GA 30384-5371


SETH M JORGENSEN
7033 E JOANDE ARC AVE
SCOTTSDALE, AZ 85254


SEWARD BOAT HARBOR
P.O. BOX 167
SEWARD, AK 99664


SEWARD FISHERIES
P.O. BOX 8
SEWARD, AK 99664


SHARPE, JASON
PO BOX 486
KENAI, AK 99611


SHAW, RUSSELL
P.O. BOX 226
CORDOVA, AK 99574


SHAWN GILMAN
P.O. BOX 2232
CORDOVA, AK 99574

SHERMAN SIGNS
43420 KALIFORNSY BEACH RD #1
SOLDOTNA, AK 99669


SHORESIDE PETROLEUM INC.
P.O. BOX 1189
SEWARD, AK 99664-1189


SIGNODE SERVICE BUSINESS
P.O. BOX 71057
CHICAGO, IL 60694


SILVERST KUZMIN
P.O. BOX 1046
DELTA JUNCTION, AK 99737


SIMPLY SIGNS
205 IOWA ST, UNIT A
KENAI, AK 99611


SIX STATES DISTRIBUTORS
44113 K-BEACH ROAD
SOLDOTNA, AK 99669


SKYLER IRVIN
63 HEMNLOCK BRIDGE RD
FRYEBURG, ME


SMALL BUSINESS ADMINISTRATION
FMLP PROGRAM
9062 OLD ANNAPOLIS RD
COLUMBIA, MD 21045


SMITH, TIMOTHY
P.O. BOX 25
MENLO, WA 98561


SOLID WASTE SERVICES
P.O. BOX 196637
ANCHORAGE, AK 99519-6637


SOUTH CENTRAL RADAR
4406 HOMER SPIT RD
HOMER, AK 99603

SPENARD BUILDERS SUPPLY
PO BOX 99060
ANCHORAGE, AK 99509


STANLEY GRANGER III
PO BOX 1387
SOLDOTNA, AK 99669


STATE CENTRAL COLLECTION UNIT
P.O. BOX 6219
INDIANAPOLIS, IN 46206-6219


STATE FISH COMPANY, INC.
2194 SIGNAL PLACE
SAN PEDRO, CA 90731-7288


STATE OF ALASKA
PO BOX 111800
JUNEAU, AK 99811-1800


STATE OF ALASKA
AIRPORT ACCOUNTING SECTION
P.O. BOX 196960
ANCHORAGE, AK 99519-6960


STATE OF ALASKA
DIVISION OF MOTOR VEHICLES
2150 EAST DOWLING ROAD
ANCHORAGE,, AK 99507-1997


STATE OF ALASKA
12050 INDUSTRY WAY
ANCHORAGE, AK 99515


STATE OF ALASKA
LEASING UNIT MANAGER
550 W 7TH AVENUE, STE 900C
ANCHORAGE, AK 99501


STATE OF WASHINGTON
DEPARTMENT OF REVENUE
P.O. BOX 34051
SEATTLE, WA 98124-1051

STEPHEN S WEBB
PO BOX 1122
KASILOF, AK 99610


STEVE LOMAX
317 SPOTSWOOD
MOSCOW, ID 83843


STEVE POTTER
17995 MARIES CR 538
ROLLA, MO 65401


STEVE WALTER
P.O. BOX 487
GIRDWOOD, AK 99587


STEVEN CLARK
P O BOX 573
KENAI, AK 99611


STEVEN DOUMIT
PO BOX 406
CATHLAMET, WA 98612


STEVEN E CLARK
PO BOX 573 KENAI
KENAI, AK 99611


STEWART TITLE COMPANY
3330 ARCTIC BLVD.
ANCHORAGE,, AK 99503


STILES, ROGER
11738 SW 250TH LANE
VASHON, WA 98070


STORM CHASERS MARINE
13552 LOWELL POINT RD
PO BOX 757
SEWARD, AK 99664


STROTHERS, BRENDA
P.O. BOX 3498
KENAI, AK 99611

STUERHK DELIKATESSEN
ALTER KIRCHWEG 31
TRETTAUSTRASSE 22 2709 MARNE


STUSSER ELECTRIC
P.O. BOX 2820
ISSAQUAH, WA 98027-0129


SUBURBAN PROPANE
PO BOX 12068
FRESNO, CA 93776-2068


SUBURBAN PROPANE
1200 E. WHITNEY RD
ANCHORAGE, AK 99501-1634


SUPERIOR ELECTRIC
PO BOX 3426
KENAI, AK 99611


SUZANNE DEMATTEIS
7555 44TH AVE SW
SEATTLE, WA 98136


SYSCO FOOD SERVICES OF SEATTLE
P.O. BOX 97054
22820 54TH AVE SO.
KENT, WA 98064-9754


TATONDUK OUTFITTERS LIMITED
P.O. BOX 61680
FAIRBANKS, AK 99706


TAURIAINEN ENGINEERING & TESTING, INC
35186 KENAI SPUR HWY
SOLDOTNA 99669


TAYLOR EVENSON
541 TOGIAK CL #B
ANCHORAGE, AK 99503


TAYLOR FIRE SERVICE
725 W WASAIR DR #1A
WASILLA, AK 99654

TED STEVENS ANCHORAGE INT AIRP
P.O. BOX 196960
ANCHORAGE, AK 99519


TELESYSTEMS WEST INC.
11232 120TH AVE NE
SUITE 111
KIRKLAND, WA 98033


TERENTY ANDREEFF
P.O. BOX 1373
CORDOVA, AK 99574


TERRACE ON THE LAKE
2421 BENTZEN CIRCLE
ANCHORAGE, AK 99517


TERRY BRAY
P.O. BOX 1189
CORDOVA, AK 99574


TERRY MERRIT
P.O. BOX 938
CORDOVA, AK 99574


THE ESTATE OF JACK DEMATTEIS
10229 EVENING PRIMROSE AVE.
LAS VEGAS, NV 89135


THE FISH FACTORY
800 FISH DOCK ROAD
HOMER, AK 99603


THE HOME DEPOT
10480 KENAI SPUR HWY
KENAI, AK 99611


THE MANIFEST GROUP
100 EAST SARATOGA
MARSHALL, MN 56258-1714


THE SAFETY TEAM
670 SOUTH LUCILE ST
SEATTLE, WA 98108

THOMAS  BUCHANAN
PO BOX 925
SEWARD, AK 99611


THOMAS A DALRYMPLE
PO BOX 1502
SOLDOTNA, AK 99669


THOMAS ABERLE
429 W 10TH ST
JUNEAU, AK 99801


THOMAS G STROTHER
PO BOX 2060
KENAI, AK 99611


THOMAS L YOUNG
2601 N TAHITI LOOP
ANCHORAGE, AK 99507


THOMAS LOVE
P.O. BOX 881
GIRDWOOD, AK 99587


THOMAS M BUCHANEN
PO BOX 925
SEWARD, AK 99664


THOMAS MISSEL
P.O. BOX 637
SEWARD, AK 99664


TIM CABANA
P.O. BOX 201
GIRDWOOD, AK 99587


TIM TOLAR
1201 EQUINOX WAY
KENAI, AK 99611


TIME FORCE
9350 S 150 E
STE 300
SANDY, UT 84070-2702

TIMOFEY REUTOV
P.O. BOX 1804
CORDOVA, AK 99574


TIMOTHY E SEEKER
1172 SR4
NASELLE, WA 98638


TIMOTHY SMITH
P.O. BOX 25
MENLO, WA 98561


TINDALL BENNETT & SHOUP, P.C.
508 W. SECOND AVE.
THIRD FLOOR
ANCHORAGE, AK 99501


TK SERVICES, INC.
3321 W. 70TH
ANCHORAGE, AK 99502


TOMAS PSTROSS
P.O. BOX 2614
CORDOVA, AK 99574


TORUS
26567 NETWORK PLACE
CHICAGO, IL 60673-1265


TOTEM EQUIPMENT & SUPPLY, INC.
2536 COMMERCIAL DRIVE
ANCHORAGE, AK 99501


TOTEM OCEAN TRAILER EXPRESS,
P.O. BOX 4129
FEDERAL WAY, WA 98063-4129


TR TRUCKING
3400 INDUSTRY DR E
FIFE, WA 98424


TRAIL GYPSY, LLC
1948 BRANDILYN
ANCHORAGE, AK 99516

```
TRAILERCRAFT
1301 EAST 64TH AVE
ANCHORAGE, AK 99518


TRAVIS LEE
65050 S VICTORY RD
SUTTON, AK 99674


TRAVIS MAGNUSSON
P.O. BOX 177
GIRDWOOD, AK 99587


TRI CORE PLASTICS
6520 SALISH DRIVE
VANCOUVER B.C. V6N 2C7


TUDOR AUTO & TRUCK
411 W TUDOR RD
ANCHORAGE, AK 99503


TULEER
PO BOX 913
GIRDWOOD, AK 99587


TWO BEAR HOLDINGS LLC
PO BOX 230636
ANCHORAGE, AK 99523


TYCO SIMPLEXGRINNELL
DEPT CH 10320
PALATINE, IL 60055-0320


TYRELL SEAVEY
P.O. BOX 265
SEWARD, AK 99664


U.S. BANCORP EQUIPMENT FIN.
13010 S.W. 68TH PKWY
PORTLAND, OR 97223


U.S. BANK
P.O. BOX 790429
ST. LOUIS, MO 63179-0429
```

U.S. SMALL BUSINESS ADMIN.
510 L STREET
ROOM 310
ANCHORAGE, AK 99501


UDELHOVEN OILFIELD
184 E 53RD AVENUE
ANCHORAGE, AK 99518-1822


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNIFIED OFFICE SERVICES
5715 CHASE POINT CIRCLE
COLORADO SPRINGS, CO 80919


UNIGARD SERVICE CORPORATION
P.O. BOX 93001
BELLEVUE, WA 98009-3001


UNITED COOK INLET DRIFT ASSOC
43961 K-BEACH RD
SUITE E
SOLDOTNA 99669


UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122


UNITED UTILITIES INC.
PO BOX 92730
ANCHORAGE, AK 99509-2730


UNIVAR
13009 COLLECTIONS CTR DR
CHICAGO, IL 60693


US BANK /CO TERESA PEARSON
MILLER NASH LLP
3500 U.S. BANCORP TOWNER
111 SW 5TH AVE.
PORTLAND, OR 97204-3638

US BEARINGS & DRIVES
DIV. OF MOTION INDUSTRIES
P.O. BOX 98412
CHICAGO, IL 60693-8412


US DEPARTMENT OF COMMERCE-NOAA
PO BOX 979008
ST LOUIS, MO 63197-9000


VARIFALAMEI SNIGIREV
P.O. BOX 2487
HOMER, AK 99603


VASILLI GORDEEV
P.O. BOX 531
ANCHOR PT, AK 99556


VC999
419 E. 11TH AVE
KANSAS CITY, MO 64116


VICTOR KUZMIN
P.O. BOX 2495
HOMER, AK 99603


VIP PROPERTY MANAGEMENT, LLC
43530 KALIFORNSKY BEACH RD
SUITE 4
SOLDOTNA, AK 99669


VLADIMIR KUZMIN
P.O. BOX 722
DELTA JUNCTION, AK 99737


VLASY KUTSEV
P.O. BOX 1995
CORDOVA, AK 99574


VLASY SELEDKOV
P.O. BOX 598
MOLALA, OR 97038


WADE BUSCHER
P.O. BOX 1032
CORODOVA, AK 99574

WALTER BOVICH
PO BOX 1989
HOMER, AK 99603


WALTER, STEVE
P.O. BOX 487
GIRDWOOD, AK 99587


WARREN BROWN
P.O. BOX 77
SELDOVIA, AK 99663


WASHINGTON ALLIANCE
FOR HEALTHCARE INSURANCETRUST


WASHINGTON BELT & DRIVE SYSTEM
P.O. BOX 94162
SEATTLE, WA 98124-6462


WASHINGTON DENTAL SERVICE
P.O. BOX 75983
SEATTLE, WA 98125-0983


WASHINGTON LIFTRUCK, INC.
700 SOUTH CHICAGO
SEATTLE, WA 98108


WASHINGTON STATE SUPPORT REG
PO BOX 45868
OLYMPIA, WA 98504-5868


WAXIE SANITARY SUPPLY
P.O. BOX 60227
LOS ANGELES, CA 90060-0227


WCP/FRONTIER PAPER
PO BOX 84145
SEATTLE, WA 98124-5445


WEBB'S TOWING
400 E. 95TH COURT
ANCHORAGE, AK 99515

```
WELL FARGO EQUIP. FINANCE
733 MARQUETTE AVE.
SUITE 700
MINNEAPOLIS, MN 55402


WELLS FARGO EQUIPMENT FIN. INC
1540 W. FOUNTAINHEAD PKWY
TEMPE, AZ 85282


WELLS FARGO EQUIPMENT FINANCE
1540 W. FOUNTAIN HEAD
TEMPE, AZ 85282


WELLS FARGO INSURANCE SERVICES
601 UNION STREET
SUITE 1300
SEATTLE, WA 98133


WELLS FARGO INSURANCE SERVICES
ATTN: MARLA BRANCH
999 3RD AVE, SUITE 4100
SEATTLE, WA 98104


WELLS FARGO INSURANCE SERVICES
ATTN: MARLA BRANCH
999 3RD AVE, SUITE 4100
SEATTLE, WA 98104


WESLEY WOODS
P.O. BOX 463
CORDOVA, AK 99574


WESMAR COMPANY, INC.
333 NE 89TH
SEATTLE, WA 98115


WESTERN SHEET METAL, INC.
2604 SEWARD HIGHWAY
ANCHORAGE, AK 99501


WHEELER, RICHARD
P.O. BOX 256
ARDNVOIR, WA 98811
```

WHITTIER SMALL BOAT HARBOR
P.O. BOX 639
WHITTIER, AK 99693


WILLIAM COOK
153 E VAIL
YUKON, OK 73099


WILLIAM CRAIG
13331 BADGER LANE
ANCHORAGE, AK 99516


WILLIAM GRANGER
PO BOX 1162
SOLDOTNA, AK 99669


WILLIAM MARKOWITZ
P.O. BOX 2645
SEWARD, AK 99664


WILLIAM OLSEN
41 FERN HILL RD
CATHLAMET, WA 98612


WILLIAM WEBBER
P.O. BOX 1230
CORDOVA, AK 99574


XANADU SEAFOODS, INC.
5405 192ND ST SW
LYNNWOOD, WA 98036


YAKOV BASARGIN
35670 UPLAND ST
SOUTH HOMER, AK 99603


ZACHARY GRUMBLIS
7429 SAND LK RD
ANCHORAGE, AK 99502


ZEE SERVICE COMPANY
2511A FAIRBANKS ST.
ANCHORAGE, AK 99503

ZEP MANUFACTURING
21019 77TH AVE SO.
KENT, WA 98032


ZION CREDIT CORP
P.O. BOX 26536
SALT LAKE CITY, UT 84126


ZIONS BANK
NATIONAL REAL ESTATE GROUP
P.O. BOX 26304
SALT LAKE CITY, UT 84126


ZIONS CREDIT CORP.
310 S. MAIN
SUITE 1300
SALT LAKE CITY, UT 84101


ZIONS FIRST NATIONAL BANK
ONE S. MAIN ST.
SUITE 1400
SALT LAKE CITY, UT 84133


ZURICH NORTH AMERICA
DEPT. 2437
CAROL STREAM, IL 60132-2437

# United States Bankruptcy Court
## Western District of Washington

In re   **Great Pacific Seafoods, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Great Pacific Seafoods, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 29, 2016**

Date

**/s/ Aimee S. Willig WSBA**
**Aimee S. Willig WSBA #22859**
Signature of Attorney or Litigant
Counsel for   **Great Pacific Seafoods, Inc.**
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**